# United States District Court
# District of Massachusetts

CIVIL ACTION NO:
3:14-CV-30210-MAP

| | |
|---|---|
| JUSTIN DOUGLAS,<br>    Plaintiff<br><br>v.<br><br>CITY OF SPRINGFIELD, DET. GREGG BIGDA, SGT. STEVEN KENT, DET. ROBERT PATRUNO, DET. THOMAS KAKLEY, DET. MARK TEMPLEMAN, DET. EDWARD KALISH, DET. CHRISTOPHER BATES, and MASS. STATE POLICE TROOPER LIAM R. JONES,<br>    Defendants | AFFIDAVIT OF EDWARD PIKULA |

  I, Edward M. Pikula, on oath do say that I am counsel of records for the City of Springfield and have submitted with the filing of the City's Motion for Summary Judgment, true copies of the following documents as Exhibits to the Statement of Undisputed Material Facts:

1. Police Academy Curriculum (selective portions)
    a. Controlling and Restraining Techniques; Report Writing
    b. Ground Defense
    c. Report Writing
    d. Striking Techniques
    e. Use OF Force
2. Depositions (selective portions)
    a. Bigda
    b. Justin Douglas
    c. Kent
    d. Patruno
    e. Rauls
    f. Kalish
3. Douglas Refusal of Transport - record
4. IIU related documents
    a. Rule 35, Establishing IIU
    b. Defendant Officers' IIU Summaries (redacted)
5. Answers to Ints. (selective parties)
6. Mass State Police Booking Photo
7. Springfield Officers' Training files including Academy (selective/redacted)

1

8.  Springfield Police Dept. General Orders (selected portions)
    a.  Prisoner Injury
    b.  Use of Force
    c.  Reports
    d.  Rules and Regs re Injuries

9.  CPHB Reports 2014/2015 with following parts of appendix.:;

    Appendix 1 – 2014 Statistics for CPHB case reviews/hearings
    Appendix 2 – 2015 Statistics for CPHB case reviews/hearings
    Appendix 3 – Lawsuits alleging Police Misconduct 1/2006 through 12/2015
    Appendix 4 – Executive Order of Mayor Sarno creating CBHB Feb. 2010

Signed under penalty of perjury this 14th day of April, 2016.

**THE DEFENDANT,**
**CITY OF SPRINGFIELD**
**By Its Attorneys**

/s/  Edward M. Pikula

_____
Edward M. Pikula, Esq. BBO #399770
City of Springfield Law Department
36 Court Street, Room 210
Springfield, MA  01103
Phone:  413-787-6085
Fax:     413-787-6173
Email:  epikula@springfieldcityhall.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.
Date:  April 14, 2016

By:  /s/ Edward M. Pikula, Esq.
         Edward M. Pikula, Esq.

| | |
|---|---|
| Kevin B. Coyle, Esq. BBO # BBO # 103540<br>935 Main Street<br>Springfield, MA 01103<br>413-787-1524<br>Fax: 413-787-1703<br>Email: attycoyle@aol.com | Andrew J. Gambaccini, Esq. BBO #654690<br>Austin M. Joyce, Esq. BBO #255040<br>John K. Vigliotti, Esq. BBO # 642337<br>Reardon, Joyce & Akerson, P.C.<br>4 Lancaster Terrace<br>Worcester, MA 01609<br>508-754-7285<br>Fax: 508-754-7220<br>Email: agambaccini@rja-law.com<br>ajoyce@rja-law.com<br>jvigliotti@rja-law.com |
| Hector E. Piniero, Esq. BBO # 555315<br>Robert A. Scott, Esq. BBO # 648740<br>Law Office of Hector E. Piniero, PC<br>807 Main Street<br>Worcester, MA  01610<br>robin@pineirolegal.com<br>hector@pineirolegal.com | Joseph P. Kittredge, Esq. BBO # 548841<br>Margaret A. Rubino, Esq. BBO # 670344<br>Rafanelli & Kittredge, P.C.<br>1 Keefe Road<br>Acton, MA 01720-5517<br>978-369-6001<br>Fax: 978-369-4001<br>Email: jkittredge@rkpclaw.com<br>mrubino@rkpclaw.com |

/s/  Edward M. Pikulal_____
    Edward m. Pikula, Esq.