# Controlling and Restraining Techniques

# EARNING OUTCOMES

At the close of this module segment, the student officer should be able to:

▲  Understand and demonstrate basic controlling and restraining principles.

▲  Relate controlling and restraining techniques to the use-of-force model.

▲  Identify situations that are appropriate for controlling and restraining techniques.

▲  Perform the following wrist locks:

    ▶  Front
    ▶  Rear

▲  Demonstrate the arm-bar takedown.



# CONTENT SUMMARY

This module segment has the following sections:

I.      Understanding Basic Controlling and Restraining Principles

II.     Relating Controlling and Restraining and the Use of Force

III.    Executing Controlling and Restraining Techniques


# TECHNIQUE SUMMARY

Following is the technique breakdown for this segment:

**Level 1 (Mandatory)**
▲   Front wrist lock
▲   Rear wrist lock
▲   Arm-bar takedown

**Level 2 (As Student Mastery of Level 1 Allows)**
▲   "Roll the ball"

**Level 3 (As Student Mastery of Level 2 Allows)**
▲   *Not applicable.*

# I.  UNDERSTANDING BASIC CONTROLLING AND RESTRAINING PRINCIPLES

A.  Balance

    1.  The officer should maintain a low, centered, balanced position to:

        a)  Keep a subject off balance

        b)  Establish physical control

    2.  To assume a balanced position, the officer should:

        a)  Place the feet at shoulder width.

        b)  Bend the knees slightly.

        c)  Distribute the body weight evenly.

B.  Stance

    1.  The proper stance is the catalyst for balance *(see Subsection A preceding)*.

    2.  To assume the proper stance, the officer should:

        a)  Place the feet at shoulder width.

        b)  Bend the knees slightly.

        c)  Turn the weapon (strong) side to the rear.

        d)  Straighten the back.

        e)  Raise the hands.

C.  Movement

    1.  Proper movement helps the officer to:

        a)  Establish balance *(see Subsection A preceding)*

        b)  Maintain the proper stance *(see Subsection B preceding)*

**THE BASIC CURRICULUM**

2. The officer may use the shuffle step, sidestep, or pivot step to gain the position of advantage over the subject *(see Subsection D following)*.

    a) The officer uses the:

        (1) Shuffle step to gain or lose distance

        (2) Sidestep to move outside the attack area

        (3) Pivot step to:

            (a) Gain distance

            (b) Move outside the attack area

            (c) Change the stance *(see Subsection B preceding)*

3. The officer may move or bend the subject's arm and shoulder joints to control the subject.

    a) Each joint bends in a specific way and in a specific direction.

    b) When the officer bends the subject's joint as far as is comfortable in the proper direction, the joint reaches the end of its range of motion.

    c) When the officer bends the subject's joint in the direction opposite the proper direction (counterjoint direction), the subject experiences pain.

        (1) The officer uses the pain resulting from counterjoint movement to make the subject comply with the officer's verbal direction *(see Subsection E following)*.

        (2) Once the subject complies with the officer and stops resisting, the officer should stop bending the joint because damage may result if the officer continues.

D. Position

1. The Relative Positioning Principle (PPCT Management Systems, Inc., 1991) describes the officer's position relative to the subject, using four levels.

CONTROLLING AND RESTRAINING TECHNIQUES

       a)      At Level (Position) 1, the officer is in front of and slightly to either side of the subject (facing the subject at a 45-degree angle).

       b)      At Level (Position) 2, the officer is directly to either side of the subject (facing the subject's side at a 90-degree angle).

       c)      At Level (Position) 2½, the officer is behind and slightly to either side of the subject (facing the subject's back at a 45-degree angle).

       d)      At Level (Position) 3, the officer is directly behind the subject (facing the subject's back).

   2.     Because Position 2½ gives the officer the advantage in subject confrontations, he or she should always try to assume Position 2½.

E.     Verbal direction (commands)

   1.     Communication skills *(see the One-on-One Communication module)* are critical in all aspects of defensive tactics.

       a)      To execute controlling and restraining techniques properly, the officer should issue the subject specific directions during each procedure.

       b)      The officer should maintain self-control to communicate effectively.

   2.     The officer who can communicate and reason with the subject while maintaining composure may avoid having to use a higher degree of force.

## II.   RELATING CONTROLLING AND RESTRAINING AND THE USE OF FORCE

A.     An officer may use force to control and restrain a subject when necessary and reasonable.

B.     The level of force an officer uses to control and restrain a subject may increase as the officer's perceived threat increases.

C.     The techniques in this module fall on Levels 2 and 3 of the use-of-force model *(see the Use of Force module)*.

1.  The officer may use an escort position *(see Section IIIA following)* on a subject he or she perceives to be passively resistant (Level 2 of the use-of-force model; *see the Use of Force module*).

2.  When faced with an actively resistant subject (Level 3 of the use-of-force model; *see the Use of Force module*), the officer may choose one of the following contact-control techniques that is appropriate for the subject's type and degree of resistance:

    a)  Noncompliant escort *(see Subsection IIIA3 following)*

    b)  Front wrist lock *(see Subsection IIIB1 following)*

    c)  Rear wrist lock *(see Subsection IIIB2 following)*

    d)  Bent wrist lock *(see Subsection IIIB3 following)*

    e)  Arm-bar takedown *(see Subsection IIIC following)*

## III.   EXECUTING CONTROLLING AND RESTRAINING TECHNIQUES

A.   Escort positions

1.  Understanding the general principles of escort positions

    a)  The escort position (Level 2 of the use-of-force model; *see the Use of Force module*) is the technique from which all other controlling and restraining techniques begin.

    b)  The escort position is a very low-level contact-control technique the officer can use to maintain control of the passively resistant subject while moving him or her.

2.  Basic escort position

    a)  To place the subject in basic escort position, the officer should:

        (1)  Assume Position 2½ of the Relative Positioning Principle *(see Subsection ID1c] preceding)*.

        (2)  Achieve good stance with the hands raised.

CONTROLLING AND RESTRAINING TECHNIQUES

(3) Shuffle step to within arm's reach of the subject.

(4) Cross the thumbs at the knuckles.

(5) Place the thumbs over the subject's closest elbow.

(6) Wrap the fingers around the subject's elbow ("blanket" the elbow).

(7) Slide the outside hand (the hand on the side farthest the subject) down the subject's forearm until it hits the subject's wrist just above the subject's hand (the watch area).

(8) Grip the subject's forearm (watch area) with the thumb on the inside of the forearm.

(9) Slide the hand still holding the subject's elbow (the hand on the side closest the subject) upward slightly to just above the subject's elbow.

(10) Grip the subject's upper arm.

(11) With both hands, hold the subject's arm across the center of the officer's body.

3. Noncompliant escort position

a) Understanding the general principles of the noncompliant escort position

(1) The noncompliant escort position (Level 3 of the use-of-force model; *see the Use of Force module*), which is the stronger version of the basic escort position *(see Subsection A2 preceding)*, establishes greater subject control than the basic escort position but with minimal pressure.

(2) To execute the noncompliant escort position, the officer places the subject's arm at the end of its range of motion *(see Subsection IC3b] preceding)* and into a position in which the officer can control the subject.

b) To place the subject in noncompliant escort position, the officer should:

    (1)    Place the subject in basic escort position *(see Subsection A2 preceding)* with the subject's arm across the center of the officer's body.

    (2)    Place the subject's forearm against the officer's abdomen.

    (3)    Turn the subject's wrist such that the subject's palm is upward.

    (4)    Point the subject's thumb toward the officer.

4.    Prisoner escort position

   a)    To execute the prisoner escort position, the officer should:

    (1)    Handcuff the subject with the hands behind the back, palms upward *(see the Handcuffing and Searching Techniques segment of the Defensive Tactics module)*.

    (2)    Gain the position of advantage, which is:

        (a)    Position 2½ of the Relative Positioning Principle *(see Section ID1c] preceding)*

        (b)    Weapon (strong) side away (ideal)

    (3)    With the reaction (weak) hand, grab the back of the subject's closest hand.

    (4)    Bend the subject's hand at the wrist and toward the body.

    (5)    Place the weapon hand behind the subject's same-side elbow.

    (6)    Escort the subject.

    (7)    If the subject's resistance increases, gain greater control of the subject by bending his or her hand farther toward his or her forearm while maintaining control of the subject's elbow.

5.    Reinforced prisoner escort position

   a)    To execute the reinforced prisoner escort position, the officer should:

CONTROLLING AND RESTRAINING TECHNIQUES

(1)  Place the subject in prisoner escort position *(see Subsection A4 preceding)*.

(2)  Place the subject's elbow (in the weapon [strong] hand) against the center of the abdomen.

(3)  Slide the weapon hand between the subject's arm and body.

(4)  Move the weapon hand down the subject's arm and toward the small of the subject's back.

(5)  Place the weapon hand over the reaction (weak) hand (on the subject's hand).

(6)  Keep both hands over the subject's hand, or slide the weapon hand back to the elbow position to control the subject.

(7)  Escort the subject.

B.  Wrist locks

  1.  Front wrist lock

    a)  Understanding the general principles of the front wrist lock

      (1)  The front wrist lock (Level 3 of the use-of-force model) forces the subject's wrist past its range of motion *(see Subsection IC3b] preceding)* and causes pain to the wrist area.

      (2)  The officer uses the front wrist lock to move the actively resistant, unhandcuffed subject from one place to another.

        (a)  For example, if an officer arrests a subject in a domestic disturbance *(see the Domestic Violence module)* but does not feel safe handcuffing him or her at the scene because the subject's family members are present, the officer may use the front wrist lock to move the subject to a safer handcuffing location.

    b)  To execute the front wrist lock, the officer should:

(1)    Place the subject in basic or noncompliant escort position *(see Subsections A2 and A3 preceding)*.

(2)    Slide the hand holding the subject's forearm (watch area) downward slightly to the bend of the subject's wrist.

(3)    Place the thumb on the inside of the subject's wrist.

(4)    Place the palm of the hand over the back of the subject's hand.

(5)    Point the fingers downward, but do *not* wrap the fingers under the subject's hand.

(6)    Begin bending the subject's hand downward at the wrist with the outside hand while moving the subject's elbow to the center of the officer's body with the inside hand.

(7)    Place the subject's arm parallel the ground.

(8)    Release the inside hand (hand holding the subject's upper arm).

(9)    Slide the inside hand between the subject's secured arm and body and over the subject's forearm.

(10)    Place the inside hand over the back of outside hand (hand bending the subject's hand), keeping the subject's hand bent at the wrist.

(11)    With the inside hand, pull the thumb of the outside hand from under the subject's wrist while raising the subject's forearm and wrist slightly.

(12)    Apply pressure to the back of the subject's hand just below the knuckles.

c)    Identifying the special consideration of the front wrist lock

(1)    There are two techniques the officer may follow if the subject's wrist will not bend.

(a)    To execute Technique 1 for bending a rigid wrist, the officer should:

CONTROLLING AND RESTRAINING TECHNIQUES

        i)      Grab the subject's thumb.

   (b)    To execute Technique 2 for bending a rigid wrist, the officer should:

        i)      Secure the subject's wrist with the inside hand.

        ii)     With the outside hand, slap the back of the subject's hand such that it bends at the wrist.

        iii)    Regain the two-handed front wrist lock.

2.    Rear wrist lock

   a)    Understanding the general principles of the rear wrist lock

     (1)    The rear wrist lock (Level 3 of the use-of-force model; *see the Use of Force module*) is like the front wrist lock *(see Subsection B1 preceding)* in that it forces the wrist past its range of motion *(see Subsection IC3b] preceding)* and causes pain to the wrist area.

     (2)    The officer executes the rear wrist lock on a subject who is controlled and in handcuffing position *(see the Handcuffing and Searching Techniques segment of the Defensive Tactics module)*.

   b)    To execute the rear wrist lock, the officer should:

     (1)    Place the subject in basic or noncompliant escort position *(see Subsections A2 and A3 preceding)*.

     (2)    Slide the hand holding the subject's forearm (outside hand) down the subject's forearm to the subject's hand.

     (3)    Cover the subject's hand with the outside hand.

     (4)    Place the palm of the outside hand over the back of the subject's hand.

     (5)    Point the fingers of the outside hand in the direction of the subject's fingers.

(6)    Grab the subject's hand with the outside hand while moving the subject's elbow to the center of the officer's body with the inside hand.

(7)    Brace the elbow against the officer's body with the inside hand.

(8)    Pivot toward the subject's rear into Position 2½ of the Relative Positioning Principle *(see Section ID1c] preceding)* while sliding the subject's hand to the small of the subject's back.

    (a)    The officer should keep the subject's hand bent at the wrist while sliding it.

(9)    Rotate the outside hand (hand holding the subject's hand) over the subject's hand such that the heel of the outside hand is over the subject's bent wrist.

(10)    If necessary, reinforce the grip of the outside hand with the inside hand.

(11)    Command the subject to place the:

    (a)    Free hand on the head

    (b)    Feet at shoulder width

    (c)    Toes pointing outward

(12)    Pin the subject to a solid object.

(13)    Perform the standing noncompliant handcuffing technique *(see the Handcuffing and Searching Techniques segment of the Defensive Tactics module)*.

3.    Bent wrist lock

a)    Understanding the general principles of the bent wrist lock

(1)    The bent wrist lock (Level 3 of the use-of-force model; *see the Use of Force module*) is like the front wrist lock and the rear wrist lock *(see Subsections A2 and A3 preceding)* because it involves manipulating the subject's wrist.

**CONTROLLING AND RESTRAINING TECHNIQUES**

    (2)    The bent wrist lock is used to transition from the arm-bar takedown *(see Subsection C following)* to prone handcuffing *(see the Handcuffing and Searching Techniques segment of the Defensive Tactics module).*

C.    Arm-bar takedown

    1.    Understanding the general principles of the arm-bar takedown

        a)    The arm-bar takedown (Level 3 of the use-of-force model; *see the Use of Force module*), which brings the subject to the ground, involves a counterjoint elbow movement *(see Subsection IC3c] preceding)* that forces the subject's shoulder to the end of its range of motion *(see Subsection IC3b] preceding)* and causes pain to the elbow.

        b)    The arm-bar takedown has a higher risk of injury than the noncompliant escort techniques *(see Subsections A and B preceding),* because the arm-bar takedown requires the officer to use a higher level of force.

        c)    The officer should be able to explain why he or she needed to use the arm-bar takedown.

    2.    To execute the arm-bar takedown, the officer should:

        a)    Place the subject in basic or noncompliant escort position *(see Subsections A2 and A3 preceding).*

        b)    Rotate the inside hand (hand holding the subject's upper arm) such that the webbing of the hand is just above but still behind the subject's elbow.

        c)    With the outside hand (hand holding the subject's forearm), pull the subject's hand across the officer's body.

        d)    Pin the subject's wrist to the officer's abdomen, palm upward.

        e)    With the inside hand (hand behind the subject's elbow), twist the subject's arm such that the subject's elbow is facing upward.

        f)    Press the subject's elbow with the inside hand while keeping the subject's wrist secured to the officer's body with the outside hand.

g)    Guide the subject to the prone position with the free arm away from the body.

3.    If the subject tries to escape during the arm-bar takedown, the officer may choose to pivot or forward glide.

a)    To pivot, the officer should:

    (1)    With the foot farthest the subject, take a half step backward.

    (2)    Pivot downward and away from the subject while pressing the subject's elbow.

b)    To forward glide, the officer should:

    (1)    Press the subject's elbow while shuffle stepping in the subject's escape direction.

4.    If the subject raises the elbow during the arm-bar takedown, the officer should execute the "roll the ball" technique, which means the officer should:

a)    Remove the inside hand (the hand behind the subject's elbow) from the subject's elbow.

b)    Grab the inside of the subject's elbow with the inside hand.

c)    Push the subject's elbow, and rotate it until it locks.

d)    Pull the arm straight with the inside hand (the hand holding the subject's hand).

e)    Complete the "roll the ball" technique as an arm-bar takedown.

5.    If the subject pulls the elbow to his or her body during the arm-bar takedown, the officer should:

a)    Reposition the inside hand (the hand behind the subject's elbow) with the palm under the subject's elbow, fingers pointing from the subject's body.

b)    Bend at the waist and knees such that the palm is even with the officer's shoulders.

CONTROLLING AND RESTRAINING TECHNIQUES

c)      Stand while rotating the subject's elbow with the inside hand.

d)      Continue rotating the subject's elbow until it locks.

e)      Complete the technique as an arm-bar takedown.

6.     To execute the bent wrist lock from the arm-bar takedown, the officer should:

a)      Place the subject prone using the arm-bar takedown.

b)      Slide the inside hand (the hand behind the subject's elbow) toward the officer's body along the subject's forearm.

c)      Place the thumb of the inside hand on the back of the subject's hand.

d)      With the inside hand, bend the subject's hand forward at the wrist (toward the subject's body), past the normal range of motion *(see Subsection IC3b] preceding)*.

e)      Pivot the outside hand (the hand originally holding the subject's hand), and place its thumb next to the thumb of the inside hand.

f)      Wrap the fingers of both hands around the subject's hand and place them on the subject's palm.

    (1)     The officer should:

        (a)     Keep the subject's arm straight.

        (b)     Continue pressing the subject's wrist.

g)      Proceed with prone handcuffing *(see the Handcuffing and Searching Techniques segment of the Defensive Tactics module)*.

THE BASIC CURRICULUM

# References

Charles, M.T., & Connor, G. (1996). *Integrated force management: Changing the police paradigm.* University of Illinois: Police Training Institute.

Michelman, M.K. (1982). *Massachusetts Criminal Justice Training Council defensive tactics lesson plan.*

Monadnock Training Council. (1995). *Monadnock defensive tactics system.*

PPCT Management Systems, Inc. (rev. 1991). *PPCT defensive tactics instructor manual: Series A.* Millstadt, IL: PPCT Management Systems, Inc.

Standen, D.A. (1996). *Massachusetts Criminal Justice Training Council defensive tactics lesson plan.*

Wisconsin Department of Justice Law Enforcement Standards Board. (1995). *Demonstrate defensive and arrest tactics: A training guide for law enforcement officers.* Madison, WI: Training and Standards Bureau.