# Ground Defense

# LEARNING OUTCOMES

At the close of this module segment, the student officer should be able to:

- ▲ Understand and demonstrate basic ground-defense principles.
- ▲ Relate ground defense to the use-of-force model.
- ▲ Identify situations that are appropriate for ground defense.
- ▲ Execute the "coiled snake" technique.

# CONTENT SUMMARY

This module segment has the following sections:

I. Understanding Basic Ground-Defense Principles

II. Relating Ground Defense and the Use of Force

III. Executing Ground-Defense Techniques

IV. Performing Falling Techniques

# TECHNIQUE SUMMARY

Following is the technique breakdown for this segment:

**Level 1 (Mandatory)**
▲ "Coiled snake" technique

**Level 2 (As Student Mastery of Level 1 Allows)**
▲ "Turtle on the back" technique

**Level 3 (As Student Mastery of Level 2 Allows)**
▲ *Not applicable.*

I. **UNDERSTANDING BASIC GROUND-DEFENSE PRINCIPLES**

    A. The officer on the ground is very vulnerable.

        1. The officer on the ground has limited defense abilities and limited force and retreat options.

            a) While prone, the officer's best and most readily available defense tools are the feet.

            b) The officer may use the legs to keep the subject distant.

    B. The officer on the ground should target the subject's legs, especially the:

        1. Shin (the front part of the leg below the knee)

        2. Calf (the back, fleshy part of the leg below the knee)

        3. Achilles tendon (the tendon that connects the calf muscle *[see Subsection 2 preceding]* to the heel)

        4. Thigh

        5. Knee

            a) While it is more susceptible to serious injury than other target areas, the knee is an appropriate ground-defense target because the officer faces greater potential threat on the ground.

    C. Unless the subject escalates the attack to serious bodily harm or deadly force (Level 5 of the use-of-force model; *see the Use of Force module*), the officer on the ground should refrain from targeting the subject's:

        1. Head

        2. Neck

        3. Spine

        4. Groin

## II. RELATING GROUND DEFENSE AND THE USE OF FORCE

A. An officer on the ground may use force to defend against a subject when necessary and reasonable.

B. An officer on the ground decides how to defend against a subject based on his or her perceptions of the subject.

C. The level of force an officer on the ground uses to defend against a subject may increase as the officer's perceived threat increases.

  1. If a subject knocks an officer to the ground and begins attacking, the officer would be reasonable to perceive the subject as assaultive (threatening bodily harm [Level 4 of the use-of-force model; *see the Use of Force module*]).

     a) The officer on the ground would be justified using any force option up to and including defensive tactics (Level 4 of the use-of-force model; *see the Use of Force module*) to defend against the assaultive subject.

     b) The Level-4 defensive tactics options include baton strikes (to block strikes or strike the subject; *see the Baton Techniques segment of the Defensive Tactics module*) and personal-weapon strikes (strikes delivered with the hands, elbows, knees, or feet; *see the Striking Techniques segment of the Defensive Tactics module*).

## III. EXECUTING GROUND-DEFENSE TECHNIQUES

A. The "coiled snake" and "turtle on the back" ground-defense techniques help the officer to:

  1. Defend against a subject from the ground

  2. Stop the subject, if possible

  3. Stand quickly and safely

B. To execute the "coiled snake" ground-defense technique, the officer (who is prone) should:

1. Turn onto the weapon (strong) side with the:

   a) Firearm under the weapon side

   b) Weapon palm under the chest, facing the ground

      (1) The firearm and weapon palm lift the body slightly.

2. Bend the weapon leg, which is along the ground, at a 45-degree angle.

3. Bend the reaction (weak) leg (upper leg), and place the knee of the reaction leg near the chest.

4. Use the palm, forearm, and foot of the weapon side to rotate the body as needed to face the subject.

5. If the subject approaches, snap the reaction leg forward and contact the subject's calf or shin with the heel of the reaction foot.

6. Upon stopping the subject or creating proper distance, place the reaction foot near the buttock on the reaction side.

7. Extend the weapon arm along the weapon hip.

8. Lean backward, away from the subject.

9. Place the weapon foot just behind the reaction foot.

10. Use the weapon arm to stand.

11. Move away from the subject until achieving the proper distance and stance.

12. Immediately perform an appropriate follow-up technique.

C. To execute the "turtle on the back" ground-defense technique, the officer (who is prone) should:

1. Roll onto the back.

2. Place the forearms at 45-degree angles from the body.

        3. Bend the knees, and place the soles of the feet flat on the ground at about shoulder width.

        4. Raise the feet, and place the upper legs at 90-degree angles to the body.

        5. Using the hands and buttocks, rotate the body to face the subject.

        6. Extend either foot as the subject approaches.

        7. Strike the subject's leg with the heel, sole, or side of the foot.

        8. Once the subject stops or proper distance is achieved, roll onto the weapon (strong) side.

        9. Place the weapon leg (along the ground) at a 45-degree angle to the body.

        10. Place the reaction (weak) foot close to the buttock on the reaction side.

        11. Extend the weapon arm along the weapon hip.

        12. Lean backward, away from the subject.

        13. Place the weapon foot just behind the reaction foot.

        14. Use the weapon arm to stand.

        15. Move away from the subject until achieving the proper distance and stance.

        16. Immediately perform an appropriate follow-up technique.

D. In the ground choke, the officer is lying on the back with the subject straddling and choking him or her with both hands.

        1. To escape the ground choke, the officer should:

            a) With the weapon (strong) hand thumb downward, grab the subject's wrist closest the reaction (weak) side.

                (1) Depending on the angle of the subject's arms, reach over or under the subject's other wrist.

            b) With the reaction hand palm facing the subject, place the webbing of the reaction hand just above the subject's secured elbow (arm-

        bar takedown position; *see the Controlling and Restraining Techniques segment of the Defensive Tactics module*) and bring the feet as close to the buttocks as is comfortable.

    c)    While using the reaction hand to force the subject's elbow toward the weapon shoulder:

        (1)    Push the hips and abdomen upward.

        (2)    Twist the upper body.

        (3)    Rotate the reaction shoulder from the ground.

    d)    Continue pushing and twisting until the subject is to the side and just above the officer on the ground.

    e)    With the weapon hand, pin the subject's arm to the ground and continue pressing with the reaction hand.

    f)    Continue rotating until facing the subject.

    g)    With the knees, continue moving until gaining control of the subject.

## IV. PERFORMING FALLING TECHNIQUES

    A.    Understanding the general principles of falling techniques

        1.    While learning to fall safely is easy, it requires practice.

        2.    Falling safely involves:

            a)    Moving with the fall

            b)    Learning to roll

                (1)    The officer should be flexible and "rounded" to roll.

        3.    There are three falling techniques:

        a)     Rear fall

        b)     Side fall

        c)     Front fall

4. Each of the three falling techniques makes falling safer for the officer.

5. The officer may practice each falling technique from different starting positions.

B. The rear fall

   1. To practice the rear fall using Technique 1, the officer should:

        a)     Sit on the floor with the:

            (1)     Legs extended forward

            (2)     Hands on the thighs

        b)     Begin leaning backward while:

            (1)     Arching the back

            (2)     Contracting the abdominal muscles

            (3)     Keeping the legs straight

            (4)     Lifting the legs in a rocking motion

        c)     Let the body roll from the buttocks to the small of the back.

        d)     As the small of the back touches the floor, lift the hands from the thighs and place the arms at 45-degree angles to the body.

        e)     In a fluid motion, bring the palm and forearm on the weapon (strong) side to the floor to displace the force of the fall.

        f)     Continue rolling backward from the small of the back to the shoulder blades and shoulders.

2.     To practice the rear fall using Technique 2, the officer should:

    a)    Crouch over the feet with the arms to the side.

    b)    Begin leaning backward while:

        (1)    Arching the back

        (2)    Contracting the abdominal muscles

    c)    Touch the buttocks to the floor.

    d)    Let the body roll from the buttocks to the small of the back.

    e)    As the small of the back touches the floor, lift the hands from the thighs and place the arms at 45-degree angles to the body.

    f)    In a fluid motion, bring the palm and forearm on the weapon (strong) side to the floor to displace the force of the fall.

    g)    Continue rolling backward from the small of the back to the shoulder blades and shoulders.

3.     To practice the rear fall using Technique 3, the officer should:

    a)    Stand.

    b)    Begin squatting to the sitting position, leaning backward until the body weight begins to pull the officer to the ground.

    c)    Touch the buttocks to the floor.

    d)    Let the body roll from the buttocks to the small of the back.

    e)    As the small of the back touches the floor, lift the hands from the thighs and place the arms at 45-degree angles to the body.

    f)    In a fluid motion, bring the palm and forearm on the weapon (strong) side to the floor to displace the force of the fall.

    g)    Continue rolling backward from the small of the back to the shoulder blades and shoulders.

THE BASIC CURRICULUM

    C.    The side fall

        1.    To practice the side fall using Technique 1, the officer should:

            a) Crouch over the feet.

            b) Sit backward on the left (or right) heel, extend the right (or left) leg forward, and touch the right (or left) heel to the ground.

            c) Lean backward to the right (or left).

            d) Touch the right (or left) buttock to the floor, arching the back.

            e) Let the right (or left) side of the body roll from the right (or left) buttock to the right (or left) small of the back.

            f) As the right (or left) small of the back touches the floor, place the right (or left) arm at a 45-degree angle to the body.

            g) Allow the right (or left) leg to rise as the body rolls sideways.

            h) In a fluid motion, bring the right (or left) palm and forearm to the floor to displace the force of the fall.

            i) Continue rolling backward from the right (or left) small of the back to the right (or left) shoulder blades and right (or left) shoulders.

        2.    To practice the side fall using Technique 2, the officer should:

            a) Stand.

            b) Lean backward to the right (or left) side, extending the right (or left) leg forward.

            c) Touch the right (or left) buttock to the floor, arching the back.

            d) Let the right (or left) side of the body roll from the right (or left) buttock to the right (or left) small of the back.

            e) As the right (or left) small of the back touches the floor, place the right (or left) arm at a 45-degree angle to the body.

            f) Allow the right (or left) leg to rise as the body rolls sideways.

GROUND DEFENSE

        g)      In a fluid motion, bring the right (or left) palm and forearm to the floor to displace the force of the fall.

        h)      Continue rolling backward from the right (or left) small of the back to the right (or left) shoulder blades and right (or left) shoulders.

D.      The front fall

    1.      To practice the front fall using Technique 1, the officer should:

        a)      Kneel.

        b)      Extend the arms forward with the thumbs about 1 to 2 inches apart and the forearms raised about 45 degrees.

        c)      Lean forward.

        d)      As the upper body approaches the floor, place both palms on the floor.

        e)      Graze the floor with the forearms, using the arms as shock absorbers.

        f)      Roll to the weapon (strong) side.

        g)      Execute the "coiled snake" or "turtle on the back" technique *(see Subsections IIIB and IIIC preceding)*.

    2.      To practice the front fall using Technique 2, the officer should:

        a)      Stand.

        b)      Extend the arms forward with the thumbs about 1 to 2 inches apart and the forearms raised about 45 degrees.

        c)      Lean forward.

        d)      As the upper body approaches the floor, place both palms on the floor.

        e)      Graze the floor with the forearms, using the arms as shock absorbers.

        f)      Try to avoid striking the knees by keeping the toes on the floor.

    g)    Roll to the weapon (strong) side.

    h)    Execute the "coiled snake" or "turtle on the back" technique *(see Subsections IIIB and IIIC preceding)*.

## References

Charles, M.T., & Connor, G. (1996). *Integrated force management: Changing the police paradigm.* University of Illinois: Police Training Institute.

Michelman, M.K. (1996). *Massachusetts Sheriff Association defensive tactics program.*

PPCT Management Systems, Inc. (rev. 1991). *PPCT defensive tactics instructor manual: Series A.* Millstadt, IL: PPCT Management Systems, Inc.

Standen, D.A. (1996). *Massachusetts Criminal Justice Training Council defensive tactics lesson plan.*

Wisconsin Department of Justice Law Enforcement Standards Board. (1995). *Demonstrate defensive and arrest tactics: A training guide for law enforcement officers.* Madison, WI: Training and Standards Bureau.