# Striking Techniques

# LEARNING OUTCOMES

At the close of this module segment, the student officer should be able to:

▲ Identify strike target areas.

▲ Relate striking to the use-of-force model.

▲ Recognize situations that are appropriate for striking.

▲ Execute the following striking techniques:

  ▶ Palm-heel strike
  ▶ Elbow strikes
  ▶ Knee strike

# CONTENT SUMMARY

This module segment has the following sections:

I. Identifying Strike Target Areas

II. Relating Striking and the Use of Force

III. Executing Striking Techniques

# TECHNIQUE SUMMARY

Following is the technique breakdown for this segment:

**Level 1 (Mandatory)**
▲ Palm-heel strike
▲ Elbow strikes
▲ Knee strike

**Level 2 (As Student Mastery of Level 1 Allows)**
▲ Straight punch
▲ Edged-fist strike
▲ Front kick

**Level 3 (As Student Mastery of Level 2 Allows)**
▲ *Not applicable.*

## I. IDENTIFYING STRIKE TARGET AREAS

A. Understanding the basic principles of striking

1. The human body has many vulnerable areas.

2. The officer should know which body areas are vulnerable to:

    a) Strike only areas that are appropriate and effective for the confrontation

    b) Better protect him- or herself during subject confrontations

3. In addition to identifying vulnerable body areas, the officer should know the relative vulnerabilities of body areas to strike subjects appropriately.

    a) Strikes to many vulnerable body areas cause the subject pain and/or injury.

    b) Strikes to some vulnerable body areas may cause the subject significant injury, including:

        (1) Shock

        (2) Unconsciousness

        (3) Death

4. The officer should know the power of each strike to apply force reasonably and appropriately *(see the Use of Force module)*.

    a) Some strikes may significantly injure the subject simply because they are more powerful than others.

    b) The officer should strike vulnerable body areas cautiously because even moderate blows to some target areas may seriously injure and/or kill the subject.

    c) The officer should use body weight to maximize strike effectiveness.

**THE BASIC CURRICULUM**

   B.    Identifying vulnerable body areas and potential injuries

        1.    The *Achilles tendon*, which joins the calf to the heel bone, is a sensitive but nonlethal body area.

        2.    A strike to the *back of the hand* may open a wound.

        3.    A strike to the *back of the neck*, a very vulnerable area, may cause shock.

        4.    A strike to the *bridge of the nose* may cause unconsciousness or death.

        5.    A strike to the *coccyx*, which is the tailbone, may cause shock.

        6.    In general, the *collarbone*, the shoulder bone connecting the breastbone with the shoulder blade *(see Subsection 19 following)* is a nonlethal body area.

        7.    A strike to the *ears* may cause deafness, unconsciousness, serious injury, or death.

        8.    A strike to the *elbow*, a very sensitive area, may cause the joint to dislocate or fracture.

        9.    A strike to the *eyes* may cause vision loss, unconsciousness, serious injury, or death.

        10.    A strike to the *groin*, which is where the lower abdomen and inner thigh meet, may cause enough pain to trigger shock.

        11.    A strike to the *hollow behind the ear* may cause serious injury or death.

        12.    The *inside of the wrist* is a very sensitive body area.

        13.    The *instep*, the arch of the foot, is a sensitive but nonlethal body area.

        14.    A strike to the *jaw* may fracture the jaw or cheekbone.

        15.    A strike to the *kidney*, a very vulnerable area near the backbone, may cause shock.

        16.    A strike to the *knee* may dislocate or fracture the joint.

        17.    The *lower abdomen*, which is just below the naval, is a nonlethal body area.

18. The *shin,* the front of the leg below the knee, is a sensitive, nonlethal body area.

19. The *shoulder blade,* the flat, triangular bone behind each shoulder, is a sensitive, nonlethal body area.

20. A strike to the *solar plexus,* which is the stomach below the sternum (in the center of the chest connecting the ribs), may cause shock.

21. A strike to the *temple,* the very sensitive, flattened area on each side of the forehead, may cause unconsciousness or death.

22. A strike to the *throat,* a very vulnerable area, may fracture the windpipe and cause serious injury or death.

23. A strike to the *upper lip* directly below the nose may cause unconsciousness or death.

## II. RELATING STRIKING AND THE USE OF FORCE

A. The officer may strike a subject he or she perceives threatens him or her with bodily harm (Level 4 of the use-of-force model; *see the Use of Force module*).

B. The officer may use striking as self-defense or as follow-up to other self-defense techniques *(see the Self-Defense segment of the Defensive Tactics module).*

   1. In general, the officer uses strikes after blocks to:

      a) Halt a subject

      b) Create distance and gain a position of advantage over the subject

C. The strike target area *(see Section I preceding)* and the resulting injury must be appropriate for the confrontation.

## III. EXECUTING STRIKING TECHNIQUES

A. To execute the straight punch, the officer should:

1. Assume the high-guard position with the:

    a) Hands in fists

    b) Hands raised to the cheeks

    c) Elbows close to the body

2. Throw the punching fist forward, toward the subject.

    a) The officer may straight punch with the weapon (strong) hand or the reaction (weak) hand.

    b) While punching, the officer should keep the:

        (1) Punching fist (weapon or reaction) closed

        (2) Elbow close to the body

3. Contact the subject with the top two knuckles of the punching fist.

4. Immediately return the punching fist to high-guard position *(see Step 1 preceding)*.

B. To execute the palm-heel strike, which is like the straight punch *(see Subsection A preceding)*, the officer should:

1. Assume the high-guard position with the:

    a) Hands in fists

        (1) When assuming the high-guard position to execute the palm-heel strike, the officer should:

            (a) Open the striking fist upward.

                i) The officer may palm-heel strike with the weapon (strong) hand or the reaction (weak) hand.

        (b)       Point the striking knuckles upward.

        (c)       Face the heel of the striking hand (part of the palm nearest the wrist) toward the subject.

    b)      Hands raised to the cheeks

    c)      Elbows close to the body

2.    Propel the striking palm forward, toward the subject.

    a)      While striking, the officer should keep the elbow close to the body.

3.    Contact the subject with the heel of the striking hand.

4.    Immediately return the striking palm to high-guard position *(see Step 1 preceding)*.

C.    To execute the front elbow strike, the officer should:

1.    Assume the high-guard position with the:

    a)    Hands in fists

    b)    Hands raised to the cheeks

    c)    Elbows close to the body

        (1)    When assuming the high-guard position to execute the front elbow strike, the officer should raise the striking elbow to shoulder level.

        (2)    The officer may front elbow strike with the elbow of the weapon (strong) arm or the reaction (weak) arm.

2.    Move the striking elbow horizontally across the front of the body, toward the opposite side.

    a)    While moving the striking elbow across the body, the officer should:

        (1)    Place the hand of the striking arm near the face on the opposite side of the body.

THE BASIC CURRICULUM


...

THE BASIC CURRICULUM

      (a)    For example, if the officer is executing the front elbow strike with the weapon arm, the hand of the weapon arm should rest near the officer's face on the reaction side.

    (2)    Point the striking elbow toward the subject.

3. Contact the subject with the elbow or lower forearm of the striking arm.

4. Immediately return the striking elbow to high-guard position *(see Step 1 preceding)*.

D. To execute the rear elbow strike, which is used to stop a rear attack, the officer should:

1. Assume the high-guard position with the:

   a)    Hands in fists

   b)    Hands raised to the cheeks

   c)    Elbows close to the body

      (1)    When assuming the high-guard position to execute the rear elbow strike, the officer should raise the striking elbow slightly.

      (2)    The officer may rear elbow strike with the elbow of the weapon (strong) arm or the reaction (weak) arm.

2. Pull the striking elbow straight backward, toward the subject.

   a)    The officer should drop the hand of the striking arm slightly until the arm is horizontal.

3. Slightly pivot the upper body in the strike direction to add power.

4. Contact the subject with the striking elbow.

5. Immediately return the striking elbow to high-guard position *(see Step 1 preceding)*.

E. To execute the edged-fist strike, which is used to strike the outside of a subject's body during a close attack or a subject's arm during a grab, the officer should:

    1. Assume the high-guard position with the:

        a) Hands in fists

            (1) When assuming the high-guard position to execute the edged-fist strike, the officer should turn the striking fist slightly such that the thumb of the fist points toward the cheek.

            (2) The officer may edged-fist strike with the weapon (strong) hand or the reaction (weak) hand.

        b) Hands raised to the cheeks

        c) Elbows close to the body

            (1) When assuming the high-guard position to execute the edged-fist strike, the officer should place the elbow of the striking arm roughly 12 inches from the body.

    2. In a hooking movement, overturn the striking fist such that the knuckles point upward and the thumb points outward.

    3. Contact the subject with the edged fist (side or blade of the hand).

    4. Immediately return the edged fist to high-guard position *(see Step 1 preceding)*.

F. To execute the knee strike, which is used to halt or contain a subject who is striking or attacking at close range, the officer should:

    1. Assume the high-guard position with the:

        a) Hands in fists

        b) Hands raised to the cheeks

        c) Elbows close to the body

        d) Hips squared

        e) Body facing the subject

    2. Using the thigh and hip, raise the striking knee until the front of the knee contacts the subject.

        a) The officer may knee strike with the knee of the leg on the weapon (strong) side or the reaction (weak) side.

    3. Immediately lower the striking knee, and use the same-side foot to support a well-balanced body position.

G. To execute the front kick, which is used to halt and control a subject as well as create distance, the officer should:

    1. Assume the high-guard position with the:

        a) Hands in fists

        b) Hands raised to the cheeks

        c) Elbows close to the body

    2. Raise the striking knee as if delivering a knee strike *(see Subsection F preceding)*.

        a) The officer may front kick with the foot on the weapon (strong) side or the reaction (weak) side.

    3. Depending on the target area, snap the lower leg to an almost-locked position.

    4. Contact the subject with the toe, ball, or heel of the striking foot.

    5. Immediately snap the lower leg back, and use the striking foot to support a well-balanced position.

## References

Charles, M.T., & Connor, G. (1996). *Integrated force management: Changing the police paradigm.* University of Illinois: Police Training Institute.

Michelman, M.K. (1982). *Massachusetts Criminal Justice Training Council defensive tactics lesson plan.*

Monadnock Training Council. (1995). *Monadnock defensive tactics system.*

PPCT Management Systems, Inc. (rev. 1991). *PPCT defensive tactics instructor manual: Series A.* Millstadt, IL: PPCT Management Systems, Inc.

Standen, D.A. (1996). *Massachusetts Criminal Justice Training Council defensive tactics lesson plan.*

Wisconsin Department of Justice Law Enforcement Standards Board. (1995). *Demonstrate defensive and arrest tactics: A training guide for law enforcement officers.* Madison, WI: Training and Standards Bureau.

**THE BASIC CURRICULUM**