```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
                   C.A. 3:14-CV-30210-MG
```

JUSTIN DOUGLAS                                              )
                                                            )
                    vs.                                     )
                                                            )
CITY OF SPRINGFIELD, DET. GREGG BIGDA,                      )
DET. STEVEN KENT, DET. ROBERT PATRUNO,                      )
DET. THOMAS KAKLEY, DET. MARK TEMPLEMAN,                    )
DET. EDWARD KALISH, DET. CHRISTOPHER                        )
BATES and MASS. STATE POLICE TROOPER                        )
LIAM R. JONES,                                              )

   DEPOSITION of ROBERT PATRUNO, called at the request of the Plaintiff, pursuant to Rule 30 of the Federal Rules of Civil Procedure, before Linda Dunlop, Certified Shorthand Reporter No. 134193 and Notary Public within and for the Commonwealth of Massachusetts, at the offices of Hector E. Pineiro, 807 Main Street, Worcester, Massachusetts, on Monday, November 30, 2015, commencing at 9:07 a.m.

---

**BAY STATE REPORTING AGENCY**
**8 VINELAND STREET**
**WORCESTER, MASSACHUSETTS 01604**
**(508) 753-4121**

**A P P E A R A N C E S:**

FOR THE PLAINTIFF:
LAW OFFICE OF HECTOR E. PINEIRO, P.C.
807 Main Street
Worcester, MA 01610
   BY:   HECTOR E. PINEIRO, ESQ.


FOR THE DEFENDANT LIAM R. JONES:
RAFANELLI & KITTREDGE, P.C.
1 Keefe Road
Acton, MA  01720-5517
    BY:   MARGARET A. RUBINO, ESQ.

FOR THE DEFENDANT CITY OF SPRINGFIELD:
CITY OF SPRINGFIELD
36 COURT STREET, SUITE 210
SPRINGFIELD, MA 01103
    BY:   JOHN T. LIEBEL, ESQ.

FOR THE DEFENDANT ROBERT PATRUNO, STEPHEN KENT:
REARDON, JOYCE & AKERSON, P.C.
4 Lancaster Terrace
Worcester, MA 01609
    BY:   AUSTIN JOYCE, ESQ.

FOR THE DEFENDANTS CHRISTOPHER BATES, MARK TEMPLEMAN, THOMAS KAKLEY, EDWARD KALISH, GREGG BIGDA:
LAW OFFICE OF KEVIN B. COYLE
1299 Page Boulevard
Springfield, MA 01104
    BY:   KEVIN B. COYLE, ESQ.

ALSO PRESENT:   Stephen Kent
                Edward Kalish
                Gregg Bigda

| | | |
|---|---|---|
| 1 | Q. | When did you see him? |
| 2 | A. | I saw him when he was out of the bathroom and |
| 3 | | then he was getting upset about his girlfriend |
| 4 | | being on the ground. |
| 5 | Q. | So when you walked in did you see him in the |
| 6 | | bathroom? |
| 7 | A. | I might have saw him in the bathroom. |
| 8 | Q. | You're not sure? |
| 9 | A. | Yeah. I was coming through. I might have been |
| 10 | | past at that point. |
| 11 | Q. | There's been some testimony that the bathroom |
| 12 | | was to the right. Do you have a memory of the |
| 13 | | bathroom being to the right? |
| 14 | A. | I believe I said that, yes. |
| 15 | Q. | And when you walked in and saw Mr. Douglas do |
| 16 | | you know if he was standing or sitting? |
| 17 | A. | I don't recall. |
| 18 | Q. | And do you know if any of the other officers |
| 19 | | walked towards Mr. Douglas? |
| 20 | A. | There was officers that took him in custody, |
| 21 | | yes. |
| 22 | Q. | Who was that? |
| 23 | A. | Detective Bigda was one of them. |
| 24 | Q. | Who else? |

| | | |
|---|---|---|
| 1 | A. | I don't recall who else was with him. |
| 2 | Q. | What did you do after you walked through the |
| 3 | | door? |
| 4 | A. | I stopped. I was in there and everybody was |
| 5 | | getting secured. |
| 6 | Q. | Everybody was getting scared? |
| 7 | A. | Secured. |
| 8 | Q. | Secured? |
| 9 | A. | Taken into custody. |
| 10 | Q. | Did you assist in securing his wife, Samantha |
| 11 | | Rawls? |
| 12 | A. | No. I did not. |
| 13 | Q. | What did you do? Who did you assist securing? |
| 14 | A. | Both of them were secured at the point when |
| 15 | | Douglas came out of the bathroom and he was |
| 16 | | upset, like I said. |
| 17 | Q. | And did you see that he was upset? |
| 18 | A. | He was very loud. |
| 19 | Q. | Were you able to look at his face or could you |
| 20 | | just hear him? |
| 21 | A. | I saw his face. |
| 22 | Q. | What was he saying? |
| 23 | A. | He was saying a lot of things. He was yelling |
| 24 | | and screaming. |

| | | |
|---|---|---|
| 1 | Q. | What was he yelling and screaming? |
| 2 | A. | Exact words, I don't know. |
| 3 | Q. | Did you ever write a report on this case? |
| 4 | A. | No. |
| 5 | Q. | Were you ever interviewed by the Bureau of |
| 6 | | Professional Standards regarding this case? |
| 7 | A. | No. |
| 8 | Q. | But you don't know exactly what he was saying? |
| 9 | A. | No. |
| 10 | Q. | And when he was saying those things you saw his |
| 11 | | face; right? |
| 12 | A. | Did I see his face, yes. |
| 13 | Q. | Was he handcuffed or not? |
| 14 | A. | I believe he was handcuffed at that point. |
| 15 | Q. | Did you observe any of his movements? |
| 16 | A. | Yeah.  He started thrashing about and became |
| 17 | | combative in a way that he was starting to fight |
| 18 | | with Detective Bigda. |
| 19 | Q. | When he was thrashing, did he have his hands |
| 20 | | cuffed on his back wrist to wrist? |
| 21 | A. | Yes. |
| 22 | Q. | Tell me how he was thrashing about? |
| 23 | A. | It wasn't with his hands.  With his upper body. |
| 24 | Q. | What was he doing with -- |

| | | |
|---|---|---|
| 1 | A. | And his legs.  He was trying to pull himself. |
| 2 | Q. | To pull himself? |
| 3 | A. | Yes.  Away from the detective. |
| 4 | Q. | Tell me exactly what you saw him doing? |
| 5 | A. | He was taken to the ground. |
| 6 | Q. | So when he was trying to, as you say, you recall |
| 7 | | trying to push himself forward? |
| 8 | A. | Yes. |
| 9 | Q. | Where was Mr. Bigda? |
| 10 | A. | He was with him. |
| 11 | Q. | Did Mr. Bigda have control of Mr. Douglas? |
| 12 | A. | If you call it control at that point until he |
| 13 | | went down to the ground. |
| 14 | Q. | How did he go to the ground? |
| 15 | A. | He was taken down to the ground. |
| 16 | Q. | How was he taken down to the ground? |
| 17 | A. | I believe his feet were taken out from |
| 18 | | underneath him. |
| 19 | Q. | How were they taken out?  Did you see that? |
| 20 | A. | No.  Not exactly.  He went down.  I turned |
| 21 | | around and he was down. |
| 22 | Q. | So somebody told you that he went to the ground? |
| 23 | A. | I saw him on the ground and then he went -- |
| 24 | | started towards -- started thrashing with his |

```
 1            legs and then he got down and landed on his legs
 2            to stop him from kicking or injuring anybody.
 3    Q.      Where was he walking towards?
 4    A.      He wanted to get to his girlfriend.
 5    Q.      And did he get close to his girlfriend?
 6    A.      No.
 7    Q.      How far was he from his girlfriend?
 8    A.      A good distance.
 9    Q.      What is a good distance, more than ten feet?
10    A.      Probably all of that, yes.
11    Q.      So that distance.  So you saw where he was
12            trying to walk towards her but you didn't see
13            how he went down; right?
14    A.      I wouldn't say walking toward.
15    Q.      Was he running?
16    A.      He wanted to.
17    Q.      But did you observe him running?
18    A.      He didn't make it to that point, no.
19    Q.      Is that because Mr. Bigda had a hold of him?
20    A.      And he took him down, yes.
21    Q.      But the takedown you didn't see?
22    A.      It was quick.  Everything happened very quickly.
23            It wasn't a delayed five minute --
24    Q.      So--
```

| | | |
|---|---|---|
| 1 | A. | -- battle. |
| 2 | Q. | So whatever time the takedown was by Bigda, |
| 3 | | that's something that you did not witness? |
| 4 | A. | I believe he kicked -- he took his legs out. |
| 5 | Q. | Did you see that? |
| 6 | A. | Yeah. |
| 7 | Q. | I thought you said earlier -- |
| 8 | A. | Well, I mean, it was quick, so... |
| 9 | Q. | So you're not sure one way or the other? |
| 10 | A. | No. Like I said. |
| 11 | Q. | How did he land? How did Mr. Douglas land on |
| 12 | | the ground? |
| 13 | A. | He was in the prone position at that point. He |
| 14 | | was in the prone position. |
| 15 | Q. | What was he doing with his legs? |
| 16 | A. | Kicking. |
| 17 | Q. | Where was Bigda in relation -- |
| 18 | A. | At his upper body. |
| 19 | Q. | Where? On his left, right or where? |
| 20 | A. | I don't recall exactly where. |
| 21 | Q. | Was he sitting on him? Was he kneeling on his |
| 22 | | back? |
| 23 | A. | I don't know if I would go that far, no. |
| 24 | Q. | Tell me what you saw. He was at his upper body? |

| | | |
|---|---|---|
| 1 | A. | He was at his upper body. |
| 2 | Q. | What did you see Mr. Bigda do? |
| 3 | A. | He got control and then he stopped kicking after |
| 4 | | and then he calmed down. |
| 5 | Q. | And how far away from Mr. Douglas were you when |
| 6 | | you saw Mr. Douglas move his legs to kick with |
| 7 | | his legs? |
| 8 | A. | A few feet away. |
| 9 | Q. | And tell me, how did you approach him so that |
| 10 | | you were not hit? |
| 11 | A. | I went to him.  I just went to the legs. |
| 12 | Q. | You went to the legs.  How did you go to the |
| 13 | | legs?  Did you land on his?  Tell me what you |
| 14 | | did to control him. |
| 15 | A. | I wrapped my arms around him. |
| 16 | Q. | Around his legs? |
| 17 | A. | Yeah.  Or pinned him down. |
| 18 | Q. | What part -- |
| 19 | A. | The lower part by the ankles, calf area. |
| 20 | Q. | Did you put any cuffs on his legs? |
| 21 | A. | No. |
| 22 | Q. | And did he eventually calm down? |
| 23 | A. | Yes. |
| 24 | Q. | How long did it take him to calm down? |

| | | |
|---|---|---|
| 1 | A. | It wasn't very long. |
| 2 | Q. | Was it ten seconds? |
| 3 | A. | Probably. If that, yes. |
| 4 | Q. | And once he calmed down did he say anything? |
| 5 | A. | He was a little quieter and then he became |
| 6 | | boisterous. |
| 7 | Q. | So he was a little quieter but then he was |
| 8 | | boisterous? |
| 9 | A. | Yes. |
| 10 | Q. | What did he start saying? |
| 11 | A. | I don't know. |
| 12 | Q. | Let me ask you a question. Besides holding his |
| 13 | | legs was there anybody else that assisted you to |
| 14 | | restrain Mr. Douglas on the ground? |
| 15 | A. | No. I don't recall. |
| 16 | Q. | So is it your testimony that the only officer |
| 17 | | that came in contact with Mr. Douglas at the |
| 18 | | time that he was arrested were Mr. Bigda and you |
| 19 | | or was there somebody else? |
| 20 | A. | I'm sure there was somebody else in the bathroom |
| 21 | | or somebody there close to the bathroom. |
| 22 | Q. | Can you name the name of the person who was |
| 23 | | close to the bathroom? |
| 24 | A. | No, I can't. |

| | | |
|---|---|---|
| 1 | Q. | Did you hit Mr. Douglas? |
| 2 | A. | No. |
| 3 | Q. | Did Mr. Bigda hit Mr. Douglas? |
| 4 | A. | I believe he did, yes. |
| 5 | Q. | And how did he hit him? |
| 6 | A. | I believe he struck him in the head area. |
| 7 | Q. | Is that something that you saw? |
| 8 | A. | No.  It was, like I said, when I turned around he was already on the ground and I grabbed his legs and it was quick. |
| 11 | Q. | If Mr. Bigda struck Mr. Douglas, that's not something that you saw? |
| 13 | A. | No. |
| 14 | Q. | And if Mr. Bigda brought Mr. Douglas to the ground or slammed him on the ground, that's nothing that you saw? |
| 17 | A. | Like I said, it was quick.  It probably didn't -- no.  I don't recall. |
| 19 | Q. | So that's not something that you saw? |
| 20 | A. | No. |
| 21 | Q. | And do you know how many times Mr. Bigda hit Mr. Douglas? |
| 23 | A. | No. |
| 24 | Q. | Do you know if he struck him more than once? |

| | | |
|---|---|---|
| 1 | A. | I believe it was documented in the report exactly. |
| 3 | Q. | But you didn't see how many times he struck him? |
| 4 | A. | No. |
| 5 | Q. | If he hit him with a gun, that's not something that you saw? |
| 7 | A. | He didn't hit him with a gun. |
| 8 | Q. | Well, you didn't see when they brought him down so you don't know if he hit him with a gun; right? |
| 11 | A. | Yeah. |
| 12 | Q. | Thank you. And did you see Mr. Bigda kick Mr. Douglas? |
| 14 | A. | No. |
| 15 | Q. | And you didn't kick Mr. Douglas? |
| 16 | A. | No. |
| 17 | Q. | Have you ever read the affidavit of Samantha Rawls? |
| 19 | A. | No. |
| 20 | Q. | You know she says that she was slapped in the face while handcuffed? |
| 22 | | MR. JOYCE: Objection. |
| 23 | Q. | Do you know that? |
| 24 | A. | No. |

| | | |
|---|---|---|
| 1 | Q. | That's not something that you saw? |
| 2 | A. | No. |
| 3 | Q. | What type of interactions did you have with |
| 4 | | Samantha Rawls? |
| 5 | A. | Not really any. |
| 6 | Q. | Did you talk to her? |
| 7 | A. | I don't believe so, no. |
| 8 | Q. | Did you hear anything that she said? |
| 9 | A. | She was doing a lot of yelling and screaming |
| 10 | | too. |
| 11 | Q. | Tell me what she was yelling and screaming too? |
| 12 | A. | The same thing I can tell you about Douglas.  I |
| 13 | | don't know. |
| 14 | Q. | You never wrote a report in this case? |
| 15 | A. | Again, no. |
| 16 | Q. | Did you observe any injuries to Mr. Douglas? |
| 17 | A. | No. |
| 18 | Q. | Did you see any blood coming from Mr. Douglas's |
| 19 | | face? |
| 20 | A. | No. |
| 21 | Q. | Do you know if Mr. Douglas lost consciousness at |
| 22 | | any point in time? |
| 23 | A. | I don't believe so. |
| 24 | Q. | If you know, was Mr. Douglas complaining of pain |

| | | |
|---|---|---|
| 1 | | in his jaw? |
| 2 | A. | No. |
| 3 | Q. | So whatever words Mr. Douglas says, you don't |
| 4 | | remember any of the words that he used? |
| 5 | A. | No. |
| 6 | Q. | And did you have any exchanges with Mr. Douglas? |
| 7 | A. | No. |
| 8 | Q. | Anything that you said to him that you remember? |
| 9 | A. | No. |
| 10 | Q. | Anything that you said to Ms. Rawls that you |
| 11 | | remember? |
| 12 | A. | No. |
| 13 | Q. | And anything that Ms. Rawls said that you |
| 14 | | remember as you sit here today? |
| 15 | A. | No. |
| 16 | Q. | Why was Mr. Douglas taken to the state police |
| 17 | | barracks in Springfield? |
| 18 | A. | That was the decision.  He was in West |
| 19 | | Springfield. |
| 20 | Q. | I'm sorry? |
| 21 | A. | He was in West Springfield, the state trooper |
| 22 | | was with him. |
| 23 | Q. | But there was an arrest from the Springfield |
| 24 | | Police Department? |

| | | |
|---|---|---|
| 1 | A. | Springfield Police officers were involved, yes. |
| 2 | Q. | When you process a prisoner in Springfield, |
| 3 | | where is that, on Pearl Street? |
| 4 | A. | Correct. |
| 5 | Q. | How far is the hotel on Route 5 from Pearl |
| 6 | | Street? |
| 7 | A. | I don't know exact distance. |
| 8 | Q. | Is it a five-minute drive? |
| 9 | A. | Somewhere about ten minutes. |
| 10 | Q. | And how far is the state police barracks from |
| 11 | | the hotel where Mr. Douglas was arrested? |
| 12 | A. | A distance probably isn't going to be any |
| 13 | | different, depending. |
| 14 | Q. | So are you saying it's the same distance to go |
| 15 | | to the state police barracks than it is to go to |
| 16 | | Pearl Street? |
| 17 | A. | Very well could be, yeah. |
| 18 | Q. | Had you ever arrested Justin Douglas before this |
| 19 | | date? |
| 20 | A. | I don't think so, no. |
| 21 | Q. | Do you know who Justin Douglas was? |
| 22 | A. | I didn't know who he was, no. |
| 23 | Q. | Did you know any information about him before |
| 24 | | the arrest? |