```
 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF MASSACHUSETTS

 3

 4   _____
                                             :
 5   JUSTIN DOUGLAS,                         :
                PLAINTIFF,                   :
 6                                           :
      -vs-                                   : CIVIL ACTION NO.
 7                                           : 3:14 CV-30210-MGM
     CITY OF SPRINGFIELD, DET. GREGG         :
 8   BIGDA, SGT. STEVEN KENT, DET.           :
     ROBERT PATRUNO, DET. THOMAS             :
 9   KAKLEY, DET. MARK TEMPLEMAN,            :
     DET. EDWARD KALISH, DET.                :
10   CHRISTOPHER BATES AND MASS.             :
     STATE POLICE TROOPER LIAM R.            :
11   JONES,                                  :
                DEFENDANTS.                  :
12   _____ :

13

14        DEPOSITION OF: SAMANTHA V. RAULS
          DATE TAKEN:    DECEMBER 29, 2015
15        LOCATION:      ROBINSON & COLE, L.L.P.
                         280 TRUMBULL STREET
16                       HARTFORD, CT 06103-3597

17

18

19     Reporter: KATHLEEN S. NORTON, RPR, LSR #105

20

21          BRANDON HUSEBY REPORTING & VIDEO

22                 249 Pearl Street

23                Hartford, CT  06103

24              Phone: (860) 549-1850

25               Fax: (860) 549-1537
```

```
 1                      APPEARANCES:

 2


 3


 4    Representing the Plaintiff:

 5    LAW OFFICE OF HECTOR E. PINEIRO, P.C.
      807 Main Street
 6    Worcester, MA   01610
      Phone:  508.770.0600  Fax:  508.770.1300
 7    By: Hector E. Pineiro, Esq.
          hector@pineirolegal.com
 8


 9

10    Representing State Police Trooper Liam Jones:

11    RAFANELLI & KITTREDGE, P.C.
      1 Keefe Road
12    Acton, Massachusetts   01720
      Phone: 978.369.6001  Fax:  978.369.4001
13    By: Joseph P. Kittredge, Esq.
          jkittredge@rkpclaw.com
14

15    Representing Det. Kent and Det. Patruno:

16    REARDON, JOYCE & AKERSON, P.C.
      4 Lancaster Terrace
17    Worcester, Massachusetts   01609
      Phone:  508.754.7285  Fax:  508.754.7220
18    By: AUSTIN M. JOYCE, ESQ.
          ajoyce@rja-law.com
19


20

21    Representing Det. Bigda and Det. Kakley Det. Templeman,

22     Det. Bates and Det. Kalish

23    LAW OFFICE of KEVIN B. COYLE, ESQ.
      1299 Page Boulevard
24    Springfield, Massachusetts 01104
      BY:   KEVIN B. COYLE, ESQ.
25        attycoyle@aol.com.
```

```
 1      A.    I don't remember.
 2      Q.    Do you remember if any of the officers
 3  that you dealt with that day, if they had facial
 4  hair?
 5      A.    I think one or two of them did.
 6      Q.    Which one of the ones that you have
 7  described?  Can you tell us where that officer with
 8  the facial hair went and what he did?
 9      A.    I think it was the one that was with
10  Justin and one that was -- it wasn't the one that
11  was next to me and the black guy didn't.  The one
12  that was in the corner, that was searching.
13      Q.    Okay.  So were there one or two with
14  facial hair?
15      A.    I think there was two of them.
16      Q.    Now, tell us what happened when you saw
17  Justin come back into your view as you've
18  described, what happened at that point?
19      A.    Justin got upset because he seen me
20  laying on the floor.
21      Q.    What did Justin say, if anything?
22      A.    He told them to pick me up off the
23  floor.
24      Q.    What tone of voice did he use when he
25  said that?
```

```
 1      A.     He was upset.
 2      Q.     Was he speaking loudly?
 3             MR. PINEIRO:  Object.
 4      A.     Yes, but not -- he wasn't screaming it
 5   loud like crazy, he was just with a firm voice,
 6   like, "Get her off the floor."
 7   BY MR. LIEBEL:
 8      Q.     And did you see him do anything at that
 9   time?
10      A.     No.  He just kept on repeating himself
11   over and over again to, "Get her off the floor.
12   Get her off the floor."  And then another cop
13   starting to tell him to shut the fuck up and
14   I guess he said to the cop he was holding him too
15   tight and he pulled away from the cop.
16      Q.     Justin pulled away from the officer?
17      A.     Yes.
18      Q.     At that point in time were both you and
19   Justin handcuffed?
20      A.     Yes.
21      Q.     You were on the floor at that point?
22      A.     Yes.
23      Q.     And what happened after Justin, if
24   anything, happened after Justin pulled away from
25   the officer?
```

```
 1      A.     Well, the other cop was yelling to him
 2   to shut the fuck up.  He pulled away because the
 3   other one was holding him too tight.  He complained
 4   about it and so he kind of pulled and the other cop
 5   kept on yelling at him to shut the fuck up, and
 6   then Justin kept saying, "Get her up.  Get her up,"
 7   and the cop got mad and hit him with his gun.
 8      Q.     Was Justin standing up at the time?
 9      A.     Yes, when he got hit, he got dropped to
10   the floor.
11      Q.     And so --
12      A.     And then the guy kept hitting him
13   repeatedly and that's when I yelled at him to stop
14   hitting him.
15      Q.     Tell us more specifically how the
16   officer struck Justin.
17      A.     He struck him here, the left side of his
18   head with his pistol, the butt part of the pistol.
19      Q.     How many times did he strike him?
20      A.     He hit him three times.
21      Q.     And at some point they went to the
22   ground?
23      A.     After the first hit, Justin went down to
24   the floor and the cop hit him a couple more times
25   and I yelled at the cop to stop hitting him because
```

```
 1   we were complying to what he said.  And I said,
 2   "He's not doing anything," and the cop hit him more
 3   than once.
 4        Q.    How many times in total did the police
 5   officer hit him?
 6        A.    About three times.
 7        Q.    And what, if anything, did the officer
 8   say to Justin and did Justin say to the officer?
 9        A.    Well, during the whole thing it was
10   just, "Get her off the floor."  The other cop
11   saying, "Shut the fuck up," him pulling away, him
12   getting hit, and then Justin, I believe he said,
13   "What the fuck," after the guy hit him, but he was
14   already on the floor and he was just like leaning
15   back a little bit.  When I told the copy to stop
16   hitting him, the cop told me to shut the fuck up
17   and smacked me in the face.
18        Q.    Do you know the name of that officer?
19        A.    No, I don't remember any names.
20        Q.    And again, was this the officer that had
21   Justin by the arm?
22              MR. PINEIRO:  Objection.
23        A.    No, it was the officer in front of
24   Justin yelling at him to shut the fuck up.  He
25   walked over to me and told me to shut the fuck up
```

 1   and smacked me in the face.
 2   BY MR. LIEBEL:
 3        Q.    How many times did he strike you?
 4        A.    Once.  He only got to me one time.  He
 5   tried to, after he hit me I called him a fucking
 6   pig, but the other cop stopped him.
 7        Q.    What cop stopped him?
 8        A.    The black cop stopped him.
 9        Q.    Now this black cop, can you tell us any
10   more specifically a description of that officer?
11        A.    No, but he wasn't completely dark, like
12   he wasn't black, black, not completely dark, but he
13   was....
14        Q.    Okay.  Was he as dark as Justin?
15        A.    Justin is light.  He was a little darker
16   than Justin.  Justin is yellow, not dark.
17        Q.    Can you tell us how tall he was?
18        A.    I know he wasn't taller than Justin.  He
19   was around my height, but I know for a fact he was
20   not as tall as Justin.
21        Q.    Can you tell us if he was the one that
22   had facial hair?
23        A.    No, I don't think he had any hair.
24        Q.    Do you remember --
25        A.    I think he was even bald.