```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
                    C.A. 3:14-CV-30210-MG

JUSTIN DOUGLAS                                        )
                                                      )
            vs.                                       )
                                                      )
CITY OF SPRINGFIELD, DET. GREGG BIGDA,                )
DET. STEVEN KENT, DET. ROBERT PATRUNO,                )
DET. THOMAS KAKLEY, DET. MARK TEMPLEMAN,              )
DET. EDWARD KALISH, DET. CHRISTOPHER                  )
BATES and MASS. STATE POLICE TROOPER                  )
LIAM R. JONES,                                        )
```

            DEPOSITION of EDWARD KALISH, called

at the request of the Plaintiff, pursuant to

Rule 30 of the Federal Rules of Civil Procedure,

before Linda Dunlop, Certified Shorthand

Reporter No. 134193 and Notary Public within and

for the Commonwealth of Massachusetts, at the

offices of Hector E. Pineiro, 807 Main Street,

Worcester, Massachusetts, on Monday, November

30, 2015, commencing at 1:12 p.m.

───────────────────────────────

**BAY STATE REPORTING AGENCY**
**8 VINELAND STREET**
**WORCESTER, MASSACHUSETTS 01604**
**(508) 753-4121**

**APPEARANCES:**

<u>FOR THE PLAINTIFF</u>:
LAW OFFICE OF HECTOR E. PINEIRO, P.C.
807 Main Street
Worcester, MA 01610
   BY:   HECTOR E. PINEIRO, ESQ.


<u>FOR THE DEFENDANT LIAM R. JONES:</u>
RAFANELLI & KITTREDGE, P.C.
1 Keefe Road
Acton, MA   01720-5517
   BY:   MARGARET A. RUBINO, ESQ.

<u>FOR THE DEFENDANT CITY OF SPRINGFIELD:</u>
CITY OF SPRINGFIELD
36 COURT STREET, SUITE 210
SPRINGFIELD, MA 01103
   BY:   JOHN T. LIEBEL, ESQ.

<u>FOR THE DEFENDANT ROBERT PATRUNO, STEPHEN KENT:</u>
REARDON, JOYCE & AKERSON, P.C.
4 Lancaster Terrace
Worcester, MA 01609
   BY:   AUSTIN JOYCE, ESQ.

FOR THE DEFENDANTS CHRISTOPHER BATES, MARK TEMPLEMAN, THOMAS KAKLEY, EDWARD KALISH, GREGG BIGDA:
LAW OFFICE OF KEVIN B. COYLE
1299 Page Boulevard
Springfield, MA 01104
   BY:   KEVIN B. COYLE, ESQ.

<u>ALSO PRESENT:</u>  Steven Kent
                Robert Patruno
                Gregg Bigda

```
 1         it at some point but I don't recall when and
 2         where.
 3    Q.   Did you ever see Mr. Templeman interacting and
 4         helping Mr. Bigda restrain or arrest Mr.
 5         Douglas?
 6    A.   No.
 7    Q.   What happened next?
 8    A.   At some point the two occupants were removed
 9         from the hotel and we began the collection of
10         our firearms.
11    Q.   You said at some point they were arrested and
12         removed, is that --
13    A.   They were removed.
14    Q.   They were.  Who removed them from the room?
15    A.   No idea.
16    Q.   Did you hear a struggle between Mr. Bigda and
17         Mr. Douglas?
18    A.   I heard something on the other side of the wall.
19         I didn't know what it was.
20    Q.   What did you hear?
21    A.   Just noise.
22    Q.   What type of noise?
23    A.   Shoving, things banging against the wall.
24    Q.   Did you ever write a report to explain what
```

| | | |
|---|---|---|
| 1 | | happened in this case? |
| 2 | A. | No. |
| 3 | Q. | Were you ever interviewed by the Bureau of |
| 4 | | Professional Standards on this case? |
| 5 | A. | No. |
| 6 | Q. | Were you ever asked by Lieutenant Kent to fill |
| 7 | | out a report? |
| 8 | A. | No. |
| 9 | Q. | Were you ever able to observe any injuries to |
| 10 | | Mr. Douglas? |
| 11 | A. | No. |
| 12 | Q. | Do you know if Mr. Douglas suffered an injury? |
| 13 | A. | Do I know that now? |
| 14 | Q. | Yes. |
| 15 | A. | Yes. |
| 16 | Q. | How do you know that now? |
| 17 | A. | From all the paperwork I've been handed. |
| 18 | Q. | Did you ever see Mr. Douglas on the ground |
| 19 | | restrained? |
| 20 | A. | No. |
| 21 | Q. | So did you ever see Mr. Douglas standing up |
| 22 | | right next to Officer Bigda? |
| 23 | A. | Yes. |
| 24 | Q. | And tell me, where did you see him and what did |

| | | |
|---|---|---|
| 1 | | you observe? |
| 2 | A. | I observed Detective Bigda placing the handcuffs |
| 3 | | on him when he made entry. |
| 4 | Q. | Is that the only time you saw the two of them |
| 5 | | interacting? |
| 6 | A. | Yes. |
| 7 | Q. | Were you able to observe Mr. Douglas once he was |
| 8 | | brought outside? |
| 9 | A. | No. |
| 10 | Q. | Is that because you were searching in the room? |
| 11 | A. | I was the evidence officer, correct. |
| 12 | Q. | And did anyone strike Ms. Rawls? |
| 13 | A. | No. |
| 14 | Q. | When you were there based on what you saw, what |
| 15 | | you observed, would there have been any reason |
| 16 | | for any officers to strike Ms. Rawls? |
| 17 | A. | No. |
| 18 | Q. | And did Ms. Rawls quiet down at some point in |
| 19 | | time? |
| 20 | A. | I believe so. |
| 21 | Q. | For how long did it take her to quiet down? |
| 22 | A. | I have no idea. |
| 23 | Q. | Did you have any conversations with Ms. Rawls? |
| 24 | A. | No. |

```
 1      have to secure.
 2   Q. So from when you participate in a drug raids,
 3      detectives normally don't draw their guns if
 4      they break through a door?
 5   A. Correct.
 6   Q. And that's usually the case?
 7   A. Correct.
 8   Q. And have there been times when you've drawn your
 9      gun?
10   A. Yes.
11   Q. And have you ever pistol whipped anybody?
12   A. Absolutely not.
13   Q. Have you ever hit somebody with a flashlight?
14   A. Yes.
15   Q. Under what circumstances?
16   A. Fighting with them.
17   Q. When did this happen?
18   A. I have no idea.
19   Q. Did it happen more than ten years ago?
20   A. I can't give you a specific time and date that
21      it happened.
22   Q. Now, how many complaints would you say a
23      civilian has filed against you?
24   A. I have no idea.
```

| | | |
|---|---|---|
| 1 | Q. | Would you say that there's more than 20 complaints against you? |
| 3 | A. | No. |
| 4 | Q. | Would you say there's more than 10 complaints against you? |
| 6 | A. | Maybe there's 10. I have no idea. |
| 7 | Q. | And has any complaint ever been sustained against you? |
| 9 | A. | No. |
| 10 | Q. | Have you received any type of retraining in the police department for any reason whatsoever? |
| 12 | A. | Yes. |
| 13 | Q. | For what reason have you received retraining? |
| 14 | A. | It was when I first got on the police department. I responded to a call where a woman wanted to report a domestic violence incident. I knocked on the door. I spoke with her. She refused to provide her name with me. She refused to provide any information on the assailant's name. I asked her basic information, if I could just get that for the report and she slammed the door on my face. |
| 23 | Q. | She slammed the door on your face? |
| 24 | A. | Yes. |

```
1    Q.   Was that the extent of it?
2    A.   Yes.
3    Q.   And what is it that she complained to the
4         department about that you failed to do or should
5         have done?
6    A.   That I failed to file a report.
7    Q.   Even though she didn't want to give you any
8         information about herself?
9    A.   Correct.
10   Q.   Fair enough.  Has any court ever refused to
11        credit your testimony during a drug raid?
12   A.   Not to my knowledge.
13   Q.   Do you know an officer by the name of Asher?
14   A.   A former officer?
15   Q.   A former officer?
16   A.   Yes.
17   Q.   Did you know him well?
18   A.   I believe we might have gone to junior high
19        school together.
20   Q.   You grew up in the same town?
21   A.   Yes.
22   Q.   Did he ever do work in the drug unit?
23   A.   Not to my knowledge.
24   Q.   Was he a friend?
```