## RECORDS CERTIFICATION STATEMENT

Case name:   *Justin Douglas v. City of Springfield, et. al.,*
   US District Court CA No.: **3:14-CV-30210-MGM**

Request for:   Records from the National Ambulance regarding medical records of **Justin Douglas**, on **Thursday April 26, 2012** at the **Massachusetts State Police barracks** located at **600 Liberty Street Springfield Ma.**

This is to certify that I am a Keeper of the Records for the National Ambulance and to the best of my knowledge, the attached pages are true, correct, and complete copies of records on file in reference to the above referenced matter.

Subscribed and Sworn to under the pains and penalties of perjury this    day of February 8, 2016.

_Luda Holzhigirey_
Keeper Of Records,
National Ambulance

## National Ambulance
## Patient Contact / Refusal of Transport and / or Treatment Form

Full Name of EMT obtaining release  Alex Laghman

EMT # 891146   Unit # 62   Call # 127396   Date: 9/26/12

### Action Taken
- ☐ Canceled Enroute
- ☐ Unfounded Call
- ☐ No Patient Contact
- ☒ Patient Refusal
- ☐ Patient Treated / No Trans.
- ☐ Lift Assist Only / No Trans.
- ☐ Fire Standby
- ☐ Police Standby
- ☐ Patient Transported by Other Means:

### Type of Event
- ☐ MVA with Patient Injury
- ☐ MVA-No Patient Injury
- ☐ MVA Unknown Injury
- ☐ Medical
- ☒ Trauma
- ☐ Psychological
- ☐ Other

### First Responder
- ☒ Police
- ☐ Fire
- ☐ EMS
- ☐ Other

I, Justin _____, after being informed by National Ambulance personnel of my need for transport and/or treatment, agree and understand that I am solely responsible for refusing medical transportation and care. I release and forever discharged National Ambulance, its agents and employees from any and all claims and liabilities arising from or in connection with my refusal to accept medical assistance and care. This release is my free and voluntary act and deed.

In addition, I acknowledge that I was provided with, or a reasonable attempt was made to provide me with, a copy of National Ambulance Notice of Privacy Practices and my rights in accordance with the Health Insurance Portability and Accountability Act if 1996, also known as HIPAA.

Patient's Signature ___   Date ___   Patient's Name (Please Print) ___

Guardian's Signature ___   Date ___   Guardian's Name (Please Print) ___   Relationship ___

Witness' Signature: TPR. LIAM JONES   Date: 4/26/12   Witness' Name & Title (Please Print): ___ 3008

**Reason stated for refusal:**
PT had wanted to be examined, stated had been hit in his jaw. Full range of motion & swelling. PT did not want to be seen at the ER.

### Documentation Reminders
Complete all information in PCR. Fill in all applicable spaces.
Document the following in the narrative section of the PCR:
1. Who called the Ambulance – Patient, family, friend, bystander, police…
2. Why Ambulance was called?
3. What crew found on arrival. Description of the scene. Who was there, how were they acting…
4. Patient Assessment
5. What crew suggested to patient and how the patient responded. (Document all 3 attempts)