

**Rule 35.**                              **INTERNAL INVESTIGATING UNIT**

**Section 1.** An Internal Investigating Unit is hereby established under the supervision of the Chief of Police, who shall assign (on a six-month rotating basis) a Deputy Chief of Police to implement the functions of this Unit. The Deputy Chief of Police shall have such personnel to assist him in performing his duties hereunder as he requires and as the Chief of Police approves.

**Section 2.** The Internal Investigating Unit shall investigate any matter referred to the Deputy Chief in charge thereof by the Chief of Police, any citizen complaint filed pursuant to rule 32 hereof, any matter affecting members of this Department referred to the Deputy Chief by any law enforcement official, any citizens complaints pertaining to the members of the Department, and any reports received pursuant to Section 35 of Rule 29 hereof.

**Section 3.** This Unit shall actively pursue a course of investigation concerning members of the Department, regardless of whether complaints have been received, in order to determine if there are any violations by members of this Department of laws or Rules and Regulations of this Department.

**Section 4.** The Deputy Chief of Police in charge of this Unit shall promptly report in writing to the Chief of Police the existence of any complaint, and the existence of any investigation which had not been referred to him by the Chief of Police. At the conclusion of any investigation, the Deputy Chief of Police shall transmit the conclusions he arrived at as a result of the investigation, and his recommendations in writing to the Chief of Police. The Chief of Police shall transmit the report of the Deputy Chief of Police, together with his recommendations, to the Board of Police Commissioners promptly after receiving the same.

**Section 5.** The Deputy Chief of Police in charge of this Unit shall report to the Chief of Police any recommendations he deems advisable of these Rules and Regulations, or for the issuance of written orders by the Chief of Police for the more efficient operation of the Department, based on any matters coming to his attention while in charge of this unit.

# Internal Investigation Checklist

SO# _____   Investigator: _____
SO Issue Date: _____   Start Date: _____

CC# _____   Date Assigned: _____
                              30 Day_____  60 Day_____  **90 Day** _____

| Officer(s) Complained About: | Interviewed | Reports Req. | Reports Received |
|---|---|---|---|
| _____ | _____ | _____ | ☐ |
| _____ | _____ | _____ | ☐ |
| _____ | _____ | _____ | ☐ |
| _____ | _____ | _____ | ☐ |
| _____ | _____ | _____ | ☐ |
| _____ | _____ | _____ | ☐ |
| _____ | _____ | _____ | ☐ |
| _____ | _____ | _____ | ☐ |

| Officer(s) witnesses: | Interviewed | Reports Req. | Reports Received |
|---|---|---|---|
| _____ | _____ | _____ | ☐ |
| _____ | _____ | _____ | ☐ |
| _____ | _____ | _____ | ☐ |
| _____ | _____ | _____ | ☐ |
| _____ | _____ | _____ | ☐ |
| _____ | _____ | _____ | ☐ |
| _____ | _____ | _____ | ☐ |
| _____ | _____ | _____ | ☐ |

| Evidence: | Report(s)#'s | Date Requested: | Date Received/Completed: |
|---|---|---|---|
| ☐ Visit Scene/Canvass | | | |
| ☐ Roster(s) | _____ | _____ | _____ |
| ☐ Incident Reports | _____ | _____ | _____ |
| ☐ Arrest Reports | _____ | _____ | _____ |
| ☐ Accident Report | _____ | _____ | _____ |
| ☐ CAD Printouts | _____ | _____ | _____ |
| ☐ MDT Records | _____ | _____ | _____ |
| ☐ E911 Recordings | _____ | _____ | _____ |
| ☐ Dispatch Recordings | _____ | _____ | _____ |
| ☐ Prisoner Injury Report | _____ | _____ | _____ |
| ☐ Reports to Commissioner | _____ | _____ | _____ |
| ☐ OC Report | _____ | _____ | _____ |
| ☐ Use of Issued Equipment | _____ | _____ | _____ |
| ☐ Stand-Up Photos | _____ | _____ | _____ |
| ☐ Booking Photos | _____ | _____ | _____ |
| ☐ Other Photos | _____ | _____ | _____ |
| ☐ Booking, Event | _____ | _____ | _____ |
| ☐ Booking, Dock | _____ | _____ | _____ |
| ☐ Booking, TL | _____ | _____ | _____ |
| ☐ Property Tags | _____ | _____ | _____ |
| ☐ Medical Release | _____ | _____ | _____ |
| ☐ Medical Records | _____ | _____ | _____ |
| ☐ OTHER | _____ | _____ | _____ |