# IIU Report By Police Officer

**047750    Bigda        Gregg         A**

| SO Number | CC Number | Date Received | Name Last | Name First | Nature of Complaint | Summary | Disposition | Final Disposition |
|---|---|---|---|---|---|---|---|---|
| 00-369 | 00-121 | 8/24/2000 | ■ | ■ | Harassment | Officer was rude and complainant states that he barged in her home and allowed her daughter to take unauthorized items including a kitten. | Not Sustained | Not Sustained |
| 00-455 | 00-140 | 10/10/2000 | ■ | ■ | Rules&Regulations | Complainant states he made an assault report in 1996 and found there isn't one on file at the police department. | Not Sustained | Not Sustained |
| 00-495 | 00-151 | 11/2/2000 | ■ | ■ | Physical | States that her son, Rion Latta, was beaten and arrested by police. | Unfounded | Unfounded |
| 01-269 | 01-093 | 8/15/2001 | ■ | ■ | Physical | Complainant states he was struck in the head with a flashlight for no reason during arrest. | Unfounded | Unfounded |
| 05-236 | | 10/21/2005 | ■ | ■ | Rules&Regulations | Chicopee P.D. Officer Johnny Jusino was pulled out of his unmarked vehicle, spun him around and pushed him against his rear driver's side door. The level of of force used was unprovoked and excessive. His belief is that the two officers accosted him bevause he is a dark skinned Hispanic male and no other reason, thus violating his civil rights. 90 day letter served 1/5/06. Hearing scheduled for 2/28/06. | Not Sustained | Not Sustained |
| 06-112 | 06-011 | 5/10/2006 | ■ | ■ | Physical/Hands | Officers broke down the door to his home and physically assaulted and choked his mentally disabled son breaking his jaw. Then an offficer put a gun to complainants chest and stated "I can't stand Puerto Ricans." Hearing scheduled for 10/4/06. | Not Sustained | Not Sustained |
| 07-115 | 07-017 | 5/16/2007 | ■ | ■ | Physical/Hands | Complainants states he was assaulted by officers after being taken in. | Not Sustained | Not Sustained |
| 99-545 | 99-183 | 1/3/2000 | ■ | ■ | Property | States he was missing 300.00 after he was arrested. | Not Sustained | Not Sustained |
| d00-305 | 00-107 | 7/25/2000 | ■ | ■ | Physical | Officer held his leg against hot tail pipe of cruiser | Unfounded | Unfounded |

| 04750 | Bigda | Gregg | A | | | | |
|---|---|---|---|---|---|---|---|
| SO Number | CC Number | Date Received | Name Last | Name First | Nature of Complaint | Summary | Disposition | Final Disposition |
| d00-422 | | 10/19/2000 | | | Harassment | States officers check her home and child because the father of her child has them do it. | Unfounded | Unfounded |
| d01-008 | 01-004 | 1/8/2001 | | | Physical | Complainant states he was struck by cruiser and thrown to the ground while being arrested. | Not Sustained | Not Sustained |
| d01-268 | 01-092 | 8/13/2001 | | | Rules&Regulations | Officer swore at her son and abused his authority by issuing 51A. | Not Sustained | Not Sustained |
| d06-195 | 06-032 | 8/24/2006 | | | Physical | Complainant states he was wrongly battered, assaulted when police stopped him in a case of misidentification. | Not Sustained | Not Sustained |
| d08-270 | 08-53 | 11/3/2008 | | | Physical/Hands | Physical abuse by officers that raided her apartment. | Not Sustained | Not Sustained |
| d10-145 | 10-23 | 6/22/2010 | | | Physical/Hands | Complainant reports police brutality. | Exonerated | Exonerated |
| d10-188 | 30 | 9/2/2010 | | | Physical/Hands | Officers tried to throw one complainant over the railing and officers sprayed mace in the house and the other complainant's puppies died as a result. | Not Sustained | Not Sustained |
| d10-188 | 29 | 9/2/2010 | | y | Physical/Hands | Officer maced her puppies and they died | Not Sustained | Not Sustained |
| d12-012 | ADMIN | 1/25/2012 | | T | Physical/Hands A | Invst. Rpt. By Capt. Cheetham re: Injuries to prisoner. | Not Sustained | Not Sustained |
| d14-017 | 14-05 | 2/12/2014 | | | Rules & Regulations | Complainant states officers destroyed his baseball card collection while in the process of searching his rental property. | Not Sustained | Not Sustained |
| dPIE#06-061 | | 9/8/2006 | | | Rules&Regulations | Officers seaarched his car and held them for five hours for no reason. | Not Sustained | Not Sustained |
| dPIE#10-58 | 40 | 7/20/2010 | | T | Physical/Equip | Officer approached him with his duty weapon drawn, another officer violently threw him to the ground | Exonerated | Exonerated |
| dPIE#10-66 | 48 | 8/20/2010 | Orrego | Sidney | Rules & Regulations | Officers handcuffed complainants and searched their home without a warrant. | Not Sustained | Not Sustained |
| dPIE#11-57 | 48 | 10/27/2011 | | | Rudeness | Officers did not provide a search warrant when asked for one. | Not Sustained | Not Sustained |
| dPIE#13-33 | 27 | 9/5/2013 | | | Rudeness | Officer was rude to her at a construction site. He let one co-worker of hers through the barricade but not the others. | | |

| SO Number | 04750 | Bigda | Gregg | A | | | |
|---|---|---|---|---|---|---|---|
| | CC Number | Date Received | Name Last | Name First | Nature of Complaint | Summary | Disposition | Final Disposition |
| PIE#13-33 | 26 | 9/5/2013 | ▮ | ▮ | Rudeness | Officer was rude to her at a construction site. He let one co-worker of hers through the barricade but not the others. | Not Sustained | Not Sustained |
| PIE#14-55 | 53 | 9/25/2014 | ▮ | ▮ | Rules & Regulations | Complainant reports narcotics officers broke his door and did not properly secure it before they took him to 130 Pearl. Conincidentally, his home was robbed. | Exonerated | Exonerated |

# IIU Report By Police Officer

**37180**  Kent  Steven  M

| SO Number | CC Number | Date Received | Name Last | Name First | Nature of Complaint | Summary | Disposition | Final Disposition |
|---|---|---|---|---|---|---|---|---|
| 09-081 | 09-16 | 4/1/1931 | ▓ | | Physical/Hands | Complainant states he was assaulted by police. | Unfounded | Unfounded |
| 10-119 | 10-17 | 5/25/2010 | ▓ | | Rules & Regulations | Officer harasses complainant | Unfounded | Unfounded |
| 11/7/11 | | 1/11/2011 | ▓ | Ch | Physical/Hands | Investigate injury to prisoner. 90 day letter served 4/7/11. | Not Sustained | Not Sustained |
| 11-002 | Invst | 1/9/2011 | Ververis | Michael | Physical/Hands | Companion reported she had a video of physical abuse to arrestee. | Not Sustained | Not Sustained |
| 11-002 | Invst | 1/11/2011 | Ververis | Michael | Physical/Hands | Invst. Report from Capt. Cheetham re: video of arrestee | Not Sustained | Not Sustained |
| 11-002 | | 1/9/2011 | Ververis | Michael | Physical/Hands | Invst. Rpt. From Capt. Cheetham Injury to prisoner. Hearing rescinded by Comm. 12/9/11 | Not Sustained | Not Sustained |
| 11-083 | 11-23 | 6/14/2011 | ▓ | | Physical/Hands | Arresting officers twisted his wrist and choked him until he fainted and beat him up. | Not Sustained | Not Sustained |
| 14-017 | 14-05 | 2/12/2014 | ▓ | | Rules & Regulations | Complainant states officers destroyed his baseball card collection while in the process of searching his rental property. | Not Sustained | Not Sustained |
| 97-244 | 97-066 | 5/8/1997 | ▓ | | Physical | ALLEGES OFFICER HIT HIM AFTER HE TRIED TO GIVE HIMSELF UP | Not Sustained | Not Sustained |
| 98-181 | 98-048 | 5/7/1998 | ▓ | | Physical | CLAIMS SHE WAS ILLEGALLY SEARCHED AT 130 PEARL FOR DRUGS. | Unfounded | Unfounded |
| 98-182 | 98-049 | 5/7/1998 | ▓ | | Physical | COMPLAINT ALLEGES HE RECEIVED BROKEN LEG AS A RESULT OF POLICE | Not Sustained | Not Sustained |
| d00-022 | 00-007 | 1/25/2000 | ▓ | | Rules&Regulations | He was stopped by police and his friend was hit with flashlight.See AO# 00-024 | Not Sustained | Not Sustained |
| d00-024 | 00-008 | 1/25/2000 | ▓ | | Physical | States he was struck in face with flashlight by officers in tan Honda. | Not Sustained | Not Sustained |
| d00-232 | 00-085 | 6/8/2000 | ▓ | | Rules&Regulations | officers entered her room looking for drugs w/o warrant | Not Sustained | Not Sustained |

| 377180 | Kent | Steven | M | | | | |
|---|---|---|---|---|---|---|---|
| SO Number | CC Number | Date Received | Name Last | Name First | Nature of Complaint | Summary | Disposition | Final Disposition |
| d02-445 | 02-115 | 12/13/2002 | ▮ | ▮ | Physical | Officers used excessive force when arresting complainant. | Not Sustained | Not Sustained |
| d03-019 | 03-004 | 1/17/2003 | ▮ | ▮ | Property | Complainant states that detectives destroyed the inside of her truck when they arrested her husband. | Not Sustained | Not Sustained |
| d06-217 | 06-037 | 8/26/2006 | ▮ | ▮ | Rules&Regulations | Officers responded to a noise call and Officers used force & Officer Kourouvacilis drew his duty weapon on members of the party. | Not Sustained | Not Sustained |
| d06-219 | 06-044 | | ▮ | ▮ | Physical | Complainant was sitting on her porch when officers went to the apartment next door. When she asked if she could bring the little girl that was with her inside, an officer elbowed her in the eye. | Not Sustained | Not Sustained |
| d06-219A | 06-045 | | ▮ | ▮ | Physical | Police came into his dad's apt., threw him on the floor, cuffed him and then punched and kicked him and choked him. | Not Sustained | Not Sustained |
| d07-031 | 07-005 | 2/3/2007 | ▮ | ▮ | Physical/Hands | One of several police officers that stopped the complainant, punched him in the face and in the gut then shoved his face into a brick wall. | Not Sustained | Not Sustained |
| d12-012 | ADMIN | 1/25/2012 | ▮ | ie | Physical/Hands A | Invst. Rpt. By Capt. Cheetham re: Injuries to prisoner. | Not Sustained | Not Sustained |
| d99-168 | 99-047 | | ▮ | ▮ | Physical | CLAIMS HIS HEAD WAS BANGED AGAINST CRUISER. | Not Sustained | Not Sustained |
| d99-237 | 99-066 | 5/26/1999 | LEWIS | RICHARD | Rules&Regulations | Claims he was falsely arrested and stripped searched. | Retraining | Retraining |
| dPIE#10-58 | 40 | 7/20/2010 | ▮ | ▮ | Physical/Equip | Officer approached him with his duty weapon drawn, another officer violently threw him to the ground | Exonerated | Exonerated |
| dPIE#10-66 | 48 | 8/20/2010 | Palacio | Carlos | Rules & Regulations | Officers handcuffed complainants and searched their home without a warrant. | Not Sustained | Not Sustained |
| dPIE#10-66 | 48 | 8/20/2010 | Orrego | Sidney | Rules & Regulations | Officers handcuffed complainants and searched their home without a warrant. | | |
| PIE#09-71 | | 11/16/2009 | ▮ | ▮ | Physical/Hands | Officer violently arrested, illegally searched his car and for no reason but messing with him. | Not Sustained | Not Sustained |

| SO Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| 37180 | Kent | Steven | M | | | | |
| SO Number | CC Number | Date Received | Name Last | Name First | Nature of Complaint | Summary | Disposition | Final Disposition |
| PIE#11-57 | 48 | 10/27/2011 | ██ | ██ | Rudeness | Officers did not provide a search warrant when asked for one. | Not Sustained | Not Sustained |

## IIU Report By Police Officer

**56131  Patruno  Robert  J**

| SO Number | CC Number | Date Received | Name Last | Name First | Nature of Complain | Summary | Disposition | Final Disposition |
|---|---|---|---|---|---|---|---|---|
| 07-031 | 07-005 | 2/3/2007 | Bessaw | Derek | Physical/Hands | One of several police officers that stopped the complainant, punched him in the face and in the gut then shoved his face into a brick wall. | Not Sustained | Not Sustained |
| 98-082 | 98-022 | 2/20/1998 | | | Rules&Regulations | | Retraining | Retraining |
| 99-149 | 99-036 | 4/7/1999 | | | Harassment | CLAIMS HE WAS ARRESTED FOR NO REASON. | Not Sustained | Not Sustained |
| d01-049 | 01-023 | 2/13/2001 | | | Rules&Regulations | Complainant states that officers did not help her after a man took money from her and ran off. | Retraining | Retraining |
| d01-214 | 01-070 | 6/21/2001 | | | Physical | States he was beaten by officers while being arrested. | Retraining | Retraining |
| d09-053 | 09-10 | 3/24/2009 | | | Physical/Hands | Officers punched and kicked her at the time of her arrest. | Not Sustained | Not Sustained |
| d99-387 | 99-131 | 8/31/1999 | | | Rules&Regulations | CLAIMS OFFICERS SEARCHED HIS HOME ILLEGALLY WITH THEIR GUNS DRAWN AND BROKE HIS PROPERTY. | Not Sustained | Not Sustained |
| dPIE#07-42 | | 8/14/2007 | | | Rules & Regulations | Complainant feels she was stopped and her car was searched solely because she is black. | Exonerated | Exonerated |
| dPIE#07-46 | | 8/16/2007 | | | Rules & Regulations | Officers detained her, her sister, and her sister's baby's father for no reason. | Exonerated | Exonerated |

# IIU Report By Police Officer

| SO Number | Name Last | Name First | | | | |
|---|---|---|---|---|---|---|
| 35435 | Kakley | Thomas J | | | | |

| CC Number | Date Received | Nature of Complain | Summary | Disposition | Final Disposition |
|---|---|---|---|---|---|
| 01-362 | 10/25/2002 | Criminal | OUI arrest in Indiana.3 day Chief's suspension and EAP referral.Actual days of suspension are:Jan. 18th,24th and 30th,2002. Rule 29- Sustained. Rule 29 conduct- Unfounded. | Sustained | Suspended |
| 02-102 | 4/3/2002 | Rules&Regulations | Officers did not listen to his side of the story and therefore arrested unfairly. | Not Sustained | Not Sustained |
| 02-147 | 5/7/2002 | Harassment | Complainant states that officer gave her the finger and called her a "nigger." | Unfounded | Unfounded |
| 02-346 | 9/27/2002 | Rules&Regulations | Complainant says he was searched and ticketed by officer for false charges. | Unfounded | Unfounded |
| 04-170 | 7/6/2004 | Physical | Complainants say they were beaten by officer during an arrest. | Not Sustained | Not Sustained |
| 98-457 | 10/14/1998 | Criminal | WAS PUT IN FEAR OF TESTIFYING IN CRIMINAL MATTER BY OFFICER | Unfounded | Unfounded |
| 99-037 | 2/3/1999 | Physical | SGT. PERENICK WAS CALLED TO O'BRIENS BAR AND SPOKE TO 2 SUBJECTS THAT MADE REPORTS RE: OFF. T. KAKLEY PUSHING THEM IN AN OFF DUTY ARGUMENT. | Unfounded | Unfounded |
| d02-078 | 3/15/2002 | Physical | Complainant states he was beaten by police. | Unfounded | Unfounded |
| d98-204 | 5/19/1998 | Physical | WAS MACED AND ASSAULTED AT METRO ZONE | Unfounded | Unfounded |
| d99-030 | 1/28/1999 | Physical | WAS ARRESTED, CHOKED AND THROWN TO GROUND FOR NO REASON | Not Sustained | Not Sustained |
| d99-212 | 5/18/1999 | Rules&Regulations | COMPLAINANT FEELS THAT OFFICERS ENTERED HER HOME WITHOUT CAUSE. | Unsubstantiated | |
| dPIE#05-047 | 9/9/2005 | Rules&Regulations | Car was pulled and occupants questioned as their vehicle fit the description of a vehicle just involved in a shooting. | Proper Police Procedure | Not Sustained |

| SO Number | CC Number | Date Received | Name Last | Name First | Nature of Complaint | Summary | Disposition | Final Disposition |
|---|---|---|---|---|---|---|---|---|
| 35435 | PIE#03-054 | 9/21/2003 | Kakley | Thomas | J | Property | Complainant states that officers damaged the door to his apartment. | Unsubstantiated |
35435  Kakley  Thomas  J

| SO Number | CC Number | Date Received | Name Last | Name First | Nature of Complaint | Summary | Disposition | Final Disposition |
|---|---|---|---|---|---|---|---|---|
| | PIE#03-054 | 9/21/2003 | | | Property | Complainant states that officers damaged the door to his apartment. | Unsubstantiated | |

# IIU Report By Police Officer

| 03218 | Bates | Christopher | P | | | | |
|---|---|---|---|---|---|---|---|
| SO Number | CC Number | Date Received | Name Last | Name First | Nature of Complaint | Summary | Disposition | Final Disposition |

| SO Number | CC Number | Date Received | Name Last | Name First | Nature of Complaint | Summary | Disposition | Final Disposition |
|---|---|---|---|---|---|---|---|---|
| 01-319A | 01-108 | 9/19/2001 | ▓ | ▓ | Rules&Regulations | Officers rude and discourteous during follow up of incident | Unfounded | Unfounded |
| 03-330 | 03-047 | 12/23/2003 | ▓ | ▓ | Physical | Complainant says he was assaulted by officers while being arrested. | Not Sustained | Not Sustained |
| 98-530 | | 12/8/1998 | ▓ | ▓ | Physical | STATES THAT OFFICERS USED BAD LANGUAGE AND PUSHED HER 12 YR. OLD SON | Not Sustained | Not Sustained |
| d00-146 | 00-050 | 4/12/2000 | Alvarez | Jorge | Physical | States he was punched and kicked by many officers while being arrested and while at the station. | Not Sustained | Not Sustained |
| d00-274 | 00-100 | 7/13/2000 | ▓ | ▓ | Rules&Regulations | Officer took her I.D. from her and did not return it. States it was her sister's I.D. | Not Sustained | Not Sustained |
| d01-115 | 01-043 | 3/28/2001 | ▓ | ▓ | Rules&Regulations | Complainant states he was stopped and rearched for no reason. | Unfounded | Unfounded |
| d01-319A | 01-108 | 9/19/2001 | ▓ | ▓ | Rules&Regulations | Officers did not escort complainant to his residence as requested. | Unfounded | Unfounded |
| d06-197 | 06-034 | 8/29/2006 | ▓ | ▓ | Rules&Regulations | Complainant states officers did not arrest the man who assaulted his fiance because they did not see it happen. All they did was take a report. | Not Sustained | Not Sustained |
| d11-025 | 11-09 | 3/7/2011 | ▓am | ▓ | Physical/Equip | Officers violently struck him with a flashlight at the time of his arrest in 2009. | Not Sustained | Not Sustained |
| d99-149 | 99-036 | 4/7/1999 | ▓ | ▓ | Harassment | CLAIMS HE WAS ARRESTED FOR NO REASON. | Not Sustained | Not Sustained |
| dPIE#12-29 | 22 | 3/7/2012 | ▓ | ▓ | Rudeness | Officers were rude and did allow complainant to get properly dressed when they entered her home looking for her brother. | Not Sustained | Not Sustained |
| dPIE#12-48 | 33 | 5/7/2012 | F▓ | ▓ | Rules & Regulations | Complainant states officers entered her house when no one was home. | Not Sustained | Not Sustained |

# IIU Report By Police Officer

| SO Number | Name Last | Name First | | |
|---|---|---|---|---|
| 35456 | Kalish | Edward | G | |

| CC Number | Date Received | Name Last | Name First | Nature of Complaint | Summary | Disposition | Final Disposition |
|---|---|---|---|---|---|---|---|
| 02-272 | 7/23/2002 | ■ | | Rules&Regulations | Complainant states that officer hinders criminal investigation of cops buying drugs.After the criminal investigation, the Chief ordered this case filed with no further process on October 11,2002. | Unfounded | Unfounded |
| 05-044 | 3/18/2005 | ■ | | Physical | Complainant says he was falsely arrested and beaten by officers. He adds that he was picked by officers because he is a white person in a "bad neighborhood". | Verbal Reprimand | Verbal Reprimand |
| 09-027 | 1/24/2009 | ■ | | Criminal | Lt. reports that a subject reported to him that narcotics officers stole $100.00 from him. | Exonerated | Exonerated |
| 10-092 | 1/27/2010 | ■ | | Physical/Hands | Officers injured her at the time of her arrest. | Not Sustained | Not Sustained |
| 12-147 | 12/14/2012 | ■ | | Physical/Hands C | Officer choked him. | Not Sustained | Not Sustained |
| 98-402 | 9/14/1998 | LIVINGSTON | HOWARD | Physical | SPRAYED WITH MACE TO EFFECT ARREST | Not Sustained | Not Sustained |
| 99-259 | 6/10/1999 | ■ | | Harassment | WAS ARRESTED BECAUSE HE HAD EARLIER ALTERCATION WITH OFF DUTY POLICE OFFICER. | Unfounded | Unfounded |
| 99-282 | 6/18/1999 | ■ | S | Rules&Regulations | OFFICER FAILED TO MAKE REPORT | Sustained | Verbal Reprimand |
| d02-308 | 8/28/2002 | ■ | | Physical | Officers beat complainant while he was handcuffed. | Not Sustained | Not Sustained |
| d04-208 | 8/12/2004 | ■ | | Physical/Hands | States that officers punched him and took his gold chain. | Not Sustained | Not Sustained |
| d09-053 | 3/24/2009 | Ortega | Denise | Physical/Hands | Officers punched and kicked her at the time of her arrest. | Not Sustained | Not Sustained |
| d09-165 | 8/28/2009 | ■ | | Physical/Hands | Officers beat him at the time of his arrest | Not Sustained | Not Sustained |
| d10-030 | 2/16/2010 | ■ | | Physical/Hands | Complainant states he was physically abused by police. | Not Sustained | Not Sustained |
| d10-219 | 10/1/2010 | ■ | | Physical/Hands | Complainant claimes police physically abused her boyfriend. | | |

| SO Number | CC Number | Date Received | Name Last | Name First | Nature of Complaint | Summary | Disposition | Final Disposition |
|---|---|---|---|---|---|---|---|---|
| 35456 | Kalish | | Edward | G | | | | |
| d10-219 | 10-36 | 10/1/2010 | ▪ | ▪ | Physical/Hands | Complainant claims police physically abused her boyfriend. | Exonerated | Exonerated |
| d11-131 | 11-35 | 9/13/2011 | ▪ | ▪ | Criminal | Officers detained him without explanation and when he was allowed back at his residence there was $1500.00 missing from his vehicle. | Not Sustained | Not Sustained |
| d12-012 | ADMIN | 1/25/2012 | ▪ | | Physical/Hands A | Invst. Rpt. By Capt. Cheetham re: Injuries to prisoner. | Not Sustained | Not Sustained |
| d13-031 | 13-19 | 4/1/2013 | ▪ | ▪ | Physical/Hands C | Complainant states he was punched by several officer at the time of his arrest. 90 Day letter by 6/20/13.. Hearing notice served 8/12/13. | Sustained | Not Sustained |
| dPIE#11-57 | 48 | 10/27/2011 | ▪ | ▪ | Rudeness | Officers did not provide a search warrant when asked for one. | Not Sustained | Not Sustained |
| dPIE#14-55 | 53 | 9/25/2014 | ▪ | ▪ | Rules & Regulations | Complainant reports narcotics officers broke his door and did not properly secure it before they took him to 130 Pearl. Conincidentally, his home was robbed. | | |
| dPIE#14-55 | 53 | 9/25/2014 | ▪ | | Rules & Regulations | Officers entered his home without a warrant. | | |
| dPIE#14-55 | 53 | 9/25/2014 | ▪ | ▪ | Rules & Regulations | Complainant reports narcotics officers broke his door and did not properly secure it before they took him to 130 Pearl. Conincidentally, his home was robbed. | | |

## IIU Report By Police Officer

**70886**    Templeman    Mark    D

| SO Number | CC Number | Date Received | Name Last | Name First | Nature of Complaint | Summary | Disposition | Final Disposition |
|---|---|---|---|---|---|---|---|---|
| 01-043 | 01-019 | 2/9/2001 | ▓ | | Harassment | Officer harasses complainant. | Not Sustained | Not Sustained |
| 01-043A | 01-020 | 2/9/2001 | ▓ | | Harassment | Officer harasses complainant. | Not Sustained | Not Sustained |
| 01-087 | 01-035 | 3/14/2001 | ▓ | | Physical | Complainant states that he was punched, kicked and had his leg stomped during his arrest. | Unfounded | Unfounded |
| 02-019 | 02-004 | 1/16/2002 | ▓ | | Physical | Complainant states her son was physically abused by arresting officers and that arrest report was untruthful. | Unfounded | Unfounded |
| 02-396 | 02-108 | 11/8/2002 | ▓ | | Physical | Complainant states he was knocked to the ground by officer, who was in pursuit of someone else, causing him to have a sprained wrist and cut chin. | Not Sustained | Not Sustained |
| 04-265 | 04-053 | 10/6/2004 | ▓ | | Harassment | Complainant says her boyfriend was harassed by officers. | Not Sustained | Not Sustained |
| 05-154 | 05-027 | 7/15/2005 | ▓ | | Physical | Officer pulled complainant out of his store and choked him. | Not Sustained | Not Sustained |
| 08-127 | 08-29 | 6/5/2008 | ▓ | | Physical/Hands | Officer beat him at the time of his arrest. | Not Sustained | Not Sustained |
| 10-188 | 29 | 9/2/2010 | ▓ | | Physical/Hands | Officer maced her puppies and they died | Not Sustained | Not Sustained |
| 10-36 | 10-36 | 10/1/2010 | ▓ | e | Physical/Hands | Complainant claimes police physically abused her boyfriend. | Exonerated | Exonerated |
| 12-012 | ADMIN | 1/25/2012 | ▓ | | Physical/Hands A | Invst. Rpt. By Capt. Cheetham re: Injuries to prisoner. | Not Sustained | Not Sustained |
| 13-031 | 13-19 | 4/1/2013 | ▓ | | Physical/Hands C | Complainant states he was punched by several officers at the time of his arrest. 90 Day letter by 6/20/13. Hearing notice served 8/12/13. | Sustained | Not Sustained |
| 97-409 | 97-114 | 8/21/1997 | ▓ | | Rules&Regulations | OFFICERS NOT WRITING REPORT UP FOR COMPLAINANT'S SON | Sustained | Verbal Reprimand |
| 98-249 | 98-249 | 6/16/1998 | ▓ | | Verbal | RUDE WHILE ISSUING TRAFFIC CITATION | Retraining | Retraining |

*Monday, June 08, 2015*          *Page 1 of 3*

**70886   Templeman   Mark   D**

| SO Number | CC Number | Date Received | Name Last | Name First | Nature of Complain | Summary | Disposition | Final Disposition |
|---|---|---|---|---|---|---|---|---|
| 98-468 | 98-124 | 10/21/1998 | ■ | ■ | Harassment | OFFICER HARRASSED COMPLAINANT BY SEARCHING CAR AND ARRESTING FRIEND | Not Sustained | Not Sustained |
| 99-132 | 99-030 | 3/30/1999 | ■ | ■ | Verbal | OFFICER INSULTED AND THREATENED COMPLAINANT FOR SOMETHING HE DID IN THE PAST. | Not Sustained | Not Sustained |
| 99-253 | 99-073 | 6/8/1999 | ■ | ■ | Physical | States he was arrested for no reason and had his face pushed into the road as he was being arrested. | Not Sustained | Not Sustained |
| d00-289 | 00-101 | 7/20/2000 | ■ | ■ | Property | states officers disgarded her apt. keys and she had to pay over $100.00 for new ones | Not Sustained | Not Sustained |
| d00-373 | 00-122 | 8/23/2000 | ■ | ■ | Physical | States that officers beat him while on ground during handcuffing. | Not Sustained | Not Sustained |
| d01-334 | 01-114 | 10/1/2001 | ■ | ■ | Harassment | Officers continually harass complainant. | Unfounded | Unfounded |
| d04-316 | 04-059 | 12/3/2004 | ■ | ■ | Physical | States he was grabbed around the neck by officers. | Not Sustained | Not Sustained |
| d05-097 | 05-013 | 5/20/2005 | ■ | ■ | Physical | Officer physically abused complainant. | Not Sustained | Not Sustained |
| d08-270 | 08-53 | 11/3/2008 | ■ | ■ | Physical/Hands | Physical abuse by officers that raided her apartment. | Not Sustained | Not Sustained |
| d10-188 | 30 | 9/2/2010 | ■ | ■ | Physical/Hands | Officer tried to throw complainant over front porch and choked him twice | Not Sustained | Not Sustained |
| d14-017 | 14-05 | 2/12/2014 | Smith | ■ | Rules & Regulations | Complainant states officers destroyed his baseball card collection while in the process of searching his rental property. | Not Sustained | Not Sustained |
| d97-239 | 97-064 | 5/5/1997 | ■ | ■ | Physical | OFFICERS PHYSICALLY ABUSED COMPLAINANT BUT DID NOT ARREST HIM | Retraining | Retraining |
| d97-404 | 97-110 | 8/18/1997 | ■ | ■ | Property | MULTIPLE OFFICERS ALLEGEDLY PHYSICALLY ABUSED COMPLAINANT | Unfounded | Unfounded |
| d97-406 | 97-112 | 8/18/1997 | ■ | ■ | Physical | MULTIPLE OFFICERS ALLEGEDLY PHYSICALLY ABUSED COMPLAINANT | Unfounded | Unfounded |
| d97-407 | 97-113 | 8/18/1997 | ■ | ■ | Physical | MULTIPLE OFFICERS ALLEGEDLY PHYSICALLY ABUSED COMPLAINANT | Unfounded | Unfounded |

| SO Number | CC Number | Date Received | Name Last | Name First | Nature of Complaint | Summary | Disposition | Final Disposition |
|---|---|---|---|---|---|---|---|---|
| 70886 | | | Templeman | Mark | | | | |
| dPIE#05-053 | | 10/28/2005 | ▮ | ▮ | Physical | Complainant states that in January 2005 three officers beat her during her arrest and called her a hooker | Not Sustained | Not Sustained |
| dPIE#07-42 | | 8/14/2007 | Hasset | ▮ | Rules & Regulations | Complainant feels she was stopped and her car was searched solely because she is black. | Exonerated | Exonerated |
| dPIE#07-46 | | 8/16/2007 | ▮ | a | Rules & Regulations | Officers detained her, her sister, and her sister's baby's father for no reason. | Exonerated | Exonerated |
| dPIE#10-58 | 40 | 7/20/2010 | ▮ | ▮ | Physical/Equip | Officer approached him with his duty weapon drawn, another officer violently threw him to the ground | Exonerated | Exonerated |
| dPIE#11-57 | 48 | 10/27/2011 | ▮ | ▮ | Rudeness | Officers did not provide a search warrant when asked for one. | Not Sustained | Not Sustained |
| PIE#05-012 | | 3/17/2005 | ▮ | ▮ | Physical | Unknown officers patted him down, searched him and "roughed him up" when they responded to a "gun" call at the bus terminal. | Not Sustained | Not Sustained |