# Detective Christopher Bates



# MASSACHUSETTS
# CRIMINAL JUSTICE TRAINING COUNCIL

## APPLICATION FOR ENROLLMENT IN A RECRUIT TRAINING PROGRAM

Instructions:

Application is to be made and submitted by the employing agency. Please complete and forward to the Recruit Training Academy you wish your recruit to attend. This application shall be returned without consideration unless all requested information is supplied and appropriately signed.

Employing Agency: SPRINGFIELD POLICE   Agency Code: _____

Agency Address: 130 PEARL ST. SPRINGFIELD   01101-0368
Street     City/Town     Zip Code

Agency Contact: SGT. DONALD SICARD   413-787-6378
Name & Position     Phone

1. Name: BATES, CHRISTOPHER P   Home Telephone: ███████
Last, First, Middle Initial

2. Address: ███████████████████
Street     City/Town     Zip Code

3. Social Security #: ███████   4. Date of Birth: 03 / 17 / 70
Month   Day   Year

5. Academy Requested: SPRINGFIELD ,

6. Session Start Date: 02 / 27 / 95
Month     Day     Year

7. Education (Circle Highest Completed): High School  9  10  11  (12) GED;

College  1  (2)  3  4  5  6  ASSOC. CRIM. JUSTICE
Degree(s) & Major(s)

8. Trainee's Rank/Title: POLICE OFFICER   9. Date of appointment: 02 / 26 / 95
Month   Day   Year

10. Employment Status: ( ) Full Time; ( ) Reserve; ( ) Intermittent; ( ) Other _____

11. Has trainee previously been enrolled in any other recruit academy? If so, state name, dates, and reasons for separation: _____

_____

_____

34



# Springfield Police Department

## Police Academy - Training Division
### U.S. Army Reserve Base
### 50 East Street
### Springfield, Massachusetts 01104
### TEL 413.787.6378 , FAX 413.787.6319





# IST - 2009

**OFFICER:** *CHRISTOPHER BATES*

**EMPLOYEE #:** *3218*

**IST WEEK:** *4/27/09*

The above Officer has completed all MPTC and SPD In-service training which includes training modules listed below:

- *Domestic Violence and strangulation*

- *Legal Updates and SPD Policies*

- *Use of Force and Defensive Tactics*

- *CPR Certification and First Responder*

- *Firearms: Shotgun, Patrol Rifle, and Duty Weapon Qualification*

- *Diversity*

LT. _____

**Academy Director**
**LT. Harry Kastrinakis**



# Springfield Police Department



## Police Academy - Training Division
U.S. Army Reserve Base
50 East Street
Springfield, Massachusetts 01104
TEL  413.787.6378 , FAX  413.787.6319

# IST - 2010

**OFFICER:** *Christopher Bates*

**EMPLOYEE #:** *3318*

**IST  WEEK:** *9/20/10*

The above Officer has completed MPTC and SPD In-service training which includes training modules listed below:

- *Domestic Violence and strangulation*    ✓

- *Legal Updates and SPD Policies*

- *Use of Force and Defensive Tactics*    ✓   *WMLEC*

- *CPR Certification and First Responder*    ✓

- *Shotgun, Patrol Rifle, and Duty Weapon*    ✓

- *Ethics*

_____
*Academy Director*
*LT. Harry Kastrinakis*

# Springfield Police Department

### Academy- Training Division
- 50 East Street
Springfield, Massachusetts 01104
Phone: 413-787-6378/ Fax 413-787-6319

# In-Service Training
# 2011

Officer: _C. BATES_

Employee # _3218_

In-Service week: _APRIL 25 - APRIL 29_

\* The above Officer has completed all MPTC and SPD
Training which includes the training modules listed below:

✓ Elderly / Handicap Abuse

✓ Legal Updates and SPD Policies

✓ Use of Force and Defensive Tactics

✓ CPR Certification and First Responder

✓ Firearms: Handgun, Shotgun and Patrol Rifle

_____
Authorized Academy Staff

# Springfield Police Department
## Academy Training Division
### 50 East St.
### Springfield Massachusetts 01104
### Phone: 413 787-6378   Fax 413 787-6319

# Professional Development
# 2012/2013

Officer _Christopher Bates_

Employee# _3218_

Prof. Dev. Dates _5\1 - 5\4  2012_

The above officer has completed all MPTC and SPD training
which includes the training modules listed below.

Legal Updates and SPD Policies ___✓___

CPR/First Responder Certification ___✓___

Use of Force/Defensive Tactics ___✓___

Firearms: Handgun, Shotgun and Rifle _✓___

Elderly/ Handicap Abuse ___✓___

M.V. Crash Report Training _✓___

# Springfield Police Department
## Academy Training Division
50 East St.
Springfield Massachusetts 01104
Phone (413) 787-6378  Fax (413) 787-6319

# Professional Development
# 2013

Officer _Christopher BATES_

Employee # _3218_

Prof. Dev. Date _2/15 - 2/18   2013_

The above officer has completed all MPTC and SPD training
which includes the training modules listed below.

Legal Updates and SPD Policies _✓_

Use of Force/Defensive Tactics _✓_

Ethics _✓_

Haz/Mat _✓_

Firearms: Handgun, Shotgun and Rifle _✓_

CPR/First Responder _✓_

# Springfield Police Department
## Academy Training Division
50 East St. Springfield Mass 01104
Phone (413) 787-6378  Fax (413) 787-6319

# Professional Development
# 2014

Officer _CHRISTOPHER BATES_

Employee # _3218_

Prof. Dev. Date _5/23 - 5/26   2014_

The above officer has completed all MPTC and SPD training, which includes the training modules listed below.

Legal Updates and SPD Policies_____✓_____

Use of Force/Defensive Tactics_____✓_____

Suicide Prevention_____✓_____

Officer Down Procedures_____✓_____

Firearms: Handgun, Shotgun and Rifle_____✓_____

CPR/First Responder_____✓_____

# Springfield Police Department
## Academy Training Division
50 East St. Springfield Mass 01104
Phone (413) 787-6378  Fax (413) 787-6319

# Professional Development
# 2014-2015

Officer _Christopher Bates_

Employee # _03218_

Prof. Dev. Date _1|28 - 1|30_ _2015_

The above officer has completed all MPTC and SPD training, which includes the training modules listed below.

Legal Updates and SPD Policies_____✓_____

Use of Force/Defensive Tactics_____✓_____

Police Intervention/People w/ Mental Illness _✓_____

Human Trafficking_____✓_____

Firearms: Handgun, Shotgun and Rifle_____✓_____

CPR/First Responder_____✓_____

# Detective Gregg Bigda



# MASSACHUSETTS
# CRIMINAL JUSTICE TRAINING COUNCIL

### APPLICATION FOR ENROLLMENT IN A RECRUIT TRAINING PROGRAM

Instructions:

Application is to be made and submitted by the employing agency. Please complete and forward to the Recruit Training Academy you wish your recruit to attend. This application shall be returned without consideration unless all requested information is supplied and appropriately signed.

---

Employing Agency: SPRINGFIELD POLICE DEPARTMENT  Agency Code: _____

Agency Address: 130  PEARL STREET    SPRINGFIELD    01101-0308
                   Street                 City/Town              Zip Code

Agency Contact: SGT DONALD P.W. SICARD SR.    413-787-6378
                   Name & Position                        Phone

---

1. Name: BIGDA   GREGG   A.          Home Telephone: ▮▮▮▮▮▮▮▮
          Last,  First,  Middle Initial

2. Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
             Street              City/Town          Zip Code

3. Social Security #: ▮▮▮▮▮▮▮▮   4. Date of Birth: ▮▮▮▮▮▮▮▮
                                                    Month       Day        Year

5. Academy Requested: SPRINGFIELD POLICE ACADEMY

6. Session Start Date : _____JULY_____ / ___11___ / ___1994___
                             Month              Day              Year

7. Education (Circle Highest Completed):   High School   9   10   11   12, GED;

   College   1   2   3   4   5  ⑥    MASTER OF ARTS IN CRIMINAL JUSTICE
                                            Degree(s) & Major(s)

8. Trainee's Rank/Title: RECRUIT OFFICER          9. Date of appointment: _7_ / _10_ / _94_
                                                                           Month  Day   Year

10. Employment Status: (X) Full Time; ( ) Reserve; ( ) Intermittent ; ( ) Other _____

11. Has trainee previously been enrolled in any other recruit academy? If so, state name, dates, and reasons for separation: _____

_____

_____




# Springfield Police Department

### Police Academy - Training Division
**U.S. Army Reserve Base**
**50 East Street**
**Springfield, Massachusetts 01104**
**TEL 413.787.6378 , FAX 413.787.6319**

# IST - 2009

**OFFICER:** GREGG BIGDA

**EMPLOYEE #:** 4750

**IST WEEK:** 9/14/09

The above Officer has completed all MPTC and SPD In-service training which includes training modules listed below:

- *Domestic Violence and strangulation*

- *Legal Updates and SPD Policies*

- *Use of Force and Defensive Tactics*

- *CPR Certification and First Responder*

- *Firearms: Shotgun, Patrol Rifle, and Duty Weapon Qualification*

- *Diversity*

LT. _____
**Academy Director**
**LT. Harry Kastrinakis**



# Springfield Police Department

### Academy- Training Division
U.S. Army Reserve
50 East Street
Springfield, Massachusetts 01104

# IN-SERVICE TRAINING

# 2010

OFFICER: _G. BIGDA_

EMPLOYEE # _04750_

IN_SERVICE WEEK: _SEPT 13 – SEPT 17_

\* The above Officer has completed MPTC and SPD
Training which includes the training modules listed below:

- _X_ Elderly / Handicap Abuse

- _X_ Legal Updates and SPD Policies

- _X_ Use of Force and Defensive Tactics

- _X_ CPR Certification and First Responder

- _X_ Firearms: Handgun, Shotgun and Patrol Rifle

Authorized Academy Staff – PRINT and SIGN

# Springfield Police Department
## Academy Training Division
50 East St.
Springfield Massachusetts 01104
Phone: 413 787-6378   Fax 413 787-6319

# Professional Development
# 2011/2012

Officer _Gregg Bigda_

Employee# _4750_

Prof. Dev. Dates _9/13 - 9/16/11_

The above officer has completed all MPTC and SPD training
which includes the training modules listed below.

Legal Updates and SPD Policies _✓_

CPR/First Responder Certification _✓_

Use of Force/Defensive Tactics _✓_

Firearms: Handgun, Shotgun and Rifle _✓_

Elderly/ Handicap Abuse _✓_

M.V. Crash Report Training _✓_

Semi Annual F/A Training Date_____

# Springfield Police Department
## Academy Training Division
50 East St.
Springfield Massachusetts 01104
Phone (413) 787-6378  Fax (413) 787-6319

# Professional Development
# 2013

Officer _GREGG BIGDA_____

Employee # _____04750_____

Prof. Dev. Date _1/15 - 1/18  2013_____

The above officer has completed all MPTC and SPD training
which includes the training modules listed below.

Legal Updates and SPD Policies___✓_____

Use of Force/Defensive Tactics___✓_____

Ethics _____✓_____

Haz/Mat _____✓_____

Firearms: Handgun, Shotgun and Rifle✓_____

CPR/First Responder_____✓_____

# Springfield Police Department
## Academy Training Division
50 East St. Springfield Mass 01104
Phone (413) 787-6378  Fax (413) 787-6319

# Professional Development
# 2014-2015

Officer _Gregg Bigda_

Employee # _4250_

Prof. Dev. Date _1/13 - 1/16    2015_

The above officer has completed all MPTC and SPD training, which includes the training modules listed below.

Legal Updates and SPD Policies_____✓_____

Use of Force/Defensive Tactics_____✓_____

Police Intervention/People w/ Mental Illness___✓___

Human Trafficking_____✓_____

Firearms: Handgun, Shotgun and Rifle___✓___

CPR/First Responder_____✓_____



## TASER® CEW User Certification Form (rev. 4/13)
### PRINT LEGIBLY AND CLEARLY PLEASE!

**Which device were you certified in (Check all that apply):**   ☐ M26  ☐ X26/P  ☑ X2

Rank: _____   Name: _____ GREG BIGDA _____

Agency: _____   Email: _____

Phone: _____ Fax: _____

Address/State/Zip: _____

Number of test answers correct: __49__ out of 50 (X26)  (80% minimum = 40)  or out of 45 (M26) (80% minimum = 36)

Instructor to initial that student has successfully completed the following practical application tests:

____ Demonstration of proper finger positions for aiming and firing.

____ Control TASER CEW adequately when commanded "Arm – Spark – Safe" at random.

____ Demonstrate the ability to load and unload the TASER CEW under stress.

____ Remove and reinstall batteries in TASER CEWs correctly.

____ Hit targets from various distances and place both probes in the preferred target zones

____ Utilize the ARC switch to re-energize deployed probes and to give a warning arc (X2 only)

I hereby certify that the above named applicant has passed the appropriate TASER Certification Test with a minimum score of 80% and has met the above criteria for sufficient knowledge and skills in the use of the TASER CEW system checked above and is hereby certified as a user of this system.

Attested by Certifying Instructor: _EDUARDO VANZANT_   _____
                                                      (Print Name)               (Signature)

Date: _6 02-15_   Location: _SD EAST ST_ _____

## Keep this Form for Department Training Records

©1999- 2013 TASER International, Inc.  TASER®, Shaped Pulse™ and the Globe & Lightning Bolt Logo are trademarks of TASER International, Inc.

# Detective Thomas Kakley

KAKLEY



# MASSACHUSETTS
# CRIMINAL JUSTICE TRAINING COUNCIL

### APPLICATION FOR ENROLLMENT IN A RECRUIT TRAINING PROGRAM

Instructions:

Application is to be made and submitted by the employing agency. Please complete and forward to the Recruit Training Academy you wish your recruit to attend. This application shall be returned without consideration unless all requested information is supplied and appropriately signed.

Employing Agency: Springfield Police Dept.   Agency Code: SPR

Agency Address: 130 Pearl St., Springfield, MA. 01101-0308
   Street          City/Town          Zip Code

Agency Contact: Capt. William C. Cochrane   (413) 787-6378
   Name & Position                          Phone

1. Name: Kakley Thomas J.          Home Telephone: ▮▮▮▮▮
   Last,  First,  Middle Initial

2. Address: ▮▮▮▮▮▮▮▮ Spfld MA. 01118
   Street          City/Town    Zip Code

3. Social Security #: ▮▮▮▮▮   4. Date of Birth: ▮▮▮▮▮
                                    Month   Day   Year

5. Academy Requested: Springfield Police Academy

6. Session Start Date : _____/_____/_____
                          Month     Day      Year

7. Education (Circle Highest Completed):   High School   9   10   11   12, GED;

   College   1   2  (3) 4   5   6 _____
                        Degree(s) & Major(s)

8. Trainee's Rank/Title: Recruit Officer   9. Date of appointment: ___/___/___
                                                            Month  Day  Year

10. Employment Status: (X) Full Time; ( ) Reserve; ( ) Intermittent ; ( ) Other _____

11. Has trainee previously been enrolled in any other recruit academy? If so, state name, dates, and reasons for separation: _____
_____

# Springfield Police Department
## Academy- Training Division
U.S. Army Reserve
50 East Street
Springfield, Massachusetts 01104

# IN-SERVICE TRAINING

# 2010

OFFICER: _____ *T. KAKLEY* _____

EMPLOYEE # _____ *35435* _____

IN_SERVICE WEEK: _*OCT 4 - OCT 8*_

\* The above Officer has completed MPTC and SPD
Training which includes the training modules listed below:

- __X__   Elderly / Handicap Abuse

- __X__   Legal Updates and SPD Policies

- __X__   Use of Force and Defensive Tactics

- __X__   CPR Certification and First Responder

- __X__   Firearms: Handgun, Shotgun and Patrol Rifle

_____
Authorized Academy Staff – PRINT and SIGN

# Springfield Police Department
## Academy Training Division
### 50 East St.
### Springfield Massachusetts 01104
### Phone: 413 787-6378   Fax 413 787-6319

# Professional Development
# 2011/2012

Officer _Thomas Kakley_

Employee# _35435_

Prof. Dev. Dates _10/18 - 10/22   2011_

The above officer has completed all MPTC and SPD training
which includes the training modules listed below.

Legal Updates and SPD Policies ____✓____

CPR/First Responder Certification ____✓____

Use of Force/Defensive Tactics ____✓____

Firearms: Handgun, Shotgun and Rifle ✓____

Elderly/ Handicap Abuse____✓____

M.V. Crash Report Training____✓____

Semi Annual F/A Training Date____✓____

# Springfield Police Department
## Academy Training Division
50 East St.
Springfield Massachusetts 01104
Phone (413) 787-6378  Fax (413) 787-6319

# Professional Development
# 2012

Officer _____Thomas Kakley_____

Employee # _____35435_____

Prof. Dev. Date _____10|30 - 11|2   2012_____

The above officer has completed all MPTC and SPD training
which includes the training modules listed below.

Legal Updates and SPD Policies ✓ _____

Use of Force/Defensive Tactics ✓ _____

Ethics _____ ✓ _____

Suicide Prevention _____ ✓ _____

Firearms: Handgun, Shotgun and Rifle ✓ _____

CPR/First Responder _____ ✓ _____

# Springfield Police Department
## Academy Training Division
50 East St.
Springfield Massachusetts 01104
Phone (413) 787-6378  Fax (413) 787-6319

# Professional Development
# 2013/2014

Officer _____THOMAS KAKLEY_____

Employee # _____35435_____

Prof. Dev. Date _____11|12 - 4|15  2013_____

The above officer has completed all MPTC and SPD training
which includes the training modules listed below.

Legal Updates and SPD Policies _____✓_____

Use of Force/Defensive Tactics _____✓_____

Suicide Prevention _____✓_____

Haz/Mat _____✓_____

Firearms: Handgun, Shotgun and Rifle ✓_____

CPR/First Responder_____✓_____

# Springfield Police Department
## Academy Training Division
50 East St. Springfield Mass 01104
Phone (413) 787-6378  Fax (413) 787-6319

# Professional Development
# 2014-2015

Officer _____ Thomas Kakley _____

Employee # _____ 35435 _____

Prof. Dev. Date _____ 11/4 - 11/7  2014 _____

The above officer has completed all MPTC and SPD training, which includes the training modules listed below.

Legal Updates and SPD Policies_____ ✓ _____

Use of Force/Defensive Tactics _____ ✓ _____

Police Intervention/People w/ Mental Illness ✓ _____

Human Trafficking_____ ✓ _____

Firearms: Handgun, Shotgun and Rifle_ ✓ _____

CPR/First Responder_____ ✓ _____

# Detective Edward Kalish

### SPRINGFIELD POLICE DEPARTMENT
### EMPLOYEE EMERGENCY INFORMATION



ENTERED
C.A.D.

Employee Number: 35456

Employee's Name: Edward _____ G _____ Kalish

              First            Middle Initial       Last

Employee's Address: ▓▓▓▓▓▓▓▓▓

City: SPfld _____ State: MASS _____ Zip Code: 01129

Home Phone: (413) ▓▓▓▓ Date of Birth: ▓▓▓▓ S.S.#: ▓▓▓▓

Current Assignment: Police Academy _____ Assignment Date: 04/07/97

Rank: Police Officer _____ Rank Appointment Date: 04/07/97

Blood Type: _____ Pos. _____ Neg. _____ Hospital of choice: Bay State

Allergies ( If Any): N/A

Emergency Contact Person: ▓▓▓▓ Kalish Jr.

Relationship: Father _____ Phone number: (413) ▓▓▓▓

Doctor: _____ Phone number: ( ) -

### NAME TWO OTHER CONTACT PEOPLE AND THEIR RELATIONSHIP TO YOU

Name: ▓▓▓▓ Kalish _____ Relationship: mother _____ Phone number: (413) ▓▓▓▓

Name: ▓▓▓▓ Kalish _____ Relationship: Brother _____ Phone number: (413) ▓▓▓▓

reccapt.emercont.wpd

# Springfield Police Department
## Academy- Training Division
U.S. Army Reserve
50 East Street
Springfield, Massachusetts 01104

# IN-SERVICE TRAINING

# 2010

OFFICER: _E. KALISH_

EMPLOYEE # _35456_

IN_SERVICE WEEK: _DEC 13 – DEC 17_

\* The above Officer has completed MPTC and SPD
Training which includes the training modules listed below:

- _X_ Elderly / Handicap Abuse

- _X_ Legal Updates and SPD Policies

- _X_ Use of Force and Defensive Tactics

- _X_ CPR Certification and First Responder

- _X_ Firearms: Handgun, Shotgun and Patrol Rifle

_____
**Authorized Academy Staff**

# Springfield Police Department
## Academy Training Division
### 50 East St.
### Springfield Massachusetts 01104
### Phone: 413 787-6378   Fax 413 787-6319

# Professional Development
# 2011/2012

Officer _Edward Kalish_

Employee# _35456_

Prof. Dev. Dates _12/13 - 12/16  2011_

The above officer has completed all MPTC and SPD training
which includes the training modules listed below.

Legal Updates and SPD Policies _✓_

CPR/First Responder Certification _✓_

Use of Force/Defensive Tactics _✓_

Firearms: Handgun, Shotgun and Rifle _✓_

Elderly/ Handicap Abuse _✓_

M.V. Crash Report Training _✓_

Semi Annual F/A Training Date_____

# Springfield Police Department
## Academy Training Division
50 East St.
Springfield Massachusetts 01104
Phone (413) 787-6378  Fax (413) 787-6319

# Professional Development
# 2012

Officer _ED̲W̲A̲R̲D̲ ̲ ̲K̲A̲L̲I̲S̲H̲_

Employee # _35456_

Prof. Dev. Date _12/19 - 12/21  2012_

The above officer has completed all MPTC and SPD training
which includes the training modules listed below.

Legal Updates and SPD Policies _____✓_____

Use of Force/Defensive Tactics _____✓_____

Ethics _____✓_____

Suicide Prevention_____✓_____

Firearms: Handgun, Shotgun and Rifle_✓_____

CPR/First Responder_____✓_____

# Springfield Police Department
## Academy Training Division
50 East St. Springfield Mass 01104
Phone (413) 787-6378  Fax (413) 787-6319

# Professional Development
# 2014-2015

Officer  _Edward  Kalish_

Employee #  _35456_

Prof. Dev. Date  _1/6 - 1/9  2015_

   The above officer has completed all MPTC and SPD training, which includes the training modules listed below.

Legal Updates and SPD Policies _____✓_____

Use of Force/Defensive Tactics_____✓_____

Police Intervention/People w/ Mental Illness __✓___

Human Trafficking_____✓_____

Firearms: Handgun, Shotgun and Rifle __will reschedule.__  _Medical issue 1/8/15_

CPR/First Responder_____✓_____

# Sergeant Steven Kent



# MASSACHUSETTS
# CRIMINAL JUSTICE TRAINING COUNCIL

### APPLICATION FOR ENROLLMENT IN A RECRUIT TRAINING PROGRAM

Instructions:

Application is to be made and submitted by the employing agency. Please complete and forward to the Recruit Training Academy you wish your recruit to attend. This application shall be returned without consideration unless all requested information is supplied and appropriately signed.

Employing Agency: _Springfield Police Dept_    Agency Code: _____

Agency Address: _130_ _Pearl St_ _Spfld_ _Ma_ _01101_
          Street          City/Town       Zip Code

Agency Contact: _Sgt. Sicard_        _787-6370_
                 Name & Position           Phone

1. Name: _Kent, Steven M_    Home Telephone: ▇▇▇▇▇▇
       Last,   First,   Middle Initial

2. Address: ▇▇▇▇▇▇ _St._ _Spfld_ _Ma._ _01101_
          Street        City/Town    Zip Code

3. Social Security #: ▇▇▇▇▇▇ 4. Date of Birth: ▇▇▇ ▇▇▇ ▇▇▇
                                  Month      Day      Year

5. Academy Requested: _Agawam_

6. Session Start Date : _6_ / _13_ / _92_
                     Month      Day      Year

7. Education (Circle Highest Completed):  High School  9  10  11  (12)  GED;

    College  1  (2)  3  4  5  6 _____
                                  Degree(s) & Major(s)

8. Trainee's Rank/Title: _Police Officer_    9. Date of appointment: ___/___/___
                                                   Month  Day  Year

10. Employment Status: ( ) Full Time; ( ) Reserve; ( ) Intermittent; ( ) Other _____

11. Has trainee previously been enrolled in any other recruit academy?  If so, state name, dates, and reasons for separation: _____

_____

_____

_34_



# Springfield Police Department



### Police Academy - Training Division
**U.S. Army Reserve Base**
**50 East Street**
**Springfield, Massachusetts 01104**
**TEL  413.787.6378 ,  FAX  413.787.6319**

# IST - 2009

**OFFICER:** *SGT.   STEVE KENT*

**EMPLOYEE #:** *37180*

**IST WEEK:** *2/2/09*

**The above Officer has completed all MPTC and SPD In-service training which includes training modules listed below:**

- *Domestic Violence and strangulation*

- *Legal Updates and SPD Policies*

- *Use of Force and Defensive Tactics*

- *CPR Certification and First Responder*

- *Firearms: Shotgun, Patrol Rifle, and Duty Weapon Qualification*

- *Diversity*

*LT.*

**Academy Director**
**LT. Harry Kastrinakis**



# Springfield Police Department

### Police Academy - Training Division
**U.S. Army Reserve Base**
**50 East Street**
**Springfield, Massachusetts 01104**
**TEL 413.787.6378 , FAX 413.787.6319**



# IST - 2010

**OFFICER:** _Steven Kent_

**EMPLOYEE #:** _37180_

**IST WEEK:** _2/7/10_

The above Officer has completed  MPTC and SPD In-service training which

includes training modules listed below:

- **Domestic Violence and strangulation** ✓

- **Legal Updates and SPD Policies** ✓

- **Use of Force and Defensive Tactics** ✓

- **CPR Certification and First Responder** ✓

- **Shotgun, Patrol Rifle, and Duty Weapon** ✓

- **Ethics** ✓

_____
**Academy Director**
**LT. Harry Kastrinakis**

# Springfield Police Department

### Academy- Training Division
50 East Street
Springfield, Massachusetts 01104
Phone: 413-787-6378/ Fax 413-787-6319

# In-Service Training
# 2011

Officer: _Sgt. Steven Kent_

Employee # _037100_

In-Service week: _FEB 7 - FEB 11_

\* The above Officer has completed all MPTC and SPD
Training which includes the training modules listed below:

✓ Elderly / Handicap Abuse

✓ Legal Updates and SPD Policies

✓ Use of Force and Defensive Tactics

✓ CPR Certification and First Responder

✓ Firearms: Handgun, Shotgun and Patrol Rifle

_____
Authorized Academy Staff

# Springfield Police Department
## Academy Training Division
### 50 East St.
### Springfield Massachusetts 01104
### Phone: 413 787-6378   Fax 413 787-6319

# Professional Development
# 2012/2013

Officer _Sgt. Steven Kent_

Employee# _37180_

Prof. Dev. Dates _3\6 - 3\9   2012._

The above officer has completed all MPTC and SPD training which includes the training modules listed below.

Legal Updates and SPD Policies _✓_

CPR/First Responder Certification _✓_

Use of Force/Defensive Tactics _____

Firearms: Handgun, Shotgun and Rifle _✓_

Elderly/ Handicap Abuse _✓_

M.V. Crash Report Training_✓_

# Springfield Police Department
## Academy Training Division
50 East St.
Springfield Massachusetts 01104
Phone (413) 787-6378  Fax (413) 787-6319

# Professional Development
# 2013

Officer _STEVEN KENT_

Employee # _37180_

Prof. Dev. Date _3/19 - 3/22 2013_

The above officer has completed all MPTC and SPD training
which includes the training modules listed below.

Legal Updates and SPD Policies _____

Use of Force/Defensive Tactics _____

Ethics _____

Haz/Mat _____

Firearms: Handgun, Shotgun and Rifle _____

CPR/First Responder _____

# Springfield Police Department
## Academy Training Division
50 East St. Springfield Mass 01104
Phone (413) 787-6378  Fax (413) 787-6319

# Professional Development 2014

Officer _Sgt. Steve Kent_

Employee # _37100_

Prof. Dev. Date _4/15 - 4/18   2014_

   The above officer has completed all MPTC and SPD training, which includes the training modules listed below.

Legal Updates and SPD Policies _✓_

Use of Force/Defensive Tactics _✓_

Suicide Prevention _✓_

Officer Down Procedures _✓_

Firearms: Handgun, Shotgun and Rifle _✓_

CPR/First Responder _✓_

# Springfield Police Department
## Academy Training Division
50 East St. Springfield Mass 01104
Phone (413) 787-6378  Fax (413) 787-6319

# Professional Development
# 2014-2015

Officer _____Steven Kent_____

Employee # _____37180_____

Prof. Dev. Date _____4/28 - 5/1  2015_____

The above officer has completed all MPTC and SPD training, which includes the training modules listed below.

Legal Updates and SPD Policies_____✓_____

Use of Force/Defensive Tactics_____✓_____

Police Intervention/People w/ Mental Illness_✓_____

Human Trafficking_____✓_____

Firearms: Handgun, Shotgun and Rifle_✓_____

CPR/First Responder_____✓_____

# Detective Robert Patruno



# MASSACHUSETTS
# CRIMINAL JUSTICE TRAINING COUNCIL

### APPLICATION FOR ENROLLMENT IN A RECRUIT TRAINING PROGRAM

Instructions:

Application is to be made and submitted by the employing agency. Please complete and forward to the Recruit Training Academy you wish your recruit to attend. This application shall be returned without consideration unless all requested information is supplied and appropriately signed.

Employing Agency: _Springfield police Dept_   Agency Code: _____

Agency Address: _130 pearl st_     _Springfield_      _01101-6308_
              Street              City/Town           Zip Code

Agency Contact: _Sgt Donald Sicard_        _(413) 787-6378_
              Name & Position                      Phone

1. Name: _Patruno Jr. Robert J._    Home Telephone: (413) ▮▮▮▮▮
        Last, First, Middle Initial

2. Address: ▮▮▮▮▮▮▮▮  _Granby MA_    _01103_
          Street        City/Town      Zip Code

3. Social Security #: ▮▮▮▮▮▮▮   4. Date of Birth: ▮▮▮/▮▮▮/▮▮▮
                                              Month   Day   Year

5. Academy Requested: _Springfield_

6. Session Start Date: ____02____/____27____/____95____
                        Month          Day          Year

7. Education (Circle Highest Completed): High School  9  10  11  (12)  GED;

   College  1  2  3  4  5  6 _____
                                    Degree(s) & Major(s)

8. Trainee's Rank/Title: _Police Officer_        9. Date of appointment: _02_/_26_/_95_
                                                                    Month Day . Year

10. Employment Status: ( ) Full Time; ( ) Reserve; ( ) Intermittent; (X) Other _Unemployed_

11. Has trainee previously been enrolled in any other recruit academy? If so, state name, dates, and reasons for separation: ____N/A____

_____

_____

_34_



# Springfield Police Department



### Police Academy - Training Division
**U.S. Army Reserve Base**
**50 East Street**
**Springfield, Massachusetts 01104**
**TEL  413.787.6378 ,  FAX  413.787.6319**

# IST - 2009

**OFFICER:**  BOB PATRUNS

**EMPLOYEE #:**  56131

**IST WEEK:**  10/26/09

The above Officer has completed all MPTC and SPD In-service training which includes training modules listed below:

- *Domestic Violence and strangulation*

- *Legal Updates and SPD Policies*

- *Use of Force and Defensive Tactics*

- *CPR Certification and First Responder*

- *Firearms: Shotgun, Patrol Rifle, and Duty Weapon Qualification*

- *Diversity*

**Academy Director**
**LT. Harry Kastrinakis**

# Springfield Police Department

## Academy- Training Division
U.S. Army Reserve
50 East Street
Springfield, Massachusetts 01104

# IN-SERVICE TRAINING

# 2010

OFFICER: _R. PATRUNO_

EMPLOYEE # _56131_

IN_SERVICE WEEK: _OCT 25 - OCT 29_

\* The above Officer has completed MPTC and SPD
Training which includes the training modules listed below:

- _X_ Elderly / Handicap Abuse

- _X_ Legal Updates and SPD Policies

- _X_ Use of Force and Defensive Tactics

- _X_ CPR Certification and First Responder

- _X_ Firearms: Handgun, Shotgun and Patrol Rifle

Authorized Academy Staff – PRINT and SIGN

# Springfield Police Department
## Academy Training Division
### 50 East St.
### Springfield Massachusetts 01104
### Phone: 413 787-6378   Fax 413 787-6319

# Professional Development
# 2011/2012

Officer _Robert Patruno_

Employee# _56131_

Prof. Dev. Dates _10/25 - 10/28  2011_

The above officer has completed all MPTC and SPD training
which includes the training modules listed below.

Legal Updates and SPD Policies ____✓____

CPR/First Responder Certification ____✓____

Use of Force/Defensive Tactics ____✓____

Firearms: Handgun, Shotgun and Rifle ____✓____

Elderly/ Handicap Abuse____✓____

M.V. Crash Report Training____✓____

Semi Annual F/A Training Date_____

# Springfield Police Department
## Academy Training Division
50 East St.
Springfield Massachusetts 01104
Phone (413) 787-6378  Fax (413) 787-6319

# Professional Development
# 2012

Officer _Robert Patruno_

Employee # _56131_

Prof. Dev. Date _11/6 - 11/9 2012_

The above officer has completed all MPTC and SPD training
which includes the training modules listed below.

Legal Updates and SPD Policies ____✓____

Use of Force/Defensive Tactics ____✓____

Ethics _____✓_____

Suicide Prevention ____✓____

Firearms: Handgun, Shotgun and Rifle ✓

CPR/First Responder _____✓_____

# Springfield Police Department
## Academy Training Division
50 East St.
Springfield Massachusetts 01104
Phone (413) 787-6378  Fax (413) 787-6319

# Professional Development
# 2013/2014

Officer _Robert Patruno_

Employee # _56131_

Prof. Dev. Date _11\12 - 11\15   2013_

The above officer has completed all MPTC and SPD training
which includes the training modules listed below.

Legal Updates and SPD Policies _✓_

Use of Force/Defensive Tactics _✓_

Suicide Prevention _✓_

Haz/Mat _✓_

Firearms: Handgun, Shotgun and Rifle _✓_

CPR/First Responder _✓_

# Springfield Police Department
## Academy Training Division
### 50 East St. Springfield Mass 01104
### Phone (413) 787-6378 Fax (413) 787-6319

# Professional Development
# 2014-2015

Officer _Robert Patruno_

Employee # _56131_

Prof. Dev. Date _12\16 - 12\19  2014_

The above officer has completed all MPTC and SPD training, which includes the training modules listed below.

Legal Updates and SPD Policies___✓_____

Use of Force/Defensive Tactics_____✓_____

Police Intervention/People w/ Mental Illness _✓_____

Human Trafficking_____✓_____

Firearms: Handgun, Shotgun and Rifle_✓_____

CPR/First Responder_____✓_____

# Detective Mark Templeman



# MASSACHUSETTS
# CRIMINAL JUSTICE TRAINING COUNCIL

### APPLICATION FOR ENROLLMENT IN A RECRUIT TRAINING PROGRAM

Instructions:

Application is to be made and submitted by the employing agency. Please complete and forward to the Recruit Training Academy you wish your recruit to attend. This application shall be returned without consideration unless all requested information is supplied and appropriately signed.

Employing Agency: Springfield Police   Agency Code: _____

Agency Address: 130 Pearl St. Springfield MA. 01101-0308
Street          City/Town        Zip Code

Agency Contact: Sgt. Donald Sicard   (413) 787-6378
Name & Position        Phone

1. Name: Templeman Mark D   Home Telephone: ▓▓▓▓▓▓▓▓▓▓
Last,   First,   Middle Initial

2. Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Street          City/Town        Zip Code

3. Social Security #: ▓▓▓▓▓▓   4. Date of Birth: ▓▓▓ / ▓▓▓ / ▓▓▓
Month      Day      Year

5. Academy Requested: Springfield Police

6. Session Start Date : Feb / 27 / 95
Month      Day      Year

7. Education (Circle Highest Completed):   High School   9   10   11   ⑫   GED;

   College   ①   2   3   4   5   6 _____ Criminal Justice
   Degree(s) & Major(s)

8. Trainee's Rank/Title: Cadet/Recruit   9. Date of appointment: 21 de 95
Month  Day   Year

10. Employment Status: [X] Full Time; ( ) Reserve; ( ) Intermittent; ( ) Other _____

11. Has trainee previously been enrolled in any other recruit academy? If so, state name, dates, and reasons for separation: _____ NO _____

34



# Springfield Police Department

**Police Academy - Training Division**
U.S. Army Reserve Base
50 East Street
Springfield, Massachusetts 01104
TEL 413.787.6378 , FAX 413.787.6319



# IST - 2009



**OFFICER:** MARK TEMPLEMAN

**EMPLOYEE #:** 70886

**IST WEEK:** 3/30/09

The above Officer has completed all MPTC and SPD In-service training which

includes training modules listed below:

- *Domestic Violence and strangulation*

- *Legal Updates and SPD Policies*

- *Use of Force and Defensive Tactics*

- *CPR Certification and First Responder*

- *Firearms: Shotgun, Patrol Rifle, and Duty Weapon Qualification*

- *Diversity*

LT. _____

**Academy Director**
**LT. Harry Kastrinakis**



# Springfield Police Department



### Police Academy - Training Division
**U.S. Army Reserve Base**
**50 East Street**
**Springfield, Massachusetts 01104**
**TEL 413.787.6378 , FAX 413.787.6319**

# IST-2010

**OFFICER:** *Mark Templeman*

**EMPLOYEE #:** *708886*

**IST WEEK:** *3/20/10*

The above Officer has completed MPTC and SPD In-service training which includes training modules listed below:

- *Domestic Violence and strangulation* ✓
- *Legal Updates and SPD Policies* ✓
- *Use of Force and Defensive Tactics* ✓
- *CPR Certification and First Responder* ✓
- *Shotgun, Patrol Rifle, and Duty Weapon* ✓

_____
*Academy Director*
*LT. Harry Kastrinakis*

# Springfield Police Department

### Academy- Training Division
- 50 East Street
Springfield, Massachusetts 01104
Phone: 413-787-6378/ Fax 413-787-6319

# In-Service Training
# 2011

Officer: _____M. TEMPLEMAN_____

Employee # _____70886_____

In-Service week: _APRIL 4 - APRIL 8_

\* The above Officer has completed all MPTC and SPD Training which includes the training modules listed below:

- ☒ Elderly / Handicap Abuse

- ☒ Legal Updates and SPD Policies

- ☒ Use of Force and Defensive Tactics

- ☒ CPR Certification and First Responder

- ☒ Firearms: Handgun, Shotgun and Patrol Rifle

_____
Authorized Academy Staff

# Springfield Police Department
## Academy Training Division
### 50 East St.
#### Springfield Massachusetts 01104
#### Phone: 413 787-6378   Fax 413 787-6319

# Professional Development
# 2012/2013

Officer _MARK TEMPLMAN_

Employee# _70886_

Prof. Dev. Dates _4/03 - 4/06 2012_

The above officer has completed all MPTC and SPD training which includes the training modules listed below.

Legal Updates and SPD Policies ___✓___

CPR/First Responder Certification ___✓___

Use of Force/Defensive Tactics ___✓___

Firearms: Handgun, Shotgun and Rifle ___✓___

Elderly/ Handicap Abuse ___✓___

M.V. Crash Report Training ___✓___

# Springfield Police Department
## Academy Training Division
50 East St.
Springfield Massachusetts 01104
Phone (413) 787-6378  Fax (413) 787-6319

# Professional Development
# 2013

Officer ___MARK TEMPLEMAN___

Employee # ___70886___

Prof. Dev. Date ___2/05 - 2/08  2013___

The above officer has completed all MPTC and SPD training
which includes the training modules listed below.

Legal Updates and SPD Policies___✓___

Use of Force/Defensive Tactics___✓___

Ethics ___✓___

Haz/Mat ___✓___

Firearms: Handgun, Shotgun and Rifle ___✓___

CPR/First Responder___✓___

# Springfield Police Department
## Academy Training Division
50 East St. Springfield Mass 01104
Phone (413) 787-6378  Fax (413) 787-6319

# Professional Development
# 2014

Officer   MARK TEMPLEMAN

Employee #   70886

Prof. Dev. Date   5/06 - 5/09  2014

    The above officer has completed all MPTC and SPD training, which includes the training modules listed below.

Legal Updates and SPD Policies_____/_____

Use of Force/Defensive Tactics_____/_____

Suicide Prevention_____✓_____

Officer Down Procedures_____✓_____

Firearms: Handgun, Shotgun and Rifle ✓_____

CPR/First Responder_____/_____

# Springfield Police Department
## Academy Training Division
50 East St. Springfield Mass 01104
Phone (413) 787-6378  Fax (413) 787-6319

# Professional Development
# 2014-2015

Officer _MARK Templeman_

Employee # _70886_

Prof. Dev. Date _1/27 - 1/30   2015_

   The above officer has completed all MPTC and SPD training, which includes the training modules listed below.

Legal Updates and SPD Policies_____

Use of Force/Defensive Tactics_____

Police Intervention/People w/ Mental Illness_____

Human Trafficking_____

Firearms: Handgun, Shotgun and Rifle_____

CPR/First Responder_____