# DEPARTMENTAL AND INTER-DEPARTMENTAL CORRESPONDENCE

## City of Springfield

| GO: | 11-05 | DATE: 5-12-11 |
|---|---|---|
| TO: | ALL COMMANDING OFFICERS | |
| CC: | DEPUTY CHIEF KEVIN DUDLEY<br>DEPUTY CHIEF WILLIAM COCHRANE<br>DEPUTY CHIEF ROBERT MCFARLIN<br>DEPUTY CHIEF JOHN BARBIERI<br>LYNN VEDOVELLI/PAYROLL<br>TELESTAFF | |
| SUBJECT: | DDACTS PROTOCOL | |

# FFY 2010 SCOPE OF SERVICES
## Springfield Police Department
## ARRA Municipal Police Staffing Grant
## Data Driven Approaches to Crime and Traffic Safety
## High Visibility Traffic Enforcement Initiative
## May 2011

I.   Overview

A.   The Springfield Police Department has identified Data Driven Approaches to Crime and Traffic Safety (DDACTS) as an innovative and modern approach to combat crime and traffic safety issues. DDACTS integrates location-based crime and traffic crash data to establish effective and efficient methods for deploying law enforcement and other resources.

B.   DDACTS is a law enforcement operational model supported by a partnership between the Department of Transportation's National Highway Traffic Safety Administration and two agencies of the Department of Justice, the Bureau of Justice Assistance and the National Institute of Justice.

C.   Using geo-mapping, supported by pertinent intelligence, to identify areas, through temporal and spatial analysis that have high incidents of crime and motor vehicle accidents, DDACTS employs targeted traffic enforcement strategies. Drawing on the historically high effective deterrent value of highly visible traffic enforcement and the knowledge that crimes often involve the use of motor vehicles, the goal of DDACTS is to reduce the incidence of crime, motor vehicle accidents and traffic violations in neighborhoods with the highest incident rates.

II.    **Operational Plan:**

    A. The Springfield Police Department will conduct high visibility traffic enforcement in accordance with the policies and procedures promulgated within the DDACTS Operational Guideline manual (a copy of which is located at the following website: www.ddacts.com).

    B. Eligible enforcement activities under this initiative include high visibility traffic enforcement of motor vehicle laws including, but not limited to; speeding and aggressive driving, impaired driving, occupant protection, all moving violations including red lens violations, stop sign, lane change, right on red, and no left turn infractions. It should be noted, every community contact may be an opportunity to develop dynamic information useful for future enhanced deployment.

III.    **Operational Procedures:**

    A. Enforcement activity will be conducted in accordance with pre-planned, "place based" deployments. Each enforcement team will be deployed in a specifically designated geographical area of responsibility based on the times and days of the week crimes are occurring.

    B. All sworn personnel working a deployment will report for duty in full uniform and MUST have all appropriate departmental issued equipment and paperwork including motor vehicle citations, parking tickets and city ordinance violations.

    C. All officers and supervisors participating in a DDACTS deployment will conduct proactive motor vehicle traffic enforcement. Supervisors will ensure that officers working these deployments will follow the national standards adopted by the Massachusetts Governor's Highway Safety Program, particularly in the area of participation and productivity in specialty enforcement initiatives. That is, each unit should generate a minimum of three documented motor vehicle stops per hour within the geographical confines of the designated area.

    D. All officers and supervisors participating in a DDACTS deployment shall be dedicated in total to traffic law enforcement except in the case of; a criminal offence committed in the officer's presence, the response to an officer in distress, or in the case of an unforeseen event which requires the response of any and all personnel. These types of incidents can be described as "surge events".

    E. All lawful enforcement options will be available to participating personnel. The maximum enforcement option available is the "preferred" method of response.

    F. Patrol units should consist of two officers per fully marked cruiser with the exception of police motorcycles and Piaggio Motorbikes which are considered "fully marked" and suitable for DDACTS deployments.

    G. Those officers working a DDACTS deployment that are in TeleStaff with a "specialty" that includes motorcycles or Piaggio Motorbike may deploy on the specialty vehicle as permitted by the Supervisor in Charge of the detail.

H. In the case where multiple DDACTS deployments are occurring at the same time, officers may utilize semi-marked and/or unmarked vehicles depending on availability.

I. All enforcement action that results in an arrest, Incident Report, Field Interview or "other", MUST be linked to the original Call for Service (CFS).

## IV.    Administrative Procedures

### A.  Crime Analysis Unit

1. The data generated by the Crime Analysis Unit (CAU) is vital to the effective and efficient implementation of the DDACTS operational strategy.

2. The CAU will continuously watch and monitor crime and crash trends and notify the appropriate Deputy Chief of any new emerging trends.

3. The CAU will prepare and disseminate Crime & Crash Maps and Call Temporal Heat Indexes for each designated geographical area to the Police Commissioner, Deputy Chiefs and Watch Commanders once a week on Tuesday by 1600 hours.

4. These maps and indexes will correspond to geographic areas identified as the DDACTS target areas. The appropriate Deputy Chief will evaluate the data, assess the past weeks deployments and make adjustments as required for the next sequence of deployments.

## V.    Reporting Requirements

1. All officers will complete a DDACTS Officer Activity Report, one report per two-man car. The officers will attach the citations to this report, and submit it all to the supervisor in charge of the deployment at the end of the deployment. If any of the citations involve an arrest or a criminal complaint, the officer will make a photocopy of the citation and then put the original citation in the Traffic Bureau court box.

2. The supervisor in charge of the deployment will complete a Supervisor's Administrative Report and a Supervisor Deployment Activity Report. Copies of each form along with a copy of each Officers Activity Report will be submitted to the Watch Commander who initiated the deployment. The supervisor shall also make sure that the Original Supervisor's Activity Report and all original Officer Activity Reports and accompanying citations are placed in the DDACTS box in the Traffic Bureau.

3. The Watch Commander will complete a week-end Commanding Officer's Summary Report form and attach a written narrative summarizing deployment activities, highlights and challenges. The summary should include any anticipated deployment strategies for the upcoming week and should include any recommended adjustment of area or modification of deployment tactics or strategies.

4. An <u>Overtime Request Form</u> must be submitted weekly of the prior to deployment. The Overtime Request Form can be located on the SPD Intra-Net.

5. All DDACTS Overtime Request Forms must be submitted electronically to Domenic Pellegrino for fiscal approval. This is to determine if there is funding available. Mr. Pellegrino will then electronically forward the request to the appropriate Deputy Chief for programmatic approval. The original requestor will receive and electronic response indicating whether the request has been approved or denied.

6. The Watch Commander scheduling the deployment or his/her designee will input the approved DDACTS deployment into TeleStaff and outbound job.

7. An <u>Overtime Form</u> must be completed for payroll purposes. Please identify "DDACTS Deployment and the Sector Worked" on the form.

8. Circumstances such as a late arrest and/or a surge event, which requires an officer(s) to remain past their scheduled end time, may be an allowable expense that must be authorized by the Watch Commander.

9. All deployments that do not relate to the DDACTS guidelines will not be charged to DDACTS overtime

William J. Fitchet
Police Commissioner

WJF/pk

4

# DEPARTMENTAL AND INTER-DEPARTMENTAL CORRESPONDENCE

### City of Springfield

| GO: | 11-08 | DATE: 7-7-11 |
|---|---|---|
| TO: | ALL COMMANDING OFFICERS | |
| CC: | DEPUTY CHIEF KEVIN DUDLEY<br>DEPUTY CHIEF WILLIAM COCHRANE<br>DEPUTY CHIEF ROBERT MCFARLIN<br>DEPUTY CHIEF JOHN BARBIERI | |
| SUBJECT: | MANDATORY BALLISTIC VEST POLICY | |

All uniformed Officers and Supervisors must wear protective vests during their tour of duty. In addition, all Officers must wear protective vests during high risk and/or tactical situations.

Examples of "high risk" or "tactical" situations include, but are not limited to, search warrant executions, drug raids, initial crime scene response, and serving felony warrants.

All Officers working in Police related secondary employment positions/paid details, arranged through the agency, must wear protective vests.

It is highly recommended that all Officers assigned to the Detective and Administrative Divisions wear a protective vest during their tour of duty. However, those Officers in the Detective and Administrative Divisions who choose not to wear their protective vest must have it immediately available at all times, during their tour of duty.

Supervisors shall check for compliance at the start of each shift and perform spot checks when encountering Officers in the field.

William J. Fitchet
Police Commissioner

WJF/pk

# DEPARTMENTAL AND INTER-DEPARTMENTAL CORRESPONDENCE
## City of Springfield

| GO: | 11-09 | | DATE: 7-20-11 |
|---|---|---|---|
| TO: | ALL COMMANDING OFFICERS | | |
| CC: | DEPUTY CHIEF KEVIN DUDLEY DEPUTY CHIEF WILLIAM COCHRANE DEPUTY CHIEF ROBERT MCFARLIN DEPUTY CHIEF JOHN BARBIERI | | |
| SUBJECT: | 3SI SECURITY SYSTEM BANK ROBBERY TRACKER TOOL | | |

Effective immediately the following POLICY shall take place in the Springfield Police Department involving the **3SI Security System Bank Robbery Tracker Tool.**

## I.    PURPOSE

The purpose of this policy is for response, immediate actions, follow up, documentation and auditing 3SI Security System Tracker activations that occur in the City of Springfield.

## II.    POLICY

The 3SI Security System Tracker System is intended to enhance the Department's ability to respond effectively to bank robberies in progress. Several banks are switching from dye packs to GPS tracking systems. 3SI Security System Tracker activations shall be dispatched in accordance with the longstanding department policy for the dispatching of "bank robbery in progress." With this technology the dispatcher will be immediately notified of the bank, address, and direction of travel when the GPS pack is activated.

## III.    COMMUNICATION CENTER/DISPATCHER RESPONSIBILITIES

All CAD personnel shall treat 3SI Security System Tracker activations as a "bank robbery in progress". The 3SI Security System Tracker System will activate it with an audible alarm when the GPS pack is activated. The dispatcher will check the activation, acknowledge the alarm, and immediately dispatch a car to confirm that the activation is an actual bank robbery in progress. While the dispatcher is in the process of dispatching a unit to the bank, a call taker should attempt to call the bank to confirm the alarm. Additional officers and a street supervisor should be dispatched to assist with the creation of a perimeter. The dispatcher should monitor the tracking tool to see if the pack is stationary or mobile. The dispatcher should also dispatch a detective unit to the scene.

**AT NO TIME** is the dispatcher to refer to the term **GPS, Tracker, or any other term that would refer to the ability to track.** The dispatcher will dispatch unit for the "possible bank robbery in progress" and if pack is mobile, advise units that the subject was last seen heading in the direction of, or last seen. The call taker attempting to contact the bank should obtain a description of the suspect(s) and vehicle(s) if the activation is an actual activation.

In the case of an actual robbery with a mobile suspect, the dispatcher will receive real time locations of the suspect. This information should be relayed to officers immediately, using such terms as "last seen headed." Utilizing eye-witness descriptions and real-time location notification, this should allow for officers to locate the suspect(s).

## IV.   FIRST RESPONDING OFFICERS

The 3SI Security System Tracker system enables the CAD personnel to be immediately notified when a GPS pack is activated.   Several banks in the city are equipped with these devices and upon activation, the bank location and direction of travel of the pack are immediately sent to the CAD.   Officer safety as well as the safety of the citizens shall be of paramount importance when responding to 3SI Security System Tracker activation calls. First responders should approach the scene with caution and depending on the location it might be prudent to respond without the use of emergency equipment. Officers shall notify dispatch immediately where they are responding from and determine how far away their nearest back-up unit is. Officers must understand that these calls are "in progress" and the likelihood of armed confrontation with suspects will be greatly enhanced. Responding to 3SI Security System Tracker activation calls are never routine.   Every activation should be treated as a bank robbery in progress until proven otherwise.   The first unit on scene should confirm that it was an actual bank robbery and obtain a description of the suspect(s).   Secondary units should start to establish a perimeter around the bank and coordinate search efforts.

**AT NO TIME** is the officer to refer to the term **GPS, Tracker, or any other term that would refer to the ability to track.**

## V.   SUPERVISOR RESPONSIBILITIES

Responding Supervisors shall at all times treat the response as a "crime in progress". Supervisors shall ensure that all officers including "plainclothes" officers immediately notify dispatch of their location when responding and the location of the nearest back-up unit. If plainclothes officers are responding the Supervisor must make sure that the dispatcher and all responding uniformed officers are made aware of this.

Street Supervisors are always sent to a 3SI Security System Tracker activation. The responding Supervisor shall notify dispatch immediately their location of response. It is possible that the street supervisor will be the first on the scene. Officer safety shall be paramount for the first responding supervisor. The Supervisor shall ensure that the area is thoroughly searched for any potential victims and render aid accordingly. Supervisors shall also make sure the crime scene is intact and evidence is secured.

The responding supervisor shall ensure that each 3SI Security System Tracker activation which requires a response by SPD personnel is properly documented and entered into the CAD system for auditing and tracking purposes. The responding supervisor shall submit a detailed report to the Office of Police Commissioner and include all the important details and outcome of the call. If the call is unfounded the supervisors shall still make the report to the Commissioner including the dispatch time and date and disposition on the call.

## VI.   DETECTIVE BUREAU

The Detective Bureau is equipped with a hand-held tracking device.   In the case of an actual robbery, a member of the Detective Bureau will respond to the scene with the tracking device to assist the search effort.

William J. Fitchet
Police Commissioner

WJF/pk

# DEPARTMENTAL AND INTER-DEPARTMENTAL CORRESPONDENCE

## City of Springfield

| GO: | 11-10 | | DATE: 7-28-11 |
|---|---|---|---|
| TO: | ALL COMMANDING OFFICERS | | |
| CC: | DEPUTY CHIEF KEVIN DUDLEY<br>DEPUTY CHIEF WILLIAM COCHRANE<br>DEPUTY CHIEF ROBERT MCFARLIN<br>DEPUTY CHIEF JOHN BARBIERI | | |
| SUBJECT: | PROCEDURE FOR CANCELLING OVERTIME DETAILS | | |

# TO BE READ AT ALL THREE ROLL CALLS

The use of Telestaff has enabled the SPD to distribute overtime in a fair and equitable manner, by awarding positions to the Officers/Supervisors with the least amount of hours in their "overtime buckets".

With this in mind, the following procedures shall be implemented whenever there is a change in personnel working an overtime position.

1) When a job is filled by multiple Officers and a vendor calls to cancel one or more positions, the Commanding Officer or his/her designee should determine the amount of hours in the "overtime buckets" for those Officers assigned to the job. The Commanding Officer should then cancel the Officer(s) with the most hours in their "bucket". The practice of cancelling by seniority will no longer be acceptable unless there is a tie between the highest hour Officers.

2) When an Officer/Supervisor cancels a Telestaff position, the receiving Supervisor shall remove that Officer/Supervisor and "outbound" the position if it is practical to do so.

Any Supervisor that requires training in these procedures should contact Darlene Fontura or Judie Pouliot.

William J. Fitchet
Police Commissioner

WJF/pk

# DEPARTMENTAL AND INTER-DEPARTMENTAL CORRESPONDENCE

### City of Springfield

| GO: | 11-11 | DATE: 8-29-11 |
|---|---|---|
| TO: | ALL COMMANDING OFFICERS | |
| CC: | DEPUTY CHIEF KEVIN DUDLEY<br>DEPUTY CHIEF WILLIAM COCHRANE<br>DEPUTY CHIEF ROBERT MCFARLIN<br>DEPUTY CHIEF JOHN BARBIERI | |
| SUBJECT: | AMBER ALERT REVISION | |

The Springfield Police Department shall comply with the Massachusetts Amber Alert Plan. This alert plan is now in effect throughout the United States and shall only be used for serious child abduction cases. Internet services, wireless telephone services, radio, cable and television stations statewide will receive a child abduction alert message and may broadcast this every 30 minutes for up to 4 hours in an effort to solicit the public's assistance in recovering an abducted child and quickly apprehend the suspect.

## CRITERIA FOR THE MASSACHUSETTS AMBER ALERT PLAN

Although each case has its own set of circumstances, law enforcement agencies must follow the activation criteria as closely as possible.

1. The child is 17 years of age or younger, and,
2. Police must believe the child is in danger of serious bodily harm or death, and
3. There must be enough descriptive information about the child, abductor, and/or the suspect's vehicle to believe an immediate broadcast alert will help.

If all criteria are NOT met, the Amber Alert Notification Plan shout NOT be activated. The plan should NOT be used for runaways. Also, while each case must be judged individually, most "child custody" situations do not meet the criteria.

Circumstances where an Amber Alert would be activated include:
- A child is abducted and there are witnesses to the crime
- A child is missing and there is evidence of foul play, and law enforcement believes the child was abducted
- A vehicle was stolen or carjacked and a child was left inside the vehicle
- A child is missing and particular consideration is given to their behavior or mental capacity in some way contributing to their disappearance. The child is also considered endangered.

Circumstances where an Amber Alert would not be activated:
- A child is missing and law enforcement has no evidence of foul play
- A child runs away from home
- A child is missing as a result of a custody dispute and the child is not considered to be at risk of bodily harm or death
- An adult is missing

ANY MISSING CHILD IS A SERIOUS MATTER AND IN A SITUATION WHERE THE AMBER ALERT IS NOT APPROPRIATE THE COMMANDING OFFICER MAY NOTIFY THE LOCAL MEDIA OF THE CIRCUMSTANCES BUT SHOULD MAKE IT CLEAR THAT IT IS A NOTIFICATION OF A MISSING CHILD AND NOT AN AMBER ALERT.

1. When the CAD receives a call relevant to an abducted child the CAD will dispatch an officer and a street supervisor to the scene, and notify the Squad Captain apprising him or her of the circumstances of the call.

2. The officer or supervisor responding to the scene of an abducted child shall obtain the facts and circumstances relevant to the abduction and the following:
a. Name, age, and physical description of the child including a clothing description;
b. The location and time that the child was last seen;
c. Description of the vehicle involved in the abduction;
d. Description of possible suspects;
e. Last known direction of travel and possible destination;
f. A recent photograph of the abducted child and or suspect if possible

If, after an initial investigation, the street supervisor or investigating officer determines an Amber Alert is necessary they will relay the information to the Squad Captain as soon as possible. The Squad Captain will make the final determination if an alert is warranted.

If an alert is warranted a photo of the child or suspect should be obtained and forwarded to the MA State Police Communication Center, preferably scanned and e-mailed (mmcc@pol.state.ma.us).


William J. Fitchet
Police Commissioner


WJF/pk

2

# DEPARTMENTAL AND INTER-DEPARTMENTAL CORRESPONDENCE

### City of Springfield

| GO: | 11-12 | | DATE: 9-23-11 |
|---|---|---|---|
| TO: | ALL COMMANDING OFFICERS | | |
| CC: | DEPUTY CHIEF KEVIN DUDLEY<br>DEPUTY CHIEF WILLIAM COCHRANE<br>DEPUTY CHIEF ROBERT MCFARLIN<br>DEPUTY CHIEF JOHN BARBIERI | | |
| SUBJECT: | PUBLIC SAFETY EMERGENCY/INCLEMENT WEATHER POLICY | | |

The Springfield Police Department is a public safety entity. The mission of the Department is to serve the citizens of Springfield with the highest level of professionalism in order to address the numerous crime and disorder issues in the City of Springfield. Both sworn and civilian personnel will continue to provide excellent service to the citizens of Springfield.

It shall be the policy of the Springfield Police Department that whenever a public safety emergency occurs, or in the event of inclement weather, that all members of the Department, sworn and civilian, shall respond for their regular tours of duty. The command staff of the Police Department will make a determination if any personnel will be excused from duty. It shall be the responsibility of each civilian to contact their immediate supervisor or their respective Deputy Chief to determine if they are excused from duty. Public service announcements regarding excusing non-essential City of Springfield personnel from reporting to duty are not applicable to Springfield Police Department personnel. Failure to comply with this policy will result in the imposition of disciplinary action.

William J. Fitchet
Police Commissioner

WJF/pk

# SHOT SPOTTER ACTIVATION REPORT

Neighborhood Division affected -- circle one and forward to appropriate Dep. Chief.

A B C D G -- Deputy Chief Barbieri

E F -- Deputy Chief Cochrane

H I -- Deputy Chief McParlin


Pertinent IMC Incident/Arrest number:_____

Location of incident:_____

Date and Time of Shot Spotter Activation:_____

Dispatch/Response times and ID of responding Primary Unit; next on scene Back-up Unit; First on scene Supervisor: First on scene Detective Bureau Unit.

Primary Unit:_____Response time:_____

Back up Unit:_____Response time:_____

Supervisor:_____Response time:_____

Detective Bureau Unit:_____Response time:_____

Policies followed regarding Shot Spotter? (If "No" -- attach report with details)

- Communications personnel:   Yes   No

- Police personnel:  Yes   No

Did system accurately detect and activate gunshot incident?   Yes   No

Problems/Recommendations: - Attach report with details.

Respectfully submitted,

Reporting Supervisor's signature:_____

Watch Commander's signature:_____

# DEPARTMENTAL AND INTER-DEPARTMENTAL CORRESPONDENCE

### City of Springfield

| GO: | 14- 08 | | DATE: 10-29-14 |
|---|---|---|---|
| TO: | ALL COMMANDING OFFICERS | | |
| CC: | DEPUTY CHIEF WILLIAM COCHRANE<br>DEPUTY CHIEF MARK ANTHONY<br>DEPUTY CHIEF ROBERT CHEETHAM<br>LYNN VEDOVELLI | | |
| SUBJECT: | IMC REPORT ISSUES/ERRORS CORRECTIVE GUIDELINES | | |

*[handwritten in right margin: Issued memo 11/4 re-issue 9.5 GO 14-08]*

The importance of accuracy on all police reports as well as proper approval and proper dissemination to the correct Investigative Bureau cannot be overstated. Reports with "Critical Errors" require review and correction and consume many hours of extra work often hindering investigations. Critical Errors also preclude the Department from mandated federal reporting. Incident or Arrest reports with inaccuracies keep the Crime Analysis Unit from properly categorizing and mapping crime within the City. This also affects the Deputy Chiefs' ability to properly deploy both on-duty and overtime details. Incorrect charges also have a direct impact on the City's official crime statistics.

Commanding Officers will insure that proper reporting procedures are adhered to. Below are guidelines to assist in these procedures.

Critical Errors Include:

Charges not being properly linked - to either suspect or victim. (IE: Resisting Arrest Charge, Officer is Victim)

Property issues -- Property code incorrect, not properly linked to victim or suspect, or no property entered.

Duplicate issues - including real duplicates that need to be linked or one voided, or IMC Issue. Note: Duplicate reports occur when a temporary new report is exported over and over generating a new report number each time. **This is not the same as the report number generated within the CFS by the CAD, it is better to be on a CFS with a report number generated.

Reports left in laptops - not exported. (Critical Error can be resolved, the reporting Officer has to export the report from the cruiser's laptop for Supervisor approval of report).

Solvability Tab – not being completed.
Note: Some Critical Errors may be IMC issues that cannot be corrected. After attempting to correct the error(s) unsuccessfully, the report needs to be sent to the Critical Errors Inbox – Include case notes on the issue(s) needing correction. There are only 4-5 Critical Error issues that can only be corrected by authorized personnel.

<u>Report Issues include</u>:

Wrong crime selected. – or extra charges added if unsure which charge is correct.
Lesser included crimes – being added in as a separate charge.
Narratives that do not support the charges. **A victim hit in the head with a bottle, but the crime listed was A and B (simple) instead of A and B Dangerous Weapon.
Incorrect locations. – Location refers to the location where the crime was committed, except warrant arrests.
Names entered incorrectly – Incorrect spellings, names reversed or switched. **Duplicate names result in multiple IMC profiles for the same person. Often outdated phone numbers, addresses etc. occur due to hitting the spacebar and backfilling the report with the person's older contact info. This can be resolved in some capacity by entering the correct address, SS#, etc. into the report <u>after</u> the backfill is done. The new info will update the person's IMC profile automatically, unless the SS# is already linked with someone. This will allow timely follow up by investigators.
Reports not being approved.
Correction Issues - Reports not sent back for correction or sent back and never being corrected. Reports not being forwarded to investigative bureaus. – Either initially or after corrections. Detectives changing or adding charges - Not doing error checks and correcting errors they have created.    Void Report requests – All need to be sent to Voided Reports Inbox (ONLY) - not by email requests.

<u>Federal reporting issues</u>:

Multiple Reports Required - Reports that cover events (same Victims and Suspects) from separate times or locations require multiple reports – <u>cannot</u> be combined on one report.
Single Report Required - Multiple reports that need to be on one report as it is one event – Multiple victims from one incident or in the case of cross complaints- Federal Guidelines <u>require</u> one report.
Incorrect Property codes – incorrect code being selected from drop down menu.
Aggravated vs Simple for Assaults, Assault and Batteries – this is a Federal report issue - Not Massachusetts General Law statutes. Picking Aggravated does not make the charge more serious at court.

<u>Do not ever choose "Blunt Object"</u>: IMC will default to aggravated automatically, there is no simple version as a choice: Use <u>"Other"</u> then choose - Simple or Aggravated.
(If someone is hit in the head with a spoon it is <u>not</u> an aggravated assault, if they have their eye gouged out with a spoon it is aggravated.)

<u>Responsibilities of Report Takers</u>:

Comply with the above rules.
Run - Error Detection.
Correct all errors. Notify supervisor on issues that can't be corrected.
Send report to the proper Inbox for approval.

### Responsibilities of Supervisors:

Check appropriate Inbox for reports -- Numerically keep track for reports not sent to inbox.
Run error detection for each report.
Review report for issues as noted above.
Read and review for accuracy the narrative, charges and location of the incident.
When returning report for correction, ensure the corrections are being done.
Approve correct reports as well as reports that have been returned and corrected.
Send reports needing to be voided to the Voided Report Inbox.
Send reports requiring help with unresolvable critical errors to the Critical Error Inbox.
Note: Crime reports need to be forwarded to investigative bureaus by the end of each shift
even if they are being corrected to ensure they are investigated in a timely manner. Use Case
Activity to notify Officers and Bureaus of issues needing correction.

### Responsibilities of Investigators:

When an investigation proves the charges as listed are incorrect or charges need to be added,
dropped or changed in any way - investigators should make the changes -- including to a "no
crime" report if appropriate. Falsely reported or incorrect crimes should not be left as valid
reports.
When changing or modifying charges on reports, Investigators need to run an Error
Detection and correct any errors that result from any changes made.

All SPD computer workstations have access to the SPD Intranet page (the one with
the SPD patch on it with icons for e-mail, CJIS Web, Telestaff). By clicking on
"IMC" icon, Officers and Supervisors can view several mini-video tutorials regarding
most aspects of IMC Reports. This would include approving and forwarding, or
submitting for approval, etc.

If further assistance is needed to correct errors seek it through the Records Division via
Sergeant Albert Witkowsky, Officers James Prior or Thomas Pasini.


John R. Barbieri
Police Commissioner

JRB/rt

3

# DEPARTMENTAL AND INTER-DEPARTMENTAL CORRESPONDENCE

## City of Springfield

| GO: | 14-09 | DATE: 10-29-14 |
|-----|-------|----------------|
| TO: | ALL COMMANDING OFFICERS | |
| CC: | DEPUTY CHIEF WILLIAM COCHRANE<br>DEPUTY CHIEF MARK ANTHONY<br>DEPUTY CHIEF ROBERT CHEETHAM<br>LYNN VEDOVELLI | |
| SUBJECT: | IMC REPORT ISSUES/ERRORS CORRECTIVE GUIDELINES | |

The importance of accuracy on all police reports as well as proper approval and proper dissemination to the correct Investigative Bureau cannot be overstated. Reports with "Critical Errors" require review and correction and consume many hours of extra work often hindering investigations. Critical Errors also preclude the Department from mandated federal reporting. Incident or Arrest reports with inaccuracies keep the Crime Analysis Unit from properly categorizing and mapping crime within the City. This also affects the Deputy Chiefs' ability to properly deploy both on-duty and overtime details. Incorrect charges also have a direct impact on the City's official crime statistics.

Commanding Officers will insure that proper reporting procedures are adhered to. Below are guidelines to assist in these procedures.

Critical Errors Include:

Charges not being properly linked - to either suspect or victim. (IE: Resisting Arrest Charge, Officer is Victim)

Property issues – Property code incorrect, not properly linked to victim or suspect, or no property entered.

Duplicate issues - including real duplicates that need to be linked or one voided, or IMC Issue. Note: Duplicate reports occur when a temporary new report is exported over and over generating a new report number each time. **This is not the same as the report number generated within the CFS by the CAD, it is better to be on a CFS with a report number generated.

Reports left in laptops - not exported. (Critical Error can be resolved, the reporting Officer has to export the report from the cruiser's laptop for Supervisor approval of report).

Solvability Tab - not being completed.
Note: Some Critical Errors may be IMC issues that cannot be corrected. After attempting to correct the error(s) unsuccessfully, the report needs to be sent to the Critical Errors Inbox – Include case notes on the issue(s) needing correction. There are only 4-5 Critical Error issues that can only be corrected by authorized personnel.

Report Issues include:

Wrong crime selected. – or extra charges added if unsure which charge is correct.
Lesser included crimes – being added in as a separate charge.
Narratives that do not support the charges. **A victim hit in the head with a bottle, but the crime listed was A and B (simple) instead of A and B Dangerous Weapon.
Incorrect locations. – Location refers to the location where the crime was committed, except warrant arrests.
Names entered incorrectly – Incorrect spellings, names reversed or switched. **Duplicate names result in multiple IMC profiles for the same person. Often outdated phone numbers, addresses etc. occur due to hitting the spacebar and backfilling the report with the person's older contact info. This can be resolved in some capacity by entering the correct address, SS#, etc. into the report after the backfill is done. The new info will update the person's IMC profile automatically, unless the SS# is already linked with someone. This will allow timely follow up by investigators.
Reports not being approved.
Correction Issues - Reports not sent back for correction or sent back and never being corrected. Reports not being forwarded to investigative bureaus. – Either initially or after corrections. Detectives changing or adding charges - Not doing error checks and correcting errors they have created.   Void Report requests – All need to be sent to Voided Reports Inbox (ONLY) - not by email requests.

Federal reporting issues:

Multiple Reports Required - Reports that cover events (same Victims and Suspects) from separate times or locations require multiple reports – cannot be combined on one report.
Single Report Required - Multiple reports that need to be on one report as it is one event – Multiple victims from one incident or in the case of cross complaints- Federal Guidelines require one report.
Incorrect Property codes – incorrect code being selected from drop down menu.
Aggravated vs Simple for Assaults, Assault and Batteries – this is a Federal report issue - Not Massachusetts General Law statutes. Picking Aggravated does not make the charge more serious at court.

Do not ever choose "Blunt Object": IMC will default to aggravated automatically, there is no simple version as a choice. Use "Other" then choose - Simple or Aggravated.
(If someone is hit in the head with a spoon it is not an aggravated assault, if they have their eye gouged out with a spoon it is aggravated.)

Responsibilities of Report Takers:

Comply with the above rules.
Run - Error Detection.
Correct all errors.  Notify supervisor on issues that can't be corrected.
Send report to the proper Inbox for approval.

Responsibilities of Supervisors:

Check appropriate Inbox for reports – Numerically keep track for reports not sent to inbox.
Run error detection for each report.
Review report for issues as noted above.
Read and review for accuracy the narrative, charges and location of the incident.
When returning report for correction, ensure the corrections are being done.
Approve correct reports as well as reports that have been returned and corrected.
Send reports needing to be voided to the Voided Report Inbox.
Send reports requiring help with unresolvable critical errors to the Critical Error Inbox.
Note: Crime reports need to be forwarded to investigative bureaus by the end of each shift
even if they are being corrected to ensure they are investigated in a timely manner.  Use Case
Activity to notify Officers and Bureaus of issues needing correction.

Responsibilities of Investigators:

When an investigation proves the charges as listed are incorrect or charges need to be added,
dropped or changed in any way - investigators should make the changes – including to a "no
crime" report if appropriate.  Falsely reported or incorrect crimes should not be left as valid
reports.
When changing or modifying charges on reports, Investigators need to run an Error
Detection and correct any errors that result from any changes made.

All SPD computer workstations have access to the SPD Intranet page (the one with
the SPD patch on it with icons for e-mail, CJIS Web, Telestaff).  By clicking on
"IMC" icon, Officers and Supervisors can view several mini-video tutorials regarding
most aspects of IMC Reports.  This would include approving and forwarding, or
submitting for approval, etc.

If further assistance is needed to correct errors seek it through the Records Division via
Sergeant Albert Witkowsky, Officers James Prior or Thomas Pasini.

John R. Barbieri
Police Commissioner

JRB/rt



# Springfield Police Department
# Policy and Procedure

| | |
|---|---|
| **Subject:** | **DOMESTIC VIOLENCE SITUATIONS INVOLVING DEPARTMENT EMPLOYEES** |

**Procedure number: G.O. 100.40**

| | |
|---|---|
| **Issue Date: 07/01/2007** | **Effective Date: 07/01/2007** |
| **Distribution code: A** | **Page: 1 of 4** |
| **Supersedes: Policy 350** | |

## I. General Considerations:

The Springfield Police Department recognizes domestic violence as a universal problem that affects people from all walks of life. In cases of domestic violence, it is the policy of the Springfield Police Department that arrest is the preferred response. No person is exempt, whatever his or her occupation, from the consequences of their actions that result in a violation of M.G.L. c. 208, 209, and/or 209A.

This rule guides officers responding to incidents of domestic violence involving both sworn and civilian employees. The purpose of this rule is to:

• Ensure the safety of the victims;

• Provide procedures for the uniformity of the investigation of said incidents;

• Provide notification and reporting procedures;

• Provide for the securing and safeguarding of Department weapons, equipment, and personally owned weapons taken into custody;

• Ensure compliance with all provisions of a court order

## II. Responsibilities of Communications Center Personnel:

A. If it is determined that one or more of the parties involved in a domestic dispute are a Department employee, or an employee of another police department, a **supervisor shall immediately be dispatched** to the scene, along with the officers dispatched to the call.

B. The Communications Center staff is responsible for notifying the on duty Watch Commander of the situation.

### III. Responsibilities of the Responding Officers:

The provisions of MGL c. 209A and this Rule are to be complied with in all incidents of domestic violence. Officers responding to an incident where a Department employee is involved in domestic violence as either a suspect or a victim, or an incident involving a employee of another jurisdiction's police department, shall adhere to the following procedures:

A. Take immediate action to ensure the safety of the victim.

B. Request that a supervisor respond to the scene.

C. Comply with the requirements of MGL c. 209A.

D. Enforce the provisions of any court order that is in effect.

E. Complete a Springfield Police Department Incident Report.

F. Remain on scene until relieved by a supervisor.

G. Notify the Juvenile and Domestic Violence Bureau.


### IV. Responsibilities of the Supervisor:

Upon being notified of a domestic violence incident involving a Department employee, or employee of another police department, the supervisor shall immediately respond to the scene of the incident and take control of the investigation of the incident. Specifically, the supervisor shall:

A. Assess the actual and potential harm to the victim.

B. Upon investigation, if the supervisor has a reasonable belief that there is evidence of physical abuse or that the threat of physical abuse exists, and that the accused is a employee of the Department or any other police department, the supervisor shall seize and take into custody all department-issued firearms in the possession of the employee and take measures to transfer them to the Property Room.

C. Take appropriate action, where necessary, to seize firearms considered as evidence, and firearms illegally possessed, and document such seizures.

D. If the offender is a member of another jurisdiction's police department, notify the Watch Commander that the offender is an employee of another jurisdiction.

E. If necessary, notify the Criminal Investigations Bureau to have investigator(s) respond to the scene for photographs and crime scene processing.

F. Have the Records Bureau personnel perform a Board of Probation check on all parties to determine if any outstanding restraining orders are in effect.

G. Ensure that the provisions of M.G.L. 209A and this rule are complied with. The responding supervisor is responsible for ensuring that all required reports are filed and approved.

H. A special report to the Police Commissioner shall be submitted detailing the facts of the incident, their assessment of the real and/or perceived threat to the victim and subsequent actions taken at the scene to ensure the safety of the victim and other family members (i.e., evidence gathered, weapons seized, statements made by persons present). All reports shall be submitted before the end of the tour of duty. Whenever an employee-related domestic violence call does not result in an arrest or a warrant/criminal complaint was not requested, the supervisor shall submit a written report explaining any and all reasons why an arrest was not made or a warrant was not requested. Attached to the special report to the Police Commissioner shall be all supporting documentation.

V. **Responsibilities of the on duty Watch Commander:**

The Watch Commander, upon being notified of a domestic violence incident involving a Department employee from another jurisdiction, shall:

A. Ensure that the supervisor has responded to the scene and commenced a preliminary investigation.

B. If the accused employee is a member of another jurisdiction's police department, the Watch Commander of that employee's jurisdiction shall be notified.

C. If the involved employee of the domestic violence incident is the victim, standard domestic violence response and investigation procedures should be followed and ensure that the Juvenile and Domestic Violence Bureau are forwarded copies of all reports.

D. Ensure proper documentation of the incident has been forwarded to the Police Commissioner. The Watch Commander shall forward copies of all reports to the employee's Commanding Officer.

E. Ensure the provisions relative to firearms have been complied with.

VI. **Responsibilities of the Involved Employee:**

A. A department employee who has been served with a Restraining Order, Temporary Restraining Order and/or Extension of a Restraining Order under MGL c. 208, 209, or 209A; or learns they are a defendant named in any such Order, or has a criminal complaint issued for any violation of MGL c. 209A, shall immediately notify the Police Commissioner in writing.

B. Employees shall also immediately notify the Police Commissioner if there is a change in status of any existing restraining order, including, but not limited to, the modification or addition of restrictions or an extension of the expiration date. Notification shall be made in writing no later than the beginning of the employee's next tour of duty or within 24 hours, whichever comes first.

C. An employee served with a Restraining Order shall attach a copy of the Restraining Order to their report along with all receipts for any surrendered firearms.

D. A Department employee who is arrested outside the City of Springfield for a violation of a Restraining Order and/or a violation of M.G.L. c. 209A, including the issuance of a criminal complaint, shall immediately notify the on duty Springfield Police Department Watch Commander. The Springfield Police Department Watch Commander will author a report regarding the incident to the Police Commissioner.

E. A Department employee who is served with a Restraining Order ordering the employee to surrender all firearms in their custody shall immediately turn their Department issued firearm, if any, over to the custody of a sworn supervisor.

F. When an outside law enforcement agency serves a Restraining Order on a Springfield Police Department employee outside the City of Springfield, the officer shall comply with any request to surrender all firearms, including a department issued firearm, and notify the on duty Watch Commander.

## VII. Responsibilities of an Employee's Commanding Officer:

The employee's Commanding Officer, upon being notified that an employee under their command has been served a Restraining Order and/or has been involved in a Domestic Violence incident, shall take the following actions:

A. Ensure the safety of the victim.

B. If the domestic violence incident occurred in the City of Springfield, recommend to the victim the services of the domestic violence advocate and if necessary, ensure that they devise a safety plan with the victim.

C. Order that all appropriate notifications be made in accordance with this policy. Ensure that the required documents are completed and reviewed for accuracy and completeness.

## VIII. Additional Considerations:

All Department employees shall keep all information concerning victims confidential, including their whereabouts, safety plan, and any communications or impounded addresses.

Date Enacted/ Last Reviewed: 07/01/2007

Commissioner Edward A Flynn

|  | **Springfield Police Department**<br>**General Order** | |
|---|---|---|
| | **Subject: Department Values and Mission Statement** | |
| | **Order Number: G.O. 100.50** | **Effective Date: 03/15/01** |
| | **Issue Date: 03/01/01** | **Date of Next Review: 03/15/02** |
| | **Distribution Code: A** | **Page 1 of 2** |

## I. Content

Purpose
Policy
Organizational Procedures
Department Mission Statement
Department Values

## II. Purpose

A. The Springfield Police Department has developed a set of values and a Mission Statement that articulate in broad terms the Department's philosophy of policing and its overall goals. These values, when taken together reflect those qualities in our community and in our lives that we cherish and dedicate our service to uphold.

## III. Policy

A. It is the policy of the Springfield Police Department to provide all its employees [1] and the community with statements of those beliefs that guide the operation of the Department.

## IV.    Organizational Procedures

A. This order is mandated for all employees of the Springfield Police Department.

B. As of the effective date of the order, this order supersedes all other rules, regulations, procedures, orders, bulletins, and directives issued previously regarding Department Values and Mission Statement.

## V.    Department Mission Statement

A. To provide public safety and to contribute to the quality of life for the citizens of the City of Springfield by protecting, serving and working with the community to develop philosophies, which promote equity and establish partnership between citizens and police to enhance law enforcement, aid in the prevention of crime and preserve the public peace.

## VI. Department    Values

A. The Springfield Police Department must preserve and advance the principles of democracy.

1. All members of the Department shall understand that the profession of policing holds a high place in our democratic society. Therefore, all members of the Department will protect and respect the rights guaranteed to each citizen by the Constitutions of the United States and the Commonwealth of Massachusetts.

---

[1] Employee: Shall mean all members of the Springfield Police Department, both sworn officers and civilian personnel.

| | **Springfield Police Department<br>General Order** |
|---|---|
| | Subject: Alternate Reporting Response Plan *MPI Hours* |
| | Order Number: G.O. 400.5 |
| | **Issue Date: 01/31/05** / **Effective Date: 01/31/05** |
| | **Distribution code: A** / **Page: 1 of 2** |
| | **Supersedes: None** |

I.   **Content**

   <u>Purpose</u>
   <u>Policy</u>
   <u>Organizational Procedures</u>
   <u>Alternative Report Classification / Definitions</u>
   <u>Alternative Reporting Responses</u>
   <u>Alternative Reporting Procedures</u>

II.   **Purpose**

   A.   The purpose of this policy is to provide guidelines that can be uniformly applied for an Alternative Response to report taking.

III.   **Policy**

   A.   It is the policy of this department to implement an Alternative Response Plan to report taking that would increase the amount of available resources to respond to calls for service.

IV.   **Organizational Procedures**

   A.   This order is mandated for all officers of the Springfield Police Department.

   B.   As of the effective date, this policy supersedes all other rules, regulations, procedures, orders, bulletins, and directives issued previously regarding Alternative Response Plans.

   C.   Violation of this order shall be considered misconduct subject to disciplinary action under the written directives of the Springfield Police Department.

V.   **Alternative Report Classifications / Definitions**

   A.   The following reports may be taken utilizing the Alternative Response Plan procedures

   1.   <u>Report of Malicious Damage:</u> The report of Malicious Damage to a motor vehicle or other personal property that does not amount to a hate crime.

   2.   <u>Report of Vandalism:</u> The report of Vandalism that does not amount to a hate crime.

   3.   <u>Report of Harassing or Threatening Phone Calls:</u> The report of Harassing or Threatening Phone Calls regardless of a 209A violation and provided there is no immediate threat of bodily harm to the caller.

   4.   <u>Report of Larceny:</u> The report of Larceny where solvability is limited or non-existent. At the CAD supervisor's discretion, a police officer will be dispatched when there is the report of a substantial loss.

    5.  <u>Report of Simple Assault or Assault & Battery</u>: The report of Simple Assault or Assault & Battery where the perpetrator has left the area and there is no immediate threat to the victim.

## VI.   Alternative Reporting Responses

A.  The Alternative Reporting Responses that may be used are:

1.  Calling in the report on a dedicated alternate response telephone line. The alternate response phone line is 750-2525. Hours of operation are 0800 – 1200 and 1800 – 2200 Monday through Friday. Officers shall <u>not</u> use this line to call in reports.

2.  The report can be filed over the Internet, with reports downloaded daily and entered into the IMC system (*www.springfieldpolice.net*).

3.  The report can be filed in person at the front desk of the Police Station. Personnel assigned to the front desk must take the report. Individual(s) making a report in person shall not be diverted to the alternate response reporting line, unless requested by the citizen.

## VII.   Alternative Reporting Procedures

A.  These procedures shall be followed when the Alternative Reporting Response Plan is utilized for any of the reports identified in Section V, 5 (1-5) of this order.

1.  The initial call for a report is received either through 9-1-1 or a non-emergency line.

2.  The Call Taker shall make an initial inquiry and will screen the call for the proper response.

3.  The Call Taker shall enter all pertinent information into the CAD System.

4.  The Call Taker shall explain to the caller the alternative reporting responses available. S/he shall also inform the caller what the approximate response time would be if an officer were to respond. If an Alternative Reporting Response is appropriate, the Call Taker shall give the caller a Call for Service (CFS) number and all necessary information including, but not limited to, telephone numbers, Internet address, and/or driving directions to 130 Pearl St.

5.  If applicable, the call is routed to the Alternate Response Group.

*Paula C. Meara*

Chief of Police, Paula Meara