## City of Springfield, Massachusetts



## Community Police Hearing Board Reports for 2014 and 2015

**CHAIR**
Attorney George Bourguignon

**MEMBERS**
Robert C. Jackson
Albert Tranghese
Rev. Gail Hill
Richard Muise
Paul A. Phaneuf
Linda Caron

*March 25, 2016*

## TABLE OF CONTENTS

**EXECUTIVE SUMMARY**                                                    **4**

    **History and Purpose of Board**                          **4**

    **The CPHB Case Review and Hearing Process**             **4**

    **Overview of Data Concerning Complaints Reviewed**      **6**
      **And Hearings Held**

    **Summary Table of 911 Call for Service/Arrests**        **6**

**TABLES FOR APPENDIX 1 AND 2**                                          **7**

    **TABLE A**    **Statistics for 2014**

    **TABLE B**    **Statistics for 2015**

**TABLE FOR APPENDIX 3**                                                 **8**

    **TABLE C**    **Summary - Police Lawsuits (1/1/2006 – 4/1/2015)**

**COMMENT ON APPENDIX 4**                                                **9**

**CPHB OBSERVATIONS**                                                    **9**

**CPHB RECOMMENDATIONS**                                                 **15**

---

**Appendix 1 CPHB Data summary spreadsheets (2014)**                     **17**

**Appendix 2 CPHB Data summary spreadsheets (2015)**                     **18**

**Appendix 3 Lawsuits alleging police misconduct (1/2006 to 12/2015)**   **19**

**Appendix 4 Executive Order of Mayor Sarno (Feb 2010)**                 **20**

# COMMUNITY POLICE HEARING BOARD
# ANNUAL REPORT
# 2014 And 2015

## EXECUTIVE SUMMARY

The Community Police Hearing Board Annual Report for 2014 and 2015 is set forth below. Similar to the report covering years 2012 and 2013, this "annual" report covers two years. In this regard, it should be noted that when first created, in 2010 the Executive Order called for the CPHB to utilize staff of the Citistat Department to assist with the reporting of data. However, Citistat was eliminated by budget cuts in 2011. Since that time, gathering and reporting statistics on behalf of the CPHB has been a challenge for the City. As a result, Mayor Sarno amended the Executive Order, effective April 1, 2016, to provide for improved reporting. The current report includes spreadsheets for the data generated by the work of the CPHB during 2014 and 2015. The spreadsheets are summarized in tables provided in this report. The new reporting process will go into effect April 1, 2016. In addition, the report provides statistics with regard to lawsuits involving allegations of police misconduct.

## History and Purpose of Board.

The CPHB was created by an Executive Order of Mayor Sarno in February 2010. The CPHB was an evolution from the earlier Citizen Complaint Review Board (CCRB) established by former Mayor Ryan. The CCRB was first created in response to a study conducted by criminal justice experts Professor Jack McDevitt of Northeastern University and his Associate, Dr. Amy Farrell. The study was conducted as part of a settlement of the filing of a complaint by the Springfield Pastor's Council with the Massachusetts Commission Against Discrimination (MCAD).

Beginning in June of 2009, the former CCRB, under the coordination and guidance of the Mayor's Chief of Staff, Denise Jordan, began meeting to review the original Executive Order governing its activities and began discussing options amongst its members and legal counsel for improving the process and increasing the positive impact of the Board on the community. The former CCRB had issued a recommendation and report on December 9, 2009 and had also held a public hearing on its draft suggestions on that date.

Mayor Sarno requested that the Law Department, on January 11, 2010, expedite review of the suggestions and submit to him a proposal for an increased role for the community to play in the discipline of police officers charged with misconduct as a result of citizen complaints.

3

Further input was obtained on January 25, 2010 as a result of a public meeting held by the NAACP, which was attended by the Mayor, Police Commissioner, and City Solicitor, for the purpose of getting input from the community. Prior to issuing a new Executive Order, Mayor Sarno requested that past management studies conducted on the Police Department, as well as the study conducted by experts Professor McDevitt and Dr. Farrell, and the MCAD settlement, be taken into consideration. In addition, the Law Department reviewed models used in cities across the country; met with the Police Commissioner; reviewed the contracts with the Police Commissioner and Police Unions; met with the Patrolmen's Union to discuss collective bargaining issues; and reviewed applicable statutes and ordinances.

As a result, in February 2010 Mayor Sarno expanded the authority of the Board to act as a hearing officer for the Police Commissioner and to make findings as to whether each complaint is sustained, and recommendations as to the discipline to be imposed. The Executive Order increased the role of the community in the discipline of police officers charged with misconduct as a result of citizen complaints, yet preserved the organization established by Ordinance, state law and contractual and collective bargaining obligations.

Under Mayor Sarno's Executive Order, the CPHB sits as an independent and non-police mayoral agency providing civilian oversight over the investigation of citizen complaints by the police department, makes recommendations to the Police Commissioner as to initiating disciplinary charges and renders hearing decisions for the Police Commissioner's consideration as required.

In addition, the Board plays an important outreach role in educating the community of the opportunity to file a complaint, public dissemination of information as to how and where to file a complaint, and the rights of the community in dealing with the police.

The CPHB issues an annual report summarizing its activities, and includes observations and recommendations concerning its policies and practices in relation to the Police Department.

The current chair of the CPHB is Attorney George Bourguignon. Attorney Bourguignon replaced Attorney Cynthia Tucker, who formerly served as MCAD Commissioner, and oversaw the investigation of the original complaint filed by the Pastor's Council that led to the creation of this civilian oversight board. One of the original complainants from the Pastor's Council included former Vice Chair of the CPHB, Reverend Amos Baily who has since retired from the board and was a party to the Pastor's Council settlement at the MCAD under Attorney Tucker. Members of the CPHB during 2014 and 2015 included: Robert C. Jackson, Albert P. Tranghese, Reverend Gail Hill, Salvatore Circosta, and Richard Muise. Since that time, Paul A. Phaneuf and Linda Caron have replaced Salvatore Circosta and Carmen Berry.

**The CPHB Review and Hearing Process.**

A copy of Mayor Sarno's Executive Order that was in effect for the 2014 and 2015 period is included in Appendix 3 to this report. Mayor Sarno has enacted changes in the Executive Order effective April 1, 2016. Under the order applicable to 2014 and 2015, the Board was empowered to receive, hear, make findings and recommend action on complaints against Springfield police officers which allege:  the use of excessive or unnecessary force, abuse of authority, discourtesy, or the use of offensive language.   Investigations of complaints are conducted by the Springfield Police Department Internal Investigation Unit staff (IIU) under the direction of the Police Department Captain of Professional Responsibility.

Complaints may be made by any person whether or not that person is a victim of, or witness to, an incident. In addition, the Captain of Professional Responsibility reviewed all reports of injury to prisoners for the purpose of determining whether or not the department should initiate an IIU investigation and for consideration of possible disciplinary charges.

Under the Executive Order that was in effect for 2014 and 2015, CPHB members would individually review complaints in a case review process with a recommendation made as to whether the police commissioner should initiate disciplinary charges.

The Commissioner, as Civil Service Appointing Authority,  determines whether or not to issue a charge letter, leading to a full hearing in front of the CPHB acting as hearing officer under the civil service law; Chapter 31 of the Massachusetts General Laws.

Some cases were resolved prior to a hearing by an agreement being reached between the Commissioner and the Union.

If a hearing was held on the charges, findings of fact were made and a recommendation for disposition was included with the CPHB hearing results sent to the Police Commissioner. The findings as to each allegation in the complaint may include: (a) "Unfounded," where the investigation determined no facts to support that the incident complained of actually occurred; (b) "Sustained," where the complainant's allegation is supported by sufficient evidence to determine that the incident occurred and the actions of the officer were improper; (c) "Not sustained," where there are insufficient facts to decide whether the alleged misconduct occurred; (d) "Exonerated," where a preponderance of the evidence shows that the alleged conduct did occur but did not violate the policies, procedures, practices, orders or training of the SPD.

**Overview of Data Concerning Complaints Reviewed and Disposition.**

The CPHB gathers statistics as to the number, type and disposition of all citizen complaints.

This report provides an overview of Internal Investigation Unit (IIU) and CPHB data for period covering 2014 as well as 2015. The data has been sorted in tables regarding the number, type, and resolution of complaints against Springfield Police Department personnel, and according to whether the complaint was initiated by a citizen or by a member of the Springfield Police Department.

To place the data in perspective, the level and frequency of involvement that the police officers have with the public in Springfield must be considered and can be used for comparison to other communities.

In this regard, the CPHB has gathered the following data covering the total number of calls for service through the "911" emergency system (CFS) and the total number of arrests for the past several years, not including juveniles. The data is presented in a table.

### Summary of Calls for Service and Arrests

| Yearly | 2011 | 2012 | 2013 | 2014 | 2015 |
|---------|---------|---------|---------|---------|---------|
| CFS | 183,839 | 173,463 | 176,897 | 186,220 | 141,521 |
| Arrests | 5,627 | 4,432 | 3,952 | 4,196 | 4,205 |

As officers increasingly confront violence and step up efforts to apprehend suspects in the community, the chance of alleged unjustified force or other misconduct increases. Without a transparent accountability model in place to help ensure that all complaints are investigated thoroughly and fairly, the Department risks losing legitimacy in the community, particularly in high crime neighborhoods where trust and confidence are most critical to effective policing.

These statistics show that the number of complaints as a percentage of arrests is a small number. Compared with the number of calls for service, the number is very small. For purposes of comparing the above data to other communities, with 153,991 people, Springfield is the 3rd most populated city in the state of Massachusetts out of 351 cities based on July1, 2014 estimates on the U.S. Census Bureau website. According to that website information, Springfield's population consists of 56.2 % Female from the latest figures available. By race/ethnic origin the same statistics approximate that 51.8% of the population identified itself as one race, listed "White"; 22.3% listed "Black" or "African American"; 2.4% listed "Asian", and the balance identifies as some other race. As to Hispanic or Latino ethnic origin, 38.8 percent of the population of any race identifies themselves as Puerto Rican, Mexican, Cuban, or other Hispanic or Latino.

## TABLES From APPENDIX DATA

## Data concerning Complaints Reviewed by CPHB during 2014 and 2015

Appendix 1 contains a spreadsheet showing all data for all complaints received by the Springfield Police Department during 2014 and Appendix 2 has data for complaints received during 2015. All complaints received were reviewed by the CPHB. The data contained in the spreadsheets was used to generate Tables A and B categorizing the statistics by source, Race, Gender, Nature of Complaint, whether allegations of discrimination was alleged, and by disposition. In addition, if a policy change was made, it was noted. Statistics were also provided as to whether the complaint involved a police officer or a supervisor, as well as the final disposition of the case.

Each "Citizens Complaint" incident (CC) is listed in spreadsheets. The Springfield Police Department also designates certain incidents with a Preliminary Investigation of Employee or "PIE". A PIE designation indicates the matter was initially investigated by an officer's Commanding Officer in the first instance. The majority of matters so designated involve allegations of rudeness. This is not to say that "rudeness" is not considered serious. As an example, what may seem simple rudeness may turn out to be more serious. A complaint of "rudeness, although designated for PIE, could result, with further investigation, to reveal facts uncovering that the "rudeness" involved the use of a racial slur. Under such circumstances, the complaint could lead to discipline up to and including termination. The PIE designation was created as a method of allowing IIU to focus on the most important cases in the first instance. Where the Commanding Officer determines that the issue warrants further investigation after a PIE, the matter is referred back to the IIU and goes beyond a preliminary investigation.

# TABLE A

**SPD Internal Investigations Unit**
**Statistical Information Regarding IIU Complaints**
**Received between 01/01/2014 And 12/31/2014**

Administrative Orders:  29
Citizen Complaints:  91
PIE:  69
**Total for AO/SO's, CC's and PIE's:  189**

**Race:**
UNKNOWN:  13
Asian:  2
Black:  34
Hispanic:  32
Unknown:  6
White:  41
       **Total:  128**

**Gender:**
UNKNOWN:  12
Female:  50
Male:  65
       **Total:  128**

**Nature of Complaint:**
UNKNOWN:  13
ADMIN:  1
Criminal A:  3
Firearms/Shooting A:  1
Missing Property:  1
Physical/Equip C:  2
Physical/Hands C:  22
Rudeness:  53
Rules & Regulations A:  14
Rules & Regulations C:  16
       **Total:  128**

**Discriminations Cases:**
Ethnicity:  1
Race:  1
       **Total:  2**

**Dispositions:**
PENDING:  52
Exonerated:  21
No Further Action:  1
Not Sustained:  11

# TABLE A

Policy Change:  1
Retired:  1
Retraining:  7
Sustained:  6
Unfounded:  39
> **Total:  140**

**Rank:**
UNKNOWN:  21
Captain:  1
Civilian:  5
Lieutenant:  3
Patrol Officer:  101
Sergeant:  5
> **Total:  136**

**Squad:**
UNKNOWN:  125
> **Total:  125**

**Final Dispositions:**
PENDING:  52
Exonerated:  21
No Further Action:  1
Not Sustained:  12
Policy Change:  1
Retired:  1
Retraining:  9
Suspended:  2
Unfounded:  39
Verbal Reprimand:  1
Written Reprimand:  1
> **Total:  140**

### SPD Internal Investigations Unit
### Statistical Information Regarding IIU Complaints
### Received Between 01/01/2015 - 12/31/2015

| | |
|---|---|
| Administrative Orders: | 1 |
| Citizen Complaints: | 71 |
| PIE: | 58 |
| Total for AO/SO's, CC's and Pie's: | 130 |

## Race:

| | |
|---|---|
| UNKNOWN: | 11 |
| Asian: | 1 |
| Black | 25 |
| Hispanic: | 23 |
| Unknown: | 3 |
| White: | 54 |
| Total: | 117 |

## Gender:

| | |
|---|---|
| UNKNOWN: | 8 |
| Female: | 42 |
| Male: | 66 |
| Total: | 116 |

## Nature of Complaint:

| | |
|---|---|
| UNKNOWN: | 4 |
| ADMIN: | 0 |
| Criminal A: | 1 |
| Criminal C: | 0 |
| Firearms/Shooting A: | 0 |
| Missing Property: | 0 |
| Physical/Equip A: | 0 |
| Physical/Equip C: | 7 |
| Physical/Hands A: | 8 |
| Physical/Hands C: | 12 |
| Rudeness: | 39 |
| Rules  Regulations A: | 33 |
| Rules  Regulations C: | 14 |
| Other: | 1 |
| Total: | 126 |

## Discriminations Cases:

| | |
|---|---|
| Age: | 0 |
| Ethnicity: | 0 |
| Gender: | 0 |
| Race: | 0 |
| Sexual Orientation: | 0 |
| Total: | 0 |

## Dispositions:

| | |
|---|---|
| PENDING: | 23 |
| Exonerated: | 31 |
| No Further Action | 0 |
| Not Sustained: | 21 |
| Policy Change | 0 |
| Retired | 0 |
| Retraining | 11 |
| Sustained: | 18 |
| Unfounded: | 19 |
| Total: | 123 |

## Rank:

| | |
|---|---|
| Unknown: | 22 |
| Captain: | 2 |
| Civilian: | 5 |
| Lieutenant: | 0 |
| Officer: | 66 |
| Sergeant: | 7 |
| Other: | 2 |
| Total: | 104 |

## Squad:

| | |
|---|---|
| UNKNOWN: | 117 |
| Squad A: | 0 |
| Squad B: | 0 |
| Squad C: | 0 |
| Total: | 117 |

## Final Disposition:

| | |
|---|---|
| PENDING: | 24 |
| Exonerated: | 30 |
| No Further Action: | 0 |
| Not Sustained: | 21 |
| Policy Change: | 0 |
| Retired/Resigned: | 0 |
| Retraining: | 11 |
| Suspended: | 8 |
| Unfounded: | 19 |
| Verbal Reprimand: | 3 |
| Written Reprimand: | 7 |
| Terminated: | 0 |
| Other: | 0 |
| Total: | 123 |

## TABLE FOR APPENDIX 3
## Police Misconduct Lawsuits

Appendix 3 provides a database of all police excessive force/ misconduct lawsuits where the City or members of the police department were named as defendants in litigation since 2006. Table C provides a statistical summary of Appendix 3.

The summary indicates that the City has been  involved in 44 lawsuits alleging a deprivation of civil rights through police misconduct filed in court in the past 10 years. As to those lawsuits, 33 lawsuits have been disposed of; 14 by judgments and 19 by settlements. Of the 14 judgments, only 2 have resulted in liability against the City while twelve of the judgments have been entered in favor of the City and/or its officers. Eleven cases remained pending as of December 31, 2015.

| Year | # Filed | # Closed | # Jgmts | # Judgmt Pltf / Def | $ Judgment Amount ** | # Settld | Settlement *** Total $ | $ Total Settled and Judgmts**** |
|---|---|---|---|---|---|---|---|---|
| 2006 | 1 | 1 | 0 | 0/0 | 0 | 1 | 32,500 | 32,500 |
| 2007 | 6 | 4 | 2 | 0/2 | 0 | 2 | 218,000 | 218,000 |
| 2008 | 1 | 5 | 4 | 0/3 | 0 | 1 | 13,000 | 13,000 |
| 2009 | 9 | 2 | 2 | 0/1 | 0 | 0 | 0 | 0 |
| 2010 | 3 | 4 | 1 | 0/1 | 0 | 3 | 79,000 | 79,000 |
| 2011 | 2 | 1 | 0 | 0/0 | 0 | 1 | 13,900 | 13,900 |
| 2012 | 7 | 5 | 2 | 0/1 | 0 | 3 | 605,500 | 605,500 |
| 2013 | 8 | 6 | 4 | 0/3 | 0 | 2 | 55,500 | 55,500 |
| 2014 | 4 | 5 | 3 | 1/0 | 1,000,000.00 | 2 | 47,000 | 1,047,000 |
| 2015 | 3 | 8 | 4 | 1/1 | 85,000.00 | 4 | 273,000 | 358,000 |
| TOTAL | 44 | 41* | 22 | 2/12 | 1,085,000.00 | 19 | 1,337,400.00 | 2,422,400 |

Table title: **TABLE C – Lawsuits Alleging Police Misconduct  (1/1/2006 – 12/31/2015)**

* includes 4 cases filed pre 2006 but disposed thereafter
** average settlement and judgment for 41 cases closed is $59,082.93
*** average settlements and judgments per year is $ 242,240.00
**** average judgment  in 22 cases is $ 49,318.00
      average settlement in 19 cases is $ 70,389.47

## APPENDIX 4 - COMMENT

Appendix 4 provides a copy of the existing Executive Order creating the Community Police Hearing Board established by Mayor Sarno.

Effective April 1, 2016, Mayor Sarno has amended the Executive Order. The next annual report will provide data in accord with the modified Executive Order.


## CBHB OBSERVATIONS

The following are some of the observations of the Board as conveyed to the Law Department. These observations (as well as the recommendations that follow) echo earlier observations from earlier annual reports. It is important that the institutional experience of former members of the CPHB be carried through in support of the intent that the Board reflect on the history that preceded it, and it is equally important that the Board evolve as intended.

- o *Civilian Oversight of Police as a National Issue. S*parked by the shooting in Ferguson, Missouri a national debate on relations between law enforcement and minority communities has come to the forefront. The CPHB is hopeful that it can play a positive role as the civilian oversight agency in Springfield by providing an unbiased role in police department policy development through community outreach and CPHB inclusion in the police department disciplinary decision process. Springfield is one of only about 200 communities across the country with some form of civilian oversight of the police. On December 18, 2014, President Barack Obama signed an Executive Order establishing the *Task Force on 21st Century Policing*. The Task Force seeks to identify best practices and make recommendations to the President on how policing practices can promote effective crime reduction while building public trust and examine, among other issues, how to foster strong, collaborative relationships between local law enforcement and the communities they protect. On March 2, 2015, the Task Force released its Interim Report to the President. The Task Force recommended that "some form of civilian oversight is important in order to strengthen trust with the community." (See Recommendation 2.8) This is the first time that the Federal government, or a commission or task force on its behalf, has specifically recommended civilian oversight. The Task Force also recommended two follow-up action items to expand the Federal government's research agenda to include civilian oversight and to expand the mandate of the U.S. Department of Justice's COPS Office to include civilian oversight. (See Action Items 2.8.1 and 2.8.2).

9

○ *Police misconduct lawsuits*. The data collected by the CPHB in appendix 2 and summarized in the Table above, shows that the amount of money expended by the City to pay settlements and judgments on cases claiming a violation of civil rights as a result of police misconduct has seen a dramatic increase over the past two years.

This observation is consistent with national trends in median jury awards. This national trend is demonstrated by several cases from 2014 involving claims of police misconduct from across the country, taken from information on jury verdict research from the Lexis/Nexis service, and summarized below,:

1) **In re McRay, Richardson, Santana, Wise and Sallaam Litigation**, **2014 Jury Verdicts LEXIS 5068**

According to a June 19 Law360 article, New York City has agreed to pay a total of $40,000,000 to five men who were adolescents when they were charged with, and later convicted of, crimes relating to the rape and death of a Central Park jogger. Four of the plaintiffs served several years in prison, and the fifth served several months. Their convictions were vacated long after they had been released from prison when the true perpetrator confessed and had his guilt confirmed through DNA testing and a review of the evidence.

In 2003, plaintiffs filed separate civil rights suits in the U.S. District Court for the Southern District of New York.

2) **James Harden v. Illinois State Police Officer Tasso J. Kachiroubas, et al.** **2014 Jury Verdicts LEXIS 5577**

In a markedly similar case, the State of Illinois paid a reported $40,000,000 to five men who were also wrongfully convicted as teenagers and served prison time as a result. Here, plaintiff James Harden was sentenced to serve 120 years in connection with the 1991 rape and murder of a 14-year-old girl in Dixon, Illinois. Harden alleged that police had acted in concert to manufacture false evidence to implicate him and the other boys, including coerced false confessions. They were all later exonerated due to DNA evidence exculpating them. Harden's sentence was vacated and he was granted a certificate of innocence on April 17, 2012. Shortly thereafter, Harden filed suit in the U.S. District Court for the Northern District of Illinois.

On June 24, Chicago news sources indicated that the State had reached a settlement with the five plaintiffs. According to the articles, the claims against the Village of Dixon had not settled, and there

10

was no indication how the $40 million award would be divided
between the plaintiffs.

3) **Frank Sterling v. Monroe County, et al.** 2014 Jury Verdicts
**LEXIS 3818**

In May, Monroe County in New York reportedly agreed to pay
$8,625,000 to settle a civil rights suit brought by Frank Sterling after
he served nearly 20 years in prison for a murder he did not commit.
Sterling's counsel, Nick Brustin, reportedly stated that the settlement
was one of the largest he has seen outside of a major urban area.

Through the complaint, Sterling alleged that employees of the
Monroe County Sheriff had investigated the actual perpetrator of the
crime, but that they failed to complete the investigation and
ultimately targeted Sterling. He maintained that law enforcement
officials then deliberately fabricated inculpatory evidence,
suppressed exculpatory evidence, and, after a twelve-hour
marathon interrogation that went unrecorded, coerced and
manipulated Sterling into giving a false confession.

Sterling's civil rights suit was filed in the U.S. District Court for the
Western District of New York. Through the amended complaint,
Sterling asserted federal claims for malicious prosecution,
deprivation of liberty, conspiracy and other constitutional claims
pursuant to 42 U.S.C.S. § 1983. In addition, he asserted claims
under New York state law for malicious prosecution, emotional
distress, and negligence.

4) **William H. Howard v. County of Riverside, Armando Munoz,**
**Stanley Sniff, Jr., Randall Wedertz, and Does 2 to 4 and 6 to 10**,
2014 Jury Verdicts LEXIS 4814

On June 11, a California federal jury awarded $7,810,000 to a man
shot in the face by a Riverside County Deputy. The incident
occurred in April 2011 when William H. Howard was the subject of a
law enforcement foot chase. Howard stated that when he ran into a
storage shed, he was shot without justification by Officer Munoz.
According to news reports, Howard was unarmed. As a result of the
shooting, Howard sustained serious physical and mental injuries,
including traumatic brain injury, paralysis of the left side of his body,
severe scarring on his face and head, and a speech impediment. He
was hospitalized from April 7, 2011 through October of 2012.
According to news reports, he was wanted on a felony warrant at the
time of the chase.

In May of 2012, Howard filed a complaint in the U.S. District Court for the Central District of California against the County, Munoz, and Does 1 to 10. Stanley Sniff, Jr. and Randall Wedertz were later added as defendants. Howard asserted claims for excessive use of force and for municipal and supervisory liability pursuant to 42 U.S.C.S. § 1983 as well as state law claims for negligence and battery. On June 3, 2014, a jury trial began before Judge Virginia A. Phillips. On June 11, 2014, the jury returned a verdict in favor of Howard. The jury found that Munoz used excessive force and committed battery. The award included $3 Million for pain and suffering.

5) **Jane Doe v. The El Paso County Hospital District, et al.** 2014 **Jury Verdicts LEXIS 5576**

On July 7, Jane Doe reached a $1,100,000 settlement in her civil rights action against the El Paso County Hospital District, the University Medical Center of El Paso (UMC), a number of physicians and hospital board members, and certain officials and officers of the United States Customs and Border Protection (CBP). Doe's action arose out of multiple invasive body cavity searches that she was subjected to in December of 2012 based on the orders of CBP agents.

While Doe attempted to return to the United States from Mexico at the Cordova Bridge in El Paso, TX, she was singled out by a drug-sniffing dog and taken into custody under suspicion of transporting drugs. She was taken in handcuffs to University Medical Center of El Paso (UMC). Over six hours, Doe was subjected to visual and manual examination of her body cavities, had a bowel movement observed, underwent an x-ray, and was subjected to invasive vaginal and anal examinations, none of which showed any presence of drugs. After a CT scan also revealed no drugs were present, Doe was released without charge. CBP never received a warrant for the searches, nor did UMC request one to conduct the testing, despite UMC policy requiring a search warrant or patient request for bodily invasion. UMC subsequently billed Doe over $ 5,000.00 for the tests performed.

Doe filed her complaint in December of 2013 in the U.S. District Court for the Western District of Texas. Her settlement agreement resolved her claims against the District, UMC, and its employees. The El Paso County Hospital District also agreed to review and potentially revise internal policies regarding law enforcement searches. The settlement did not include the claims against the CBP agents named in the suit.

It is hoped that as the CPHB evolves, its impact will be to improve trust between police and the community, and as a result, future misconduct will decrease as will the legal costs related to lawsuits claiming police misconduct.

o   *Videotaping.* Videotaping continues to be an important issue of concern by the CPHB. There are two components: Videotape evidence made by suspects or bystanders, and dashboard and body camera use by the police. As with last year, the City has faced lawsuits which have involved the issue of suspects and bystanders videotaping police officers. Springfield Police Officers do receive training in this area through handout materials at roll call, or through annual in-service training.

o   *Cooperation of Witnesses.* There continues to be a large number of complaints which are unfounded or where police officers are exonerated where the non-cooperation of witnesses appears to play a role. While the board can only speculate as to the reasons for non-cooperation, there continues to be a general concern by the CPHB that complainants and witnesses may fear retribution or they have a sense that "nothing will be done" as a result of their complaints. The data indicates that, where the CPHB held hearings and did have cooperation of witnesses, findings against officers were sustained and discipline was imposed, without any retribution against the witnesses.    The Police Commissioner has repeatedly demonstrated his support for the CPHB and this process. In order to provide greater assurances to witnesses as to the integrity of the existing process, the CPHB process would benefit by an increased show of support by other City Officials.

o   *Public Outreach.* There is a need for more outreach and public education as to the role and duties of the CPHB to dispel any perceptions about coming forward and voicing complaints and participating in the citizen complaint process. Attendance at public meetings has been sparse and a greater understanding and increased public participation would increase public confidence in the Springfield Police Department.

o   *Complaints of Rudeness.* As with past years, many complaints reviewed involved complaints of "rudeness" by officers. Such incidents have the potential to escalate into a volatile situation. In addition, such complaints tend to discourage participation in the citizen complaint process and erode the community trust of the police department. There were no instances of complaints

13

for rudeness being brought to the CPHB by SPD internal administrators. This is to be expected as it is hoped that supervisors are able to handle such complaints without the need for intervention by the CPHB. However, greater efforts should be made to address rudeness complaints brought by citizens in an alternative dispute resolution setting. The Board would like to develop a voluntary mediation process which emphasizes dialogue between parties and provides a safe environment where parties can air their views about events or issues leading to the dispute. The process would be intended to develop mutual understanding between the parties in the course of resolving the dispute. Mediation could potentially be resolved by providing both parties with an opportunity to express themselves freely and work toward a mutually agreed-upon resolution of a dispute.

o The Citizen's Police Academy provides a useful bridge to help understand the workings of the police department and has helpful education materials.

o The IIU has been very professional in their dealings with the Board and very accommodating in their schedule to provide information to the Board.

## CPHB RECOMMENDATIONS

The following are some of the recommendations of the board in regard to the policies and practices of the IIU as well as police conduct and training, and the structure of the CPHB:

- Once again the CPHB recommends that the Police Department expand the use of video cameras. The CPHB contends the cameras would assist the City in protecting the patrol officers from assaults and unfounded allegations of police misconduct. The video cameras may also provide protection to civilians from police misconduct. According to a report of The International Association of Chiefs of Police (IACP) studying the use of in-car cameras, 97 percent of the citizens polled across the U.S. support the use of in-car cameras for law enforcement. While law enforcement views the acquisition of camera technology as a means to demonstrate their professionalism and increase officer safety, the public views cameras as a means to guard against abuse. Despite the difference in opinions, both the public and the police have shown support to use the technology, making the acquisition and implementation of an in-car camera program a win/win proposition for all. According to the IACP report, in 93% of the time a complaint is filed regarding police conduct and there is video evidence available, the officer is exonerated. See IACP's *Report on In-Car Cameras*, 2004.

  The CPHB would suggest that dashboard cameras be introduced as soon as practicable in a scaled version that can be expanded as legal and contractual issues are addressed. Similarly, the CPHB would support a similar approach with regard to body cameras.

- The CPHB has been informed that Springfield Police Officers are receiving training as to police practices concerning officers' prohibition of preventing the taking of photos or video depicting law enforcement activities in public and guidance that where the filming is "hindering" and the cameraperson is breaking laws, such that officers may then arrest. The CPHB recommends that the policies be shared with the public at a quarterly CPHB meeting so that the public is aware that the mere taking of photos or video does not constitute probable cause and should never be the reason for any arrest. However, the public needs to respect the officer's need to carry out the appropriate use of force without interference which may jeopardize the safety of the officer.

- The CPHB has been informed that the Springfield Police Department has initiated a program of issuing new equipment and

15

has been training employees on the use of new technology, specifically, electronic weapons, or "Tasers". The CPHB recommends that the policies and procedures involving the use of such weapons be shared with the public at one of the CPHB's quarterly meetings for public awareness as well as information for the CPHB to utilize for its own training in the event that any complaints are reviewed which involve such weapons.

- Commissioner Barbieri has expanded the C3 (Counter Criminal Continuum Policing) initiative from the North End neighborhood to other areas of the city. The CPHB is supportive of any effort to fight crime by police working with residents to root out sources of problems in the neighborhoods. The CPHB believes that the C3 initiative, where police, city and state agencies, and community organizations work with residents to identify problems before they have a chance to escalate into something worse is the type of measure that will help build trust. The CPHB recommends that any data that could be supplied to it for measuring effectiveness of the C3 initiative within those zones be supplied to the CPHB.

- The Citizen's Police Academy should be more widely publicized and its materials more widely distributed. While the ten week commitment to complete the program can be daunting, the Citizen Police Academy should consider the presentation of some shorter programs to be held in conjunction with CPHB outreach efforts.

- The CPHB Board members should all attend one of the Police Academy classes to be introduced to new recruits and explain their role. It may also be appropriate for the CPHB to receive training through a nationally recognized association that brings together individuals and agencies working to establish or improve oversight of police officers in the United States

- CPHB should coordinate with the Springfield School Department to go directly into the Springfield Public Schools, in addition to going before neighborhood councils, to meet with Junior High and High School students as part of the outreach and education efforts.

- The above observations and recommendations will be shared with the Captain  of the IIU as well as the Police Commissioner for discussion, potential revision and feasibility of implementation. In addition, the Board is planning a public hearing to review the data and observations and seek public input.

# APPENDIX 1

# 2014 DATA

# 2014 CPHB Database

Page 1 of 19

| AO Number | Location of Incident | Race | Male/Female | Incident Date | Nature of Complaint | Investigator | Summary | Date Reviewed | Reviewed By | Board Discipline | Final Disposition | Final Discipline |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14-002 | 130 Pearl St. | | | | | Sgt. Martucci | Invst. Rpt. regarding missing money. | | | | Not Sustained | Proceedure change. |
| d14-002 | 130 Pearl St. | | | 1/3/14 | Rules & Regulatons A | Sgt. Martucci | Invst. Rpt. regarding missing money. | | | | Not Sustained | Proceedure change. |
| d14-002 | 130 Pearl St. | | | 1/3/14 | Rules & Regulations A | Sgt. Martucci | Invst. Rpt. regarding missing money. | | | | Not Sustained | Proceedure change. |
| 14-005 | 34 Salem St. | Black | Female | 1/12/14 | Physical/Hands C | Sgt. Martucci | Complainant states her rights were violated and she was tossed around her kitchen by officer. | 2/28/14 | A Tranghese | Unfounded | Unfounded | |
| 14-006 | 130 Pearl St. | Black | Male | 1/12/14 | Rules & Regulations C | Sgt. Pelchar | Discrepancy in amount of prisioners money accounted for. | 2/21/14 | G. Hill | Unfounded | Unfounded | |
| 14-007 | 130 Pearl St. | Hispanic | Male | 10/15/13 | Physical/Hands C | Sgt. Pelchar | Complainant states he was beaten by four SPD officers at 130 Pearl St. | 1-23-14 | C Jackson | Exonerated | Not Sustained | |
| d14-007 | 130 Pearl St. | Hispanic | Male | 10/15/13 | Physical/Hands C | Sgt. Pelchar | Complainant states he was beaten by four SPD officers at 130 Pearl St. | 1/23/14 | C Jackson | Exonerated | Not Sustained | |
| d14-007 | 130 Pearl St. | Hispanic | Male | 10/15/13 | Physical/Hands C | Sgt. Pelchar | Complainant states he was beaten by four SPD officers at 130 Pearl St. | 1/23/14 | C. Jackson | Exonerated | Not Sustained | |
| 14-008 | 82 Alexander St. | Black | Male | 1/14/14 | Rules & Regulations A | Sgt. Martucci | Invst. 209-A filed against Off. Goffe. | 4/11/14 | G. Hill | Exonerated | Unfounded | |
| dPIEff14-01 | Benton St. | White | Female | 1/7/14 | Rudeness | Capt. Duda/Lt. Rosso | Complainant doesn't think she deserved traffic citation. Capt notified by email that 90th day is 4/7/14 on 4/1/14. | 4/3/14 | Muise | Not Sustained | Not Sustained | |
| PIEff14-01 | Benton St. | White | Female | 1/7/14 | Rudeness | Capt. Duda/Lt. Rosso | Complainant doesn't think she deserved traffic citation. Capt notified by email that 90th day is 4/7/14 on 4/1/14. | 4/3/14 | Muise | Not Sustained | Not Sustained | |
| 14-013 | 42 Daytona St. | Black | Male | 12/6/13 | Physical/Hands C | Sgt. Pelchar | Complainant was asked to leave his aunt's house. Once outside he says police officers beat up on him. | | | | | |
| 14-013 | 42 Daytona St. | Black | Male | 12/6/13 | Physical/Hands C | Sgt. Pelchar | Officers used physical force to remove him from his aunt's property after she called for assistance. | 4/11/14 | G. Hill | Exonerated | Not Sustained | |
| d14-013 | 42 Daytona St. | Black | Male | 12/6/13 | Physical/Hands C | Sgt. Pelchar | Complainant was asked to leave his aunt's house. Once outside he says police officers beat up on him. | | | | | |
| d14-013 | 42 Daytona St. | Black | Male | 12/6/13 | Physical/Hands C | Sgt. Pelchar | Officers used physical force to remove him from his aunt's property after she called for assistance. | 4/11/14 | G. Hill | Exonerated | | |
| d14-013 | 42 Daytona St. | Black | Male | 12/6/13 | Physical/Hands C | Sgt. Pelchar | Complainant was asked to leave his aunt's house. Once outside he says police officers beat up on him. | | | | Not Sustained | |

# 2014 CPHB Database

| Case # | Address | Race | Gender | Date | Rule | Officer | Complaint | Date | Investigator | Sustained | Not Sustained |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14-014 | 130 Pearl St. | White | Male | 2/22/13 | Rules & Regulations C | Lt Rosso | Officer filed a criminal complaint against Lt. | 4/11/14 | G. Hill | | Not Sustained |
| 14-017 | 41 Armory St. | White | Male | | Rules & Regulations C | Sgt. Martucci | Complainant states officers destroyed his baseball card collection while in the process of searching his rental property. | 2/28/14 | A. Tranghese | Unfounded | Not Sustained |
| d14-017 | 41 Armory St. | White | Male | | Rules & Regulations C | Sgt. Martucci | Complainant states officers destroyed his baseball card collection while in the process of searching his rental property. | 2/28/14 | A. Tranghese | Unfounded | Not Sustained |
| d14-017 | 41 Armory St. | White | Male | | Rules & Regulations C | Sgt. Martucci | Complainant states officers destroyed his baseball card collection while in the process of searching his rental property. | 2/28/14 | A. Tranghese | Unfounded | Not Sustained |
| d14-017 | 41 Armory St. | White | Male | | Rules & Regulations C | Sgt. Martucci | Complainant states officers destroyed his baseball card collection while in the process of searching his rental property. | 2/28/14 | A. Tranghese | Unfounded | Not Sustained |
| d14-017 | 41 Armory St. | White | Male | | Rules & Regulations C | Sgt. Martucci | Complainant states officers destroyed his baseball card collection while in the process of searching his rental property. | 2/28/14 | A. Tranghese | Unfounded | Not Sustained |
| d14-017 | 41 Armory St. | White | Male | | Rules & Regulations C | Sgt. Martucci | Complainant states officers destroyed his baseball card collection while in the process of searching his rental property. | 2/28/14 | A. Tranghese | Unfounded | Not Sustained |
| d14-017 | 41 Armory St. | White | Male | | Rules & Regulations C | Sgt. Martucci | Complainant states officers destroyed his baseball card collection while in the process of searching his rental property. | 2/28/14 | A. Tranghese | Unfounded | Not Sustained |
| d14-017 | 41 Armory St. | White | Male | | Rules & Regulations C | Sgt. Martucci | Complainant states officers destroyed his baseball card collection while in the process of searching his rental property. | 2/28/14 | A. Tranghese | Unfounded | Not Sustained |
| d14-017 | 41 Armory St. | White | Male | | Rules & Regulations C | Sgt. Martucci | Complainant states officers destroyed his baseball card collection while in the process of searching his rental property. | 2/28/14 | A. Tranghese | Unfounded | Not Sustained |
| d14-017 | 41 Armory St. | White | Male | | Rules & Regulations C | Sgt. Martucci | Complainant states officers destroyed his baseball card collection while in the process of searching his rental property. | 2/28/14 | A. Tranghese | Unfounded | Not Sustained |
| d14-017 | 41 Armory St. | White | Male | | Rules & Regulations C | Sgt. Martucci | Complainant states officers destroyed his baseball card collection while in the process of searching his rental property. | 2/28/14 | A. Tranghese | Unfounded | Not Sustained |

# 2014 CPHB Database

| Case ID | Location | Race | Gender | Violation | Officer | Complaint | Date | Name | Unfounded | Not Sustained | Ten day suspension |
|---|---|---|---|---|---|---|---|---|---|---|---|
| d14-017 | 41 Armory St. | White | Male | Rules & Regulations C | Sgt. Martucci | Complainant states officers destroyed his baseball card collection while in the process of searching his rental property. | 2/28/14 | A. Tranghese | Unfounded | Not Sustained | |
| 14-018 | 130 Pearl St. | White | Male | 2/14/14 Criminal A | Sgt. Pelchar | Arrested in prostitution sting. Dates of suspension: 4/26,27,28,29,; 5/2,3,4,5,8,9 2014 | 5/16/14 | A. Tranghese | Sustained/Suspension | Suspended | Ten day suspension |
| PIEf14-02 | Jasper St. | Black | Male | 11/13/13 Rudeness | Deputy Cochrane | Complainant doesn't believe he should have gotten parking fines. Tried to contact officer but was never able to make contact. | 2/21/14 | G. Hill | Not Sustained | Not Sustained | |
| 14-022 | Club Glow | Hispanic | Female | Physical/Hands C | Sgt. Pelchar | Complainant states officers punched her. | 5/16/14 | A. Tranghese | Exonerated | Not Sustained | |
| d14-022 | Club Glow | Hispanic | Female | Physical/Hands C | Sgt. Pelchar | Complainant states officers punched her. | 5/16/14 | A. Tranghese | Exonerated | Not Sustained | |
| 14-029 | 149 Oak St. I.O. | Hispanic | Female | 12/21/13 Physical/Equip C | Sgt. Martucci | Complainant states officers pushed her and used O.C. spray on her after a citizen called to report a woman walking with 3 children covered in paint. | 5/16/14 | A. Tranghese | Exonerated | Exonerated | |
| PIEf14-03 | | Unknown | Female | 1/16/14 Rudeness | Capt. Duda | Officer was rude to her daughter and didn't give her a chance to explain. | 3/6/14 | C Jackson | Exonerated | Not Sustained | |
| 14-030 | 130 Pearl St. | White | Male | 3/14/14 Criminal A | Lt. Rosso | Investigate reports by Capt. and Lt. regarding missing hat badge. Retired before hearing. | | | | Retired | |
| 14-032 | 51 Fort Pleasant Ave. | White | Male | 3/26/14 Rules & Regulations A | Sgt. Pelchar | Invst. Accidental discharge of officer's duty weapon during domestic disturbance. | 6/6/14 | A. Tranghese | Exonerated | Exonerated | |
| 14-039 | Dwight St. | Black | Female | 4/14/14 Physical/Hands C | Sgt. Martucci | Officers grabbed her arm for no reason and pushed her up against a wall. | 6/6/14 | A. Tranghese | Exonerated | Exonerated | |
| d14-039 | Dwight St. | Black | Female | 4/14/14 Physical/Hands C | Sgt. Martucci | Officers grabbed her arm for no reason and pushed her up against a wall. | 6/6/14 | A. Tranghese | Exonerated | Exonerated | |
| d14-039 | Dwight St. | Black | Female | 4/14/14 Physical/Hands C | Sgt. Martucci | Officers grabbed her arm for no reason and pushed her up against a wall. | 6/6/14 | A. Tranghese | Exonerated | Exonerated | |
| d14-039 | Dwight St. | Black | Female | 4/14/14 Physical/Hands C | Sgt. Martucci | Officers grabbed her arm for no reason and pushed her up against a wall. | 6/6/14 | A. Tranghese | Exonerated | Exonerated | |
| d14-039 | Dwight St. | Black | Female | 4/14/14 Physical/Hands C | Sgt. Martucci | Officers grabbed her arm for no reason and pushed her up against a wall. | 6/6/14 | A. Tranghese | Exonerated | Exonerated | |
| dPIEf14-04 | 143 Maple St. | Black | Male | 1/29/14 Rudeness | Capt. Duda | Complainant was not allowed to give his friend her coat and purse as EMTs were working on her and he was emotionally hurt by officers remarks. | 3/14/14 | Tranghese, Circosta, Muise | Unfounded | Unfounded | |

# 2014 CPHB Database

| ID | Location | Race | Gender | Type | Supervisor | Narrative | Date | Officers | Finding 1 | Finding 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| PIE#14-04 | 143 Maple St. | Black | Male | 1/29/14 Rudeness | Capt. Duda | Complainant was not allowed to give his friend her coat and purse as EMTs were working on her and he was emotionally hurt by officers remarks. | 3/14/14 | Tranghese, Circosta, Muise | Unfounded | Unfounded |
| 14-040 | Union St. | Black | Male | Physical/Hands C | Sgt. Pelchar | Officers stopped him, made him get off his bicycle, threw him against car and his property is missing. | 7/7/14 | C. Berry, R. Muise | Unfounded | Unfounded |
| d14-040 | Union St. | Black | Male | Physical/Hands C | Sgt. Pelchar | Officers stopped him, made him get off his bicycle, threw him against car and his property is missing. | 7/7/14 | C. Berrt, R. Muise | Unfounded | Unfounded |
| 14-043 | Longmeadow | | | 4/28/14 Rules & Regulations A | Sgt. Martucci | Officers were reported seen in Longmeadow without asking permission to leave the city. | | | | |
| d14-043 | Longmeadow | | | 4/28/14 Rules & Regulations A | Sgt. Martucci | Officers were reported seen in Longmeadow without asking permission to leave the city. | | | | |
| 14-045 | 130 Pearl St. | Unknown | Unknown | | Sgt. Pelchar | Investigate report by Sgt. Albano regarding damage done to bicycles in garage between 11/20/13 and 5/2/14. | 7/18/14 | Circosta | Unfounded | Opolicy Change |
| 14-048 | | White | Female | 5/5/14 Rules & Regulations A | Lt. Rosso | Officer accidentally left arrestees wallet on the back of cruiser. Officer was unaware of this and drove off. Wallet was lost | 7/18/14 | S. Circosta | Not Sustained | Not Sustained |
| d14-048 | | White | Female | 5/5/14 Rules & Regulations A | Lt. Rosso | Officer accidentally left arrestees wallet on the back of cruiser. Officer was unaware of this and drove off. Wallet was lost | | | Not Sustained | Not Sustained |
| dPIE#14-05 | 88 Brighton St. | White | Female | 2/6/14 Rudeness | Capt. Anthony | Two officers and her ex came to her home stating that they had a court order to remove her son from her home and give him to her ex. She has a restraining order against her ex. She asked to see the court order and officers would not show her and refused to give her their names. When complainant called for a supervisor, officers left. Retrained by Capt. Anthony on 4/17/14. | 3/14/14 | Tranghese, Circosta, Muise | Not Sustained | Retraining |

# 2014 CPHB Database

| Case ID | Address | Race | Gender | Date/Type | Officer | Complaint | Date | Investigator | Finding | Finding |
|---|---|---|---|---|---|---|---|---|---|---|
| PIE#14-05 | 88 Brighton St. | White | Female | 2/6/14 Rudeness | Capt. Anthony | Two officers and her ex came to her home stating that they had a court order to remove her son from her home and give him to her ex. She has a restraining order against her ex. She asked to see the court order and officers would not show her and refused to give her their names. When complainant called for a supervisor, officers left. Retraining completed by Capt. Mark Anthony 4/17/14. | 3/14/14 | Tranghese, Circosta, Muise | Not Sustained | Retraining |
| 14-051 | 72 Sycamore St. | Black | Female | 5/9/14 Rudeness | Lt. Rosso | Complainant states police officers always come looking for her son when there is a robbery in the neighborhood, because he has been arrested for robbery in the past. | | | | Unfounded |
| 14-057 | 130 Pearl St. | Hispanic | Male | 4/8/14 Rules & Regulations A | Sgt. Pelchar | Investigate officer's missing off-duty firearm. | 8/8/14 | C. Jackson | Undetermined. Referred to Commissioner | Suspended |
| PIE#14-06 | Friendly's Boston Rd. | White | Male | 2/7/14 Rudeness | Capt. Duda | Somebody complained to management that complainant had left his dog in the car while he ate at Friendly's. Officer arrived and escorted complainant from restaurant and would not listen to complainant. | 3/21/14 | A. Rranghese | Exonerated | Exonerated |
| 14-062 | Wrentham Rd. | Black | Male | 6/5/14 Rules & Regulations C | Sgt. Martucci | Complainant states officer was blocking the road with his vehicle. They exchanged words. Shortly after complainant filed a CC, he got a ticket in the mail. | 8/22/14 | C. Berry | Exonerated | Exonerated |
| d14-065 | 42 Clantoy St. | Hispanic | Male | 10/16/13 Physical/Hands C | Sgt. Pelchar | Police constantly harass him. | 9/11/14 | A. Tranghese | Unfounded | Unfounded |
| d14-065 | 42 Clantoy St. | Hispanic | Male | 10/16/13 Physical/Hands C | Sgt. Pelchar | Police constantly harass him. | 9/11/14 | A. Tranghese | Unfounded | Unfounded |
| 14-066 | 234 Draper St. | White | Female | 5/19/14 Rules & Regulations C | Sgt. Andrew | Sgt. confiscated marijuana from complainant's home that she feels she possessed legally. | 8/1/14 | Tranghese | Exonerated | Not Sustained |
| 14-067 | Dwight St. | Hispanic | Male | 5/18/14 Physical/Equip C | Sgt. Andrew | Complainant states officer pepper sprayed him for no reason. | 8/1/14 | Tranghese | Exonerated | Exonerated |
| d14-067 | Dwight St. | Hispanic | Male | 5/18/14 Physical/Equip C | Sgt. Andrew | Complainant states officer pepper sprayed him for no reason. | 8/1/14 | Tranghese | Exonerated | |

# 2014 CPHB Database

| Case | Address | Race | Gender | Date/Type | Supervisor | Complaint | Date | Officer | Disposition | Disposition | Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PIER14-07 | Margerie St. | Hispanic | Male | 1/19/14 Rudeness | Capt. Duda | Complainant was stopped by officers as he was walking to a friends house. Officers were conducting a search for a suspect related to breaking and entering. After being handcuffed and waiting for a detective to arrive with a copy of the shoe print. Subject was let go. Officers explained why they stopped complainant, but only one officer apologized. Complainant feels he was profiled. He states this is the 3rd time this has happened to him. | 5/16/14 | A. Tranghese | Exonerated | Exonerated | Suspended |
| 14-070 | 130 Pearl St. | Black | Male | ADMIN | Sgt. Ambrose | Investigate abuse of sick time. Two day suspension per Sgt. Ambrose. | 9/23/14 | R. Muise | Sustained | Suspended | Suspended |
| 14-072 | 63 Margerie St. | Hispanic | Male | 4/14/11 Physical/Hands C | Sgt. Pelchar | Police choked him and threw him on the ground. | 8/22/14 | C. Berry | Not Sustained | | |
| 14-074 | 128 Mill St. | Black | Male | 6/26/14 Firearms/Shooting A | Sgt. Pelchar | Investigate discharge of firearm. | 9/11/14 | A. Tranghese | Exonerated | Exonerated | |
| d14-074 | 128 Mill St. | Black | Male | 6/26/14 Firearms/Shooting A | Sgt. Pelchar | Investigate discharge of firearm. | 9/11/14 | A. Tranghese | Exonerated | Exonerated | |
| PIER14-08 | 130 Pearl St. | White | Female | Missing Property | Sgt. Tarpey | Complainant states she didn't know her property would be destroyed if she didn't claim it. Detrain off. Tyler | 4/3/14 | R. Muise | Sustained | Retraining | |
| 14-082 | | White | Male | Rules & Regulations A | Sgt. Ambrose | Investigate Facebook video. | 10/14/14 | G. Hill | Unfounded | Unfounded | |
| d14-082 | | White | Male | Rules & Regulations A | Sgt. Ambrose | Investigate Facebook video. | 10/14/14 | G. Hill | Unfounded | | |
| d14-082 | | White | Male | Rules & Regulations A | Sgt. Ambrose | Investigate Facebook video. | 10/14/14 | G. Hill | Unfounded | Unfounded | |
| d14-082 | | White | Male | Rules & Regulations A | Sgt. Ambrose | Investigate Facebook video. | 10/14/14 | G. Hill | Unfounded | Unfounded | |
| 14-084 | | Black | Male | Physical/Hands C | Sgt. Andrew | Officer choked him and pulled him from his car. | 10/14/14 | G. Hill | Exonerated | Exonerated | |
| d14-084 | | Black | Male | Physical/Hands C | Sgt. Andrew | Officer choked him and pulled him from his car. | 10/14/14 | G. Hill | Exonerated | Exonerated | |
| 14-088 | Summer Ave. | Black | Female | 7/25/14 Physical/Hands C | Sgt. Ambrose | Officers handcuffed her husband and searched him. Officer grabbed complainant by the throat and put her in a cruiser. Officers arrested her husband and let complainant go. | 10/17/14 | Tranghese | Exonerated | Exonerated | |
| d14-088 | Summer Ave. | Black | Male | 7/25/14 Physical/Hands C | Sgt. Ambrose | Officers handcuffed her husband and searched him. Officer grabbed complainant by the throat and put her in a cruiser. Officers arrested her husband and let complainant go. | | | | | |

# 2014 CPHB Database

| Case | Address | Race | Gender | Date | Type | Officer | Description | Date | Officer | Finding | Finding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| d14-088 | Sumner Ave. | Black | Female | 7/25/14 | Physical/Hands C | Sgt. Ambrose | Officers handcuffed her husband and searched him. Officer grabbed complainant by the throat and put her in a cruiser. Officers arrested her husband and let complainant go. | 10/17/14 | Tranghese | Exonerated | Exonerated |
| d14-088 | Sumner Ave. | Black | Female | 7/25/14 | Physical/Hands C | Sgt. Ambrose | Officers handcuffed her husband and searched him. Officer grabbed complainant by the throat and put her in a cruiser. Officers arrested her husband and let complainant go. | | | | |
| d14-088 | Sumner Ave. | Black | Female | 7/25/14 | Physical/Hands C | Sgt. Ambrose | Officers handcuffed her husband and searched him. Officer grabbed complainant by the throat and put her in a cruiser. Officers arrested her husband and let complainant go. | | | | |
| 14-089 | 130 Pearl St | Black | Female | 7/17/14 | Physical/Hands C | Pelchar | Complainant reports officer was unnecessarily tackled her son to the ground, arrested, and denied medial treatment. | 9/23/14 | R. Muise | Exonerated | Exonerated |
| d14-089 | 130 Pearl St | Black | Female | 7/17/14 | Physical/Hands C | Pelchar | Complainant reports officer was unnecessarily tackled her son to the ground, arrested, and denied medial treatment. | 9/23/14 | R. Muise | Exonerated | Exonerated |
| d14-089 | 130 Pearl St | Black | Female | 7/17/14 | Physical/Hands C | Pelchar | Complainant reports officer was unnecessarily tackled her son to the ground, arrested, and denied medial treatment. | 9/23/14 | R. Muise | Exonerated | Exonerated |
| d14-089 | 130 Pearl St | Black | Female | 7/17/14 | Physical/Hands C | Pelchar | Complainant reports officer was unnecessarily tackled her son to the ground, arrested, and denied medial treatment. | 9/23/14 | R.Muise | Exonerated | Exonerated |
| PlEl#14-09 | 81 State St. | White | Female | 2/24/14 | Rudeness | Capt. Cheetham | Officer threatened to give her a ticket for hit and run. | 3/14/14 | Tranghese, Circosta, Muise | Unfounded | Unfounded |
| 14-099 | 114 Cardinal St. | Hispanic | Female | 7/19/14 | Physical/Hands C | Sgt. Ambrose | Complainant states officers beat her up | 10/14/14 | G. Hill | Exonerated | Exonerated |
| d14-099 | 114 Cardinal St. | Hispanic | Female | 7/19/14 | Physical/Hands C | Sgt. Ambrose | Complainant states officers beat her up | 10/14/14 | G. Hill | Exonerated | Exonerated |
| d14-099 | 114 Cardinal St. | Hispanic | Female | 7/19/14 | Physical/Hands C | Sgt. Ambrose | Complainant states officers beat her up | | | Exonerated | |
| dPlEl#'14-10 | 114 Cardinal St. | Black | Male | 3/3/14 | Rudeness | Capt. Anthony | Officer became hostile and aggravated the situation. | | | | |
| dPlEl#'14-10 | 114 Cardinal St. | Black | Male | 3/3/14 | Rudeness | Capt. Anthony | Officer became hostile and aggravated the situation. | | | | |
| dPlEl#'14-10 | 114 Cardinal St. | Black | Male | 3/3/14 | Rudeness | Capt. Anthony | Officer became hostile and aggravated the situation. | | | | |

# 2014 CPHB Database

| Case | Address | Race | Gender | Type | Officer | Description | Date | Investigator | Finding 1 | Finding 2 | Finding 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| dPIE#14-10 | 114 Cardinal St. | Black | Male | 4/2/14 Rudeness | Capt. Anthony | Officers were rude and threatened to arrest him after repeated calls to his home regarding he and his mother not getting along. | 5/16/14 | A. Tranghese | Unfounded | Unfounded | |
| dPIE#14-10 | 114 Cardinal St. | Black | Male | 4/2/14 Rudeness | Capt. Anthony | Officers were rude and threatened to arrest him after repeated calls to his home regarding he and his mother not getting along. | 5/16/14 | A. Tranghese | Unfounded | | |
| dPIE#14-10 | 114 Cardinal St. | Black | Male | 4/2/14 Rudeness | Capt. Anthony | Officers were rude and threatened to arrest him after repeated calls to his home regarding he and his mother not getting along. | 5/16/14 | A. Tranghese | Unfounded | Unfounded | |
| PIE#14-10 | 114 Cardinal St. | Black | Male | 4/2/14 Rudeness | Capt. Anthony | Officers were rude and threatened to arrest him after repeated calls to his home regarding he and his mother not getting along. | 5/16/14 | A. Tranghese | Unfounded | Unfounded | |
| 14-105 | Well, ME | White | Male | 8/8/14 Rules & Regulations A | Sgt. Andrew | Invt. DUI arrest of officer. Hearing Waived. 5 day suspension per deputy Cheetham 3/27/15. | 10/31/14 | Tranghese | Sustained | Suspended | Suspended |
| 14-106 | Baystate Medical Center | White | Male | | Sgt. Pelchar | Complainant states officers did respond properly to his attempt to see the President of BMC. | 10/24/14 | R. Muise | Exonerated | Unfounded | |
| d14-106 | Baystate Medical Center | White | Male | | Sgt. Pelchar | Officers did not respond properly to his attempt to see BMC president. | 10/24/14 | R. Muise | | Unfounded | |
| d14-106 | Baystate Medical Center | White | Male | | Sgt. Pelchar | | 10/24/14 | R. Muise | Exonerated | | |
| PIE#14-11 | Summer Ave. | Hispanic | Male | 12/20/13 Rudeness | Sgt. Delaney | Complainant says officer wouldn't let him explain why he did not yield for an ambulance. | 5/16/14 | A. Tranghese | Exonerated | Exonerated | |
| 14-112 | 630 Main St | Hispanic | Male | Physical/Hands C | Sgt. Ambrose | Complainant reports that he was beaten up by the arresting officer and drugs were planted on him. | 11/7/14 | Muise | Exonerated | | |
| d14-112 | 630 Main St | Hispanic | Male | Physical/Hands C | Sgt. Ambrose | Complainant reports that he was beaten up by the arresting officer and drugs were planted on him. | | | | | |
| d14-112 | 630 Main St | Hispanic | Male | Physical/Hands C | Sgt. Ambrose | Complainant reports that he was beaten up by the arresting officer and drugs were planted on him. | 11/7/14 | Muise | Exonerated | | |
| PIE#14-12 | 38 Roosevelt Ter. | Black | Male | 2/9/14 Rudeness | Sgt. Strzempek | Complainant states officer harasses him by giving him parking tickets. | | | | | |

## 2014 CPHB Database

| ID | Location | Race | Gender | Date | Allegation | Officer | Description | Date | Reviewer | Finding | Finding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PIE#14-13 | Page Blvd. | White | Male | 3/25/14 Rudeness | | Capt. Duda | Complainant feels he was racially profiled because he is white; when he was pulled over and his car was ticketed and towed. | 5/16/14 | A. Tranghese | Unfounded | Unfounded |
| 14-130 | 130 Pearl St. | Hispanic | Female | | | Sgt. Andrew | Invst. Rpt. By Sgt. Albano that officer worked an unassigned detail. | 11/7/14 | Muise | Sustained | Retraining |
| 14-135 | Bay St. | Black | Male | Rules & Regulations C | | Sgt. Andrew | Officers stopped him and took his marijuana. An officer put the marijuana in his personal wallet and said he was going to smoke it later. | 11/5/14 | Circosta | Unfounded | Unfounded |
| 14-137 | | Black | Male | 9/5/14 | | Sgt. Andrew | Officer used physical force when it was not necessary. | 11/21/14 | Circosta | Unfounded | Not Sustained |
| PIE#14-14 | | | | | | | | | | | |
| PIE#14-14 | 130 Pearl St. | White | Female | 4/2/14 Rudeness | | Sgt. Witkowsky | Officer did not return her calls after leaving she left several messages on his voice mail. | 5/16/14 | A. Tranghese | Unfounded | Unfounded |
| 14-144 | | Black | Male | 9/4/14 Physical/Hands C | | Sgt. Pelchar | Representative from the handicapped organization reported that officers physically abused person while transferring him from BHN to hospital psych unit. | 11/21/14 | Circosta | Unfounded | Exonerated |
| d14-144 | | Black | Male | 9/4/14 Physical/Hands C | | Sgt. Pelchar | Representative from the handicapped organization reported that officers physically abused person while transferring him from BHN to hospital psych unit. | | | | |
| 14-146 | 41 Milford St. | Hispanic | Male | Physical/Hands C | | Sgt. Pelchar | | 12/5/14 | Tranghese | Exonerated | Not Sustained |
| PIE#14-15 | Allen Park Rd. | White | Male | 4/23/14 | | Capt. Duda | Officer disagreed with supervisor and construction foreman and wanted job shut down | | | | Retraining |
| 14-151 | Forest Park Middle School | | Female | 10/2/14 Physical/Hands C | | Sgt. Pelchar | Mother complains that officer slapped her daughter in the face and threatened to mace her daughter. | 12/18/14 | Jackson | Exonerated | Exonerated |
| 14-157 | 22 Phillips St. | White | Male | Rules & Regulations A | | Sgt Pelchar | Investigate Arrest #14-3281-AR | 1/6/15 | R. Muise | Exonerated | Exonerated |
| PIE#14-16 | Springfield | Black | Male | 10/7/08 Rudeness | | Capt. Brown | Complainant sent a letter from jail regarding a 2008 case he felt was mishandled. | 5/16/14 | A. Tranghese | Unfounded | Unfounded |
| 14-160 | McDonalds | Hispanic | Male | 8/5/14 Rules & Regulations C | | Sgt. Pelchar | Complainant states a police report was not done on an assault against him at McDonalds. He feels officers did not write a report because complainant is Hispanic. Confirmation of retraining received from Cpt. Strzempek 12/20/14. | 12/5/14 | Tranghese | Sustained/Retraining | Retraining |

# 2014 CPHB Database

| Case | Location | Race | Gender | Date | Type | Officer | Description | Inv. Date | Investigator | Finding 1 | Finding 2 | Extra |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| d14-160 | McDonalds | Hispanic | Male | 8/5/14 | Rules & Regulations C | Sgt. Pelchar | Complainant states a police report was not done on an assault against him at McDonalds. He feels officers did not write a report because complainant is Hispanic. Confirmation of retraining received from Capt. Strzempek 12/20/14. | | | Retraining | Retraining | |
| 14-169 | 1170 Carew St. | Hispanic | Female | | Physical/Hands C | Sgt. Ambrose | Complainant states her 13 year old daughter was thrown again the car and her cell phone was broken by a police officer when she refused to wear a seat belt on the mini school bus. | 1/15/15 | Tranghese | Unfounded | Unfounded | |
| PIE#14-17 | 52 Milton St. | White | Female | 4/28/14 | Rudeness | Capt. Kastrinakis | Complainant states officers falsified a police report about her boyfriend damaging her lap top after being called to her home for a domestic. She says that information is incorrect and that her dog damaged the lap top and she wants it returned to her. | 7/18/14 | S. Circosta | Unfounded | Unfounded | |
| 14-174 | 29 Spring St. | | | | | Sgt. Pelcher | Invst. Email involving juvenile court probation. | 1/15/15 | Tranghese | Exonerated | Exonerated | |
| d14-174 | 29 Spring St. | | | | | Sgt. Pelcher | Invst. Email involving juvenile court probation. | 1/15/15 | Tranghese | Exonerated | Exonerated | |
| d14-174 | 29 Spring St. | | | | | Sgt. Pelcher | Invst. Email involving juvenile court probation. | 1/15/15 | Tranghese | Exonerated | Exonerated | |
| d14-174 | 29 Spring St. | | | | | Sgt. Pelcher | Invst. Email involving juvenile court probation. | 1/15/15 | Tranghese | Exonerated | Exonerated | |
| 14-175 | 19 Ripley St. Wilbraham | White | Male | 11/19/14 | Criminal A | Sgt. Ambrose | Off. arrested for domestic assault and battery. 2/17/15 per Capt. Brown: hearing, 90 Day Letter. Hearing scheduled 4/7/15. Final disposition, Not Sustained. | 1/22/15 | Hill | Sustained | Not Sustained | |
| 14-177 | 67 Maynard St. | White | Male | | Physical/Hands C | Sgt. Ambrose | Officers used unnecessary physical force. | 1/22/15 | Hill | Unfounded | Not Sustained | |
| d14-177 | 67 Maynard St. | White | Male | | Physical/Hands C | Sgt. Ambrose | Officers used unnecessary physical force. | | | | Not Sustained | |
| 14-178 | 134 Wachusett St. | White | Male | 11/13/14 | Rudeness | Sgt. Andrew | Officer verbally taunted the complainant and stared him down. Commissioner ordered a hearing. Hearing held 3/19/15.   10 day suspension. Suspension letter delivered 3/27 Sgt. Pelchar. | 1/15/15 | Tranghese | Sustained | Suspended | Suspended |
| PIE#14-18 | 28 Brookline Ave. | Hispanic | Female | 4/27/14 | Rudeness | Capt. Kastrinakis | Complainant states officer was rude and yelled at her as officers were removing guns from her home. | 7/18/14 | S. Circosta | Unfounded | Unfounded | |

# 2014 CPHB Database

| Case # | Address | Race | Gender | Date | Violation | Officer | Narrative | Review Date | Reviewer | Sustained | Written Reprimand | Written Reprimand |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14-180 | 130 Pearl St. | White | Female | 11/21/14 | Rules & Regulations A | Sgt. Ambrose | Invst. Rpt by Lt. Hufnagel regarding employee using department address envelope and postage for personal mail. | 1/22/15 | Hill | Sustained | Written Reprimand | Written Reprimand |
| 14-182 | 612 White St. | Black | Male | 11/4/14 | Physical/Hands C | Sgt. Pelchar 11/04 | Complainant told Lt. that two officers had stopped him in front of his home, threw him to the ground, stole his weed and his cash and told him to "beat it." | 1/15/15 | Tranghese | Unfounded | Unfounded | |
| d14-182 | 612 White St. | | | 11/4/14 | Physical/Hands C | Sgt. Pelchar 11/04 | Complainant told Lt. that two officers had stopped him in front of his home, threw him to the ground, stole his weed and his cash and told him to "beat it." | | | | Unfounded | |
| 14-184 | Unknown | | | 7/1/14 | Rules & Regulations A | Sgt. Andrew | Lt. viewed a video entitled Worth Ent-Feed My Dawgz, which talked about drugs, respect and the "block," W for Worthington St. or Worthy. Lt. Charest saw a man that appeared to be probationary Officer . | | | | Relief of investigation | |
| 14-185 | 1496 Parker St. | White | Male | 11/12/14 | Rules & Regulations A | Sgt. Ambrose | Lt.s personal vehicle with a revoked registration was parked in the Worthington St. parking lot. Lt. used the vehicle assigned to Uniform Division for extra details for his personal use without permission. Lt. Martin observed the SPD vehicle parked in Lt.s driveway. | | | | Written Reprimand | Written Reprimand |
| 14-189 | South Hadley | White | Female | | Rules & Regulations A | Sgt. Pelchar | Invst. Rpt. Authored by Capt. Rosso regarding Officer | 1/22/15 | Hill | Sustained | Not Sustained | |
| PIE14-19 | Allen St. | Black | Female | 5/6/14 | Rudeness | Lt. Strzempek | Complainant feels Officer was rude while directing traffic at a construction site. | 6/6/14 | A. Tranghese | Exonerated | Retraining | |
| 14-190 | | | | | | | | | | | | |
| 14-190 | 130 Pearl St. | Unknown | Unknown | | Rules & Regulations A | Sgt. Ambrose | report stating that a collection jar for the Alzheimer's Association was missing from the clerks office. Unknown amount of money in jar. | | | | Not Sustained | |
| 14-191 | 130 Pearl St. | Hispanic | Male | 12/9/14 | Rules & Regulations A | Sgt. Pelchar | Investigate possible violation of Rules and Regulations. | | | | | |
| 14-194 | Unknown | Hispanic | Female | 12/6/14 | Physical/Hands C | Sgt. Andrew | Complainant reports officer choked her and threw her down. | 2/26/15 | Muise | | Unfounded | |
| d14-194 | Unknown | Hispanic | Female | 12/6/14 | Physical/Hands C | Sgt. Andrew | Complainant reports officer choked her and threw her down. | | | | Unfounded | |
| 14-196 | 1171 Main St. | Black | Male | 12/14/14 | Physical/Hands A | Sgt. Ambrose | Invst. Injuries to prisoner. | 1/30/15 | CIRCOSTA | EXONERATED | Exonerated | |
| d14-196 | 1171 Main St. | Black | Male | 12/14/14 | Physical/Hands A | Sgt. Ambrose | Invst. Injuries to prisoner. | 1/30/15 | CIRCOSTA | EXONERATED | Exonerated | |

# 2014 CPHB Database

| ID | Address | Race | Date/Type | Officer | Complaint | Date | Investigator | Disposition | Disposition |
|---|---|---|---|---|---|---|---|---|---|
| d14-196 | 1171 Main St. | Black | 12/14/14 Physical/Hands A | Sgt. Ambrose | Invst. Injuries to prisoner. | 1/30/15 | CIRCOSTA | EXONERATED | Exonerated |
| d14-196 | 1171 Main St. | Black | 12/14/14 Physical/Hands A | Sgt. Ambrose | Invst. Injuries to prisoner. | 1/30/15 | CIRCOSTA | EXONERATED | Exonerated |
| 14-197 | 19 Salem St. | Hispanic | 8/2/14 Physical/Hands C | Sgt. Ambrose | Officers physically abused him at the time of his arrest. Complaint received on 12/14/14. | 3/6/15 | Hill | Exonerated | |
| d14-197 | 19 Salem St. | Hispanic | 8/2/14 Physical/Hands C | Sgt. Ambrose | Officers physically abused him at the time of his arrest. | | | | |
| d14-197 | 19 Salem St. | Hispanic | 8/2/14 Physical/Hands C | Sgt. Ambrose | Officers physically abused him at the time of his arrest.   Complaint received 12/19/14. | | | | |
| d14-197 | 19 Salem St. | Hispanic | 8/2/14 Physical/Hands C | Sgt. Ambrose | Officers physically abused him at the time of his arrest.   Complaint received on 12/14/14. | 3/6/15 | Hill | Exonerated | |
| d14-197 | 19 Salem St. | Hispanic | 8/2/14 Physical/Hands C | Sgt. Ambrose | Officers physically abused him at the time of his arrest. Complaint received on 12/14/14. | 3/6/15 | Hill | Exonerated | |
| d14-197 | 19 Salem St. | Hispanic | 8/2/14 Physical/Hands C | Sgt. Ambrose | Officers physically abused him at the time of his arrest. Complaint received on 12/14/14. | 3/6/15 | Hill | Exonerated | |
| d14-197 | 19 Salem St. | Hispanic | 8/2/14 Physical/Hands C | Sgt. Ambrose | Officers physically abused him at the time of his arrest.   Complaint received 12/19/14. | | | | |
| d14-197 | 19 Salem St. | Hispanic | 8/2/14 Physical/Hands C | Sgt. Ambrose | Officers physically abused him at the time of his arrest. Complaint received on 12/14/14. | 3/6/15 | Hill | Exonerated | |
| dPIEH14-20 | 38 Ozark St | Hispanic | 5/9/14 Rudeness | Capt. Duda | Officer told her there was nothing could do for her after she reported her home being broken into. They advised her to have landlord get a tresspassing order against suspect. | 7/7/14 | C. Berry, R. Muise | Unfounded | |
| dPIEH14-20 | 38 Ozark St | Hispanic | 5/9/14 Rudeness | Capt. Duda | Officer told her there was nothing could do for her after she reported her home being broken into. They advised her to have landlord get a tresspassing order against suspect. | 7/7/14 | C. Berry, R. Muise | Unfounded | |

# 2014 CPHB Database

| ID | Address | Race | Gender | Date/Type | Supervisor | Description | Date | Officer | Finding 1 | Finding 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| PIE#14-20 | 38 Ozark St | Hispanic | Female | 5/9/14 Rudeness | Capt. Duda | Officer told her there was nothing he could do for her after she reported her home being broken into. They advised her to have landlord get a trespassing order against suspect. | 7/7/14 | C. Berry, R. Muise | Unfounded | Unfounded |
| 14-200 | 130 Pearl St. | Black | Female | 12/22/14 Physical/Hands A | Sgt. Andrew | Invst. Arrest #14-4038-Ar of Latasha Lee | 2/26/15 | Muise | Unfounded | Exonerated |
| d14-200 | 130 Pearl St. | Black | Female | 12/22/14 Physical/Hands A | Sgt. Andrew | Invst. Arrest #14-4038-AR | 2/26/15 | Muise | Unfounded | Exonerated |
| d14-200 | 130 Pearl St. | Black | Female | 12/22/14 Physical/Hands A | Sgt. Andrew | Invst. Arrest #14-4038-AR | 2/26/15 | Muise | Unfounded | Exonerated |
| d14-200 | 130 Pearl St. | Black | Female | 12/22/14 Physical/Hands A | Sgt. Andrew | Invst. Arrest #14-4038-AR | 2/26/15 | Muise | Unfounded | Exonerated |
| d14-200 | 130 Pearl St. | Black | Female | 12/22/14 Physical/Hands A | Sgt. Andrew | Invst. Arrest #14-4038-AR | 2/26/15 | Muise | Unfounded | Exonerated |
| 14-201 | | Hispanic | Male | 11/6/14 Physical/Hands C | Sgt. Ambrose | Officers hit and kicked him. | 1/30/15 | CIRCOSTA | EXONERATED | Exonerated |
| d14-201 | | Hispanic | Male | 11/6/14 Physical/Hands C | Sgt. Ambrose | Officers hit and kicked him. | 1/30/15 | CIRCOSTA | EXONERATED | Exonerated |
| PIE#14-22 | 225 Boston Rd | Hispanic | Male | 5/16/14 Rudeness | Capt. Duda | Officers were rude when arresting his neighbor. | 9/11/14 | A. Tranghese | Exonerated | Exonerated |
| PIE#14-23 | Mill St. | Black | Male | 5/21/14 Rudeness | Capt. Anthony | Officers were rude to complainant at a traffic stop. | 7/7/14 | C. Berry, R. Muise | Unfounded | Unfounded |
| PIE#14-24 | Ashley St. | Hispanic | Male | 4/4/14 Rules & Regulations C | Capt. Kastrinakis | Complainant does not agree with accident report. | 7/7/14 | C. Berry, R. Muise | Unfounded | Unfounded |
| PIE#14-25 | Washington St. | White | Male | 6/12/14 Rudeness | Lt. Gagnon | Complainant was walking his dog outside the school and the officer asked him not to walk his dog on the sidewalk and swore at complainant. | 7/18/14 | S. Circosta | Unfounded | Unfounded |
| PIE#14-26 | 56 Windsor St. | Black | Female | Rudeness | Capt. Dexheimer | Complainant feels officers took the side of the wrong person. | 7/18/14 | S. Circosta | Not Sustained | Not Sustained |
| PIE#14-27 | 53 Orchard St. | Hispanic | Female | 6/18/14 Rudeness | Capt. Duda | Officer was rude and hostile | 7/29/14 | G. Hill | Unfounded | Unfounded |
| PIE#14-28 | 37 Wilcox St. | Unknown | Female | 6/20/14 Rudeness | Capt. Duda | Officer seemed indifferent to her situation. | | | | |
| PIE#14-28 | | | Female | 6/20/14 Rudeness | Capt. Duda | Complainant feels officer does not do enough about her neighbor's behavior. | 8/1/14 | Tranghese | Exonerated | Not Sustained |
| PIE#14-29 | E. Columbus Ave. | Hispanic | Female | | Sgt. Wyszynski | Complainant reported that she did not like the fact that an officer made her friend go back and pick up the litter she threw out her car window. | 8/21/14 | C. Berry | Not Sustained | Not Sustained |
| dPIE#14-30 | Worthington St. | White | Female | 7/3/14 Rules & Regulations C | Capt. Strzempek | Complainant reports there was no report taken by officers regarding her being assaulted. | 7/29/14 | G. Hill | Unfounded | Unfounded |
| PIE#14-30 | Worthington St. | White | Female | 7/3/14 Rules & Regulations C | Capt. Strzempek | Complainant reports there was no report taken by officers regarding her being assaulted. | 7/29/14 | G. Hill | Unfounded | Unfounded |
| PIE#14-31 | 86 Clantoy St. | Asian | Female | 7/10/14 Rudeness | Capt. Collins | Officer was rude when complainant called requesting help from the narcotics unit regarding tenants. | | | | Unfounded |

# 2014 CPHB Database

| Case ID | Address | Race | Gender | Date | Allegation | Officer | Description | Date | Investigator | Disposition 1 | Disposition 2 | Disposition 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PIEH14-32 | Elliot St. | Black | Male | 7/13/14 | Rudeness | Capt. Strzempek | Officer wrote him a ticket for Revoked Registration, Uninsured vehicle and Expired inspection sticker; towed his vehicle and made him walk home. | 8/8/14 | C. Jackson | Exonerated | Unfounded | |
| PIEH14-33 | 1000 Wilbraham Rd. | Unknown | Unknown | | Rudeness | Capt. Dexheimer | Invt. Letter sent from "Concerned Citizens" regarding officer. | 9/11/14 | A. Tranghese | Exonerated | | |
| PIEH14-34 | State St. | Hispanic | Male | 7/12/14 | Rudeness | Sgt. Wyszynski | Complainant states officer didn't listen to his side of the story. | 9/11/14 | A. Tranghese | Exonerated | Exonerated | |
| dPIEH14-35 | 271 Connecticut Ave | White | Female | 7/18/14 | Rules & Regulations C | Capt. Duda | Police never responded to her two 911 calls for a disturbance in neighborhood. | | | | | |
| PIEH14-35 | 271 Connecticut Ave | White | Female | 7/18/14 | Rules & Regulations C | Capt. Duda | Police never responded to her two 911 calls for a disturbance in neighborhood. | 10/3/14 | Circosta | Unfounded | Unfounded | |
| dPIEH14-36 | | Black | Female | 7/31/14 | Rudeness | Capt. Rosso | Officers were shrewd, disrespectful and unusefull. | | | | Unfounded | |
| PIEH14-36 | | Black | Female | 7/31/14 | Rudeness | Capt. Rosso | Officers were shrewd, disrespectful and unusefull. | 10/3/14 | Circosta | Unfounded | Unfounded | |
| PIEH14-37 | | White | Female | 7/24/14 | Rudeness | Capt. Rosso | Officer kept trying to have a conversation with complainant and wanted her phone number. 8/31/14 retraining by Capt. Rosso | 10/3/14 | Circosta | Sustained | Retraining | |
| PIEH14-38 | Clarendon St. | Black | Male | 8/2/14 | Rules & Regulations C | Sgt. Wyszynski | Complainant states officer did not ticket the other driver for reckless or careless driving. | 10/14/14 | G. Hill | Unfounded | Unfounded | |
| PIEH14-39 | 85 Northampton Ave. | White | Female | 8/4/14 | Rudeness | Capt. Rosso | Officer was rude and unprofessional and didn't take a report. | 10/3/14 | Circosta | Unfounded | Unfounded | |
| PIEH14-40 | 327 Greenway Dr. | Black | Male | 8/6/14 | Rudeness | Capt. Duda | Cops didn't talk to the right person and they took his blade. | 10/3/14 | Circosta | Unfounded | Unfounded | |
| PIEH14-41 | Plainfield St. | Hispanic | Male | 8/11/14 | Rudeness | Capt. Strzempek | Complainant feels officer harasses him. | 10/3/14 | Circosta | Unfounded | Unfounded | |
| PIEH14-42 | Eastfield Mall | White | Female | 8/14/14 | Rules & Regulations C | Capt. Rosso | Mall manager reports delayed response to call of an assault at the mall. | 10/3/14 | Circosta | Exonerated | Exonerated | |
| dPIEH14-43 | 70 Tapley St. | White | Male | 8/25/14 | Rules & Regulations A | Sgt. John Delaney | Officer reported being injured by Officer's K9. | | | | Verbal Reprimand | Verbal Reprimand |
| dPIEH14-43 | 70 Tapley St. | White | Male | 8/25/14 | Rules & Regulations A | Sgt. John Delaney | Officer reported being injured by Officer's K9. Capt. R. Strzempek retrained officer on 12/7/14. | | | | Retraining | Verbal Reprimand |
| PIEH14-43 | 70 Tapley St. | White | Male | 8/25/14 | Rules & Regulations A | Sgt. John Delaney | Officer reported being injured by Officer's K9. Capt. Strzempek retrained Off. on 12/14/14. | | | | Written Reprimand | Written rep, and reassignment |
| dPIEH14-44 | 4 St. James Cir. | Hispanic | Male | 8/16/14 | Rudeness | Capt. Strzempek | Complainant feels he was issued an undeserved traffic citation. | 10/3/14 | Circosta | Unfounded | Unfounded | |

# 2014 CPHB Database

| ID | Address | Ethnicity | Gender | Date | Allegation | Officer | Description | Date | Reviewer | Disposition | Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| dPIE#14-44 | 4 St. James Cir. | Hispanic | Male | 8/16/14 | Rudeness | Capt. Strzempek | Complainant feels he was issued an undeserved traffic citation. | 10/3/14 | Circosta | Unfounded | Unfounded |
| dPIE#14-44 | 4 St. James Cir. | Hispanic | Male | 8/16/14 | Rudeness | Capt. Strzempek | Complainant feels he was issued an undeserved traffic citation. | 10/3/14 | Circosta | Unfounded | Unfounded |
| PIE#14-44 | 4 St. James Cir. | Hispanic | Male | 8/16/14 | Rudeness | Capt. Strzempek | Complainant feels he was issued an undeserved traffic citation. | 10/3/14 | Circosta | Unfounded | Unfounded |
| PIE#14-45 | | | Female | 9/14/14 | Rudeness | Bobianski | Officer was rude and issued her a citation. | 10/17/14 | Tranghese | Exonerated | Exonerated |
| PIE#14-46 | Sci-Tech | Hispanic | Male | 8/27/14 | Physical/Hands C | Lt. Bobianski | The female officer forced him to get a salad with his lunch and very roughly took his lunch from him, in doing so scratched his hand. | 10/17/14 | Tranghese | Unfounded | Unfounded |
| PIE#14-47 | 130 Maple St. | White | Male | | Rudeness | Capt. Trites | attorney felt he was lied to and "jerked around by members of the DB. | 10/3/14 | Circosta | Sustained | Retraining |
| PIE#14-48 | 57 Virginia St. | Black | Female | 8/12/14 | Rules & Regulations C | Capt. Duda | Officers entered her home without her permission or a warrant. | 10/3/14 | Circosta | Unfounded | Exonerated |
| dPIE#14-49 | | Unknown | Female | | Rudeness | Capt. Rosso | Complainant states officers did not handle the situation properly | | | | |
| PIE#14-49 | Unknown | Hispanic | | 8/12/14 | Rudeness | Capt. Kastrinakis | Complainant reported his car stolen on 8/12/14. He called records everyday thereafter and was told it had not been recovered. Then he found out it had be recovered on 8/15/14, but he was never informed. He does not feel he should have to pay storage charges. Officer and cadet retrained by Sgt. Witkowsky 10/22/14. | 11/7/14 | R. Muise | Sustained | Retraining |
| PIE#14-50 | 130 Pearl St. | Black | Female | 8/27/14 | Rules & Regulations A | Deputy Cheetham | Deputy Cheetham wrote a report regarding civilian conduct within her office at SPD. | | | | Retraining |
| PIE#14-51 | Walnut St. | White | Male | 8/28/14 | Rudeness | Capt. Rosso | Complainant states officer was rude, swore at him and watch commander was not helpful. | 10/31/14 | Tranghese | Unfounded | Unfounded |
| PIE#14-52 | | White | Female | | Rudeness | Capt. Duda | | 12/5/14 | Tranghese | Unfounded | Unfounded |

# 2014 CPHB Database

| Case ID | Address | Race | Gender | Date / Category | Category | Class | Officer | Complaint | Date | Investigator | Finding | Finding |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PIE#14-52 | 141 Aldrew Ter. | | | | | | Capt. Duda | Complainant reports that people in her house are able to leave their human body into a spirit one and they have stolen her belongings but police didn't respond as she thought they should make a surprise visit with a K9 to chase out the spirits. Officers have called for an ambulance and sent her to the hospital. | | | | |
| PIE#14-53 | Main St. | White | Male | 9/13/14 Rudeness | Rudeness | | Sgt. Wyszynski | Complainant feels officer did not write an accurate accident report. | 10/14/14 | G. Hill | Unfounded | Unfounded |
| PIE#14-54 | H C Hall of Justice | Asian | Female | 8/29/14 Rudeness | Rudeness | | Capt. Rosso | Officer would not give complainant his full name and badge number. | 10/31/14 | Tranghese | Unfounded | Unfounded |
| dPIE#14-55 | 38 Louis Rd. | White | Male | 8/16/14 Rules & Regulations C | | | Capt. Collins | Officers entered his home without a warrant. | | | | |
| dPIE#14-55 | 38 Louis Rd. | White | Male | 8/16/14 Rules & Regulations C | | | Capt. Collins | Complainant reports narcotics officers broke his door and did not properly secure it before they took him to 130 Pearl. Coincidentally, his home was robbed. | | | | |
| dPIE#14-55 | 38 Louis Rd. | White | Male | 8/16/14 Rules & Regulations C | | | Capt. Collins | Complainant reports narcotics officers broke his door and did not properly secure it before they took him to 130 Pearl. Coincidentally, his home was robbed. | | | | |
| dPIE#14-55 | 38 Louis Rd. | White | Male | 8/16/14 Rules & Regulations C | | | Capt. Collins | Complainant reports narcotics officers broke his door and did not properly secure it before they took him to 130 Pearl. Coincidentally, his home was robbed. | | | | |
| dPIE#14-55 | 38 Louis Rd. | White | Male | 8/16/14 Rules & Regulations C | | | Capt. Collins | Complainant reports narcotics officers broke his door and did not properly secure it before they took him to 130 Pearl. Coincidentally, his home was robbed. | | | | |
| dPIE#14-55 | 38 Louis Rd. | White | Male | 8/16/14 Rules & Regulations C | | | Capt. Collins | Complainant reports narcotics officers broke his door and did not properly secure it before they took him to 130 Pearl. Coincidentally, his home was robbed. | | | | |
| dPIE#14-55 | 38 Louis Rd. | White | Male | 8/16/14 Rules & Regulations C | | | Capt. Collins | Complainant reports narcotics officers broke his door and did not properly secure it before they took him to 130 Pearl. Coincidentally, his home was robbed. | 10/24/14 | R. Muise | Exonerated | |
| dPIE#14-55 | 38 Louis Rd. | White | Male | 8/16/14 Rules & Regulations C | | | Capt. Collins | Complainant reports narcotics officers broke his door and did not properly secure it before they took him to 130 Pearl. Coincidentally, his home was robbed. | | | | |

## 2014 CPHB Database

| Complaint # | Address | Race | Sex | Date | Category | Captain | Description | Date | Officer | Disposition | Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| dP#14-55 | 38 Louis Rd. | White | Male | 8/16/14 | Rules & Regulations C | Capt. Collins | Officers entered his home without a warrant. | | | | |
| dP#14-55 | 38 Louis Rd. | White | Male | 8/16/14 | Rules & Regulations C | Capt. Collins | Complaint reports narcotics officers broke his door and did not properly secure it before they took him to 130 Pearl. Conincidentally, his home was robbed. | | | | |
| dP#14-55 | 38 Louis Rd. | White | Male | 8/16/14 | Rules & Regulations C | Capt. Collins | Officers entered his home without a warrant. | | | | |
| P#14-55 | 38 Louis Rd. | White | Male | 8/16/14 | Rules & Regulations C | Capt. Collins | Complaint reports narcotics officers broke his door and did not properly secure it before they took him to 130 Pearl. Conincidentally, his home was robbed. | 10/24/14 | R. Muise | Exonerated | Exonerated |
| P#14-56 | 38 Louis Rd. | Black | Male | 10/2/14 | Rules & Regulations C | Captain Clapprod | Complainant states that officer always intervenes when complainant files a complaint against his neighbors because officer and neighbors are good friends. Complainant states, officer "don't like black people." | | | | Unfounded |
| dP#14-57 | 115 Ranney St. | Black | Male | 8/30/14 | Rudeness | Capt. Strzempek | Officer arrested him following a domestic dispute even though his wife said he did not put his hands on her. | 11/7/14 | Muise | Exonerated | Exonerated |
| P#14-57 | 115 Ranney St. | Black | Male | 8/30/14 | Rudeness | Capt. Strzempek | Officer arrested him following a domestic dispute even though his wife said he did not put his hands on her. | 11/7/14 | Muise | Exonerated | |
| P#14-58 | Roosevelt Ave. | Black | Male | 10/3/14 | Rudeness | Capt. Duda | Complainant feels officer should have issued her a ticket at the time of the incident, not in the mall. | 11/7/14 | Muise | Exonerated | Exonerated |
| dP#14-59 | 1655 Main St. | Black | Male | 10/18/14 | Physical/Hands C | Capt. Rosso | Complainant was waiting in front of bus station when officer told him to move. Second officer arrived and assaulted complainant. | 12/5/14 | Tranghese | Exonerated | Exonerated |
| P#14-59 | 1655 Main St. | Black | Male | 10/18/14 | Physical/Hands C | Capt. Rosso | Complainant was waiting in front of bus station when officer told him to move. Second officer arrived and assaulted complainant. | 12/5/14 | Tranghese | Exonerated | Exonerated |
| dP#14-60 | 48 Rochelle St. | White | Female | 10/20/14 | Rudeness | Capt. Duda | Officers did not arrest the person who had entered her home and she didn't want him there. | 11/21/14 | Circosta | Unfounded | |
| P#14-60 | 48 Rochelle St. | White | Female | 10/20/14 | Rudeness | Capt. Duda | Officers did not arrest the person who had entered her home and she didn't want him there. | 11/21/14 | Circosta | Unfounded | Unfounded |

# 2014 CPHB Database

| Case | Address | | | Date | Allegation | Officer | Description | Date | Investigator | Finding | Finding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| dPIE#14-61 | Bay Sy. | Hispanic | Female | 10/18/14 | Rudeness | Capt. Rosso | Officer was not willing to listen to her side of the story regarding an auto accident. | 11/7/14 | R. Muise | Exonerated | |
| dPIE#14-61 | Bay Sy. | Hispanic | Female | 10/18/14 | Rudeness | Capt. Rosso | Officer was not willing to listen to her side of the story regarding an auto accident. | | | | |
| PIE#14-61 | Bay Sy. | Hispanic | Female | 10/18/14 | Rudeness | Capt. Rosso | Officer was not willing to listen to her side of the story regarding an auto accident. | 11/7/14 | R. Muise | Exonerated | Exonerated |
| PIE#14-62 | | | | | | Dep. Cochrane | Three day suspension. | | | | Suspended |
| dPIE#14-63 | 36 Stockman St. | White | Male | 3/14/13 | Rudeness | Capt. Rosso | Officers acted prejudicially during his eviction. | 12/5/14 | Tranghese | Exonerated | |
| dPIE#14-63 | 36 Stockman St. | White | Male | 3/14/13 | Rudeness | Capt. Rosso | Officers acted prejudicially during his eviction. | 12/5/14 | Tranghese | Exonerated | |
| PIE#14-63 | 36 Stockman St. | White | Male | 3/14/13 | Rudeness | Capt. Rosso | Officers acted prejudicially during his eviction. | 12/5/14 | Tranghese | Exonerated | |
| PIE#14-64 | Longmeadow | White | Female | 10/28/14 | Rudeness | Lt. Bobianski | Neighbor does not want Off. Slattery or his wife to walk their dog on her side of the street. COMMISSIONER BARBIERI ORDERED THIS PIE NOT SUFFICIENT TO THE LEVEL OF CONDUCT MEETING AN IIU OR PIE INVESTIGATION.  NO FURTHER ACTION. | | | | Unfounded |
| PIE#14-65 | 309 Sumner Ave. | White | Female | 10/15/14 | Rudeness | Sgt. Wysynski | Officer was rude when he gave her a traffic warning. | 1/22/15 | Hill | Unfounded | Unfounded |
| dPIE#14-66 | 130 Pearl St. | Hispanic | Female | 11/5/14 | Rules & Regulations A | Sgt. Tarpey | Sgt. Tarpey investigated the whereabouts of a reported necklace allegedly not returned to prisoner.  Necklace had actually been pawned by complainants husband. | 11/21/14 | Circosta | Unfounded | Unfounded |
| PIE#14-66 | 130 Pearl St. | Hispanic | Female | 11/5/14 | Rules & Regulations A | Sgt. Tarpey | Sgt. Tarpey investigated the whereabouts of a reported necklace allegedly not returned to prisoner.  Necklace had actually been pawned by complainants husband. | 11/21/14 | Circosta | Unfounded | Unfounded |
| PIE#14-67 | Arvilla St. | White | Male | 11/29/14 | Rules & Regulations C | Capt. Strzempek | Complainant reports that officer improperly gave away a star wrench which the complainant claims was his property. | 1/15/15 | Tranghese | Unfounded | Unfounded |
| PIE#14-69 | 130 Pearl St. | Hispanic | Female | | Rules & Regulations C | Capt. Rosso | Complainant states officer abuses his power to obtain information about her family members and harasses them. Written Rep. 2/10/15. | 1/30/15 | Circosta | Sustained | Written Reprimand |
| PIE#14-69 | | | | | | | | | | | |
| PIE#14-70 | 278 Edendale St. | White | Male | 12/8/14 | Rudeness | Sgt. Delaney | Complainant is angry that he got a Municipal Citation for leaves not picked up on his property. | 1/30/15 | Circosta | Exonerated | |

# 2014 CPHB Database

| ID | Address | Race | Sex | Date | Type | Officer | Complaint | | | Date | Investigator | | Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| dPIE#14-71 | 927 Worthington St. | Hispanic | Female | 11/27/14 | Rudeness | Capt. Rosso | Complainant feels officers didn't listen to her side of the story. And did not bring an interpreter as she requested because she is deaf. Capt. Rosso retrained all officers. | | | | | | |
| dPIE#14-71 | 927 Worthington St. | Hispanic | Female | 11/27/14 | Rudeness | Capt. Rosso | Complainant feels officers didn't listen to her side of the story. And did not bring an interpreter as she requested because she is deaf. Capt. Rosso retrained all officers. | | | | | | |
| dPIE#14-71 | 927 Worthington St. | Hispanic | Female | 11/27/14 | Rudeness | Capt. Rosso | Complainant feels officers didn't listen to her side of the story. And did not bring an interpreter as she requested because she is deaf. Capt. Rosso retrained all officers. | | | | | | |
| PIE#14-71 | 927 Worthington St. | Hispanic | Female | 11/27/14 | Rudeness | Capt. Rosso | Complainant feels officers didn't listen to her side of the story. And did not bring an interpreter as she requested because she is deaf. Capt. Rosso retrained all officers. | | | | | | |
| PIE#14-72 | Unknown | White | Female | 12/19/14 | Rudeness | Capt. Duda | Complainant wrote a letter to the editor regarding being stopped and questioned regarding her handicapped plate. | | | 2/26/15 | Muise | | Exonerated |

# APPENDIX 2

# 2015 DATA

# 2015 CPHB Database

Page 1 of 16

| Date Reviewed | Reviewed By | Incident Date | AO Number | CC Number | Race | Male/Female | Location of Incident | Summary | Board Discipline | Final Disposition |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/26/15 | Muise | 4/23/2014 | PIE#15-01 | 1 | Black | Female | 134 Robert Dyer Cir | Officer didn't speak to her regarding her being attacked by a neighbor and left her baby and 5 year old in the house by themselves while they questioned the babysitters. | Unfounded | Exonerated |
| 3/13/15 | C. Berry | 12/27/2014 | 15-017 | 15-01 | Hispanic | Female | 24 Wilcox St. | Complaint reports that officers used both physical force by hand and with OC Spray when they arrested her boyfriend. | Not Sustained | Exonerated |
| 3/6/15 | Hill | 12/31/2014 | PIE#15-02 | 2 | Black | Female | Sparky Gas Station | Officer badge #XX was rude to her. Officer YY was nice but Off. XX was very rude. | Sustained on Off. Tyler. Off. Diaz was nice. | Unfounded |
| 3/6/15 | Hill | 12/31/2014 | dpie#15-02 | 2 | Black | Female | Sparky Gas Station | Officer badge #XX was rude to her. Officer YY was nice but Off. XX was very rude. | Sustained on Off. Tyler. Off. Diaz was nice. | Unfounded |
| | | 2/4/2015 | 15-024 | ADMIN | Hispanic | Male | 130 Pearl St. | Invst. Missing money. Sent to Capt. Duda per Sgt. Ambrose. | ADMIN | Exonerated |
| | | 2/4/2015 | 15-025 | ADMIN | White | Male | 130 Pearl St. | Invst. Rpt. By Off. Regarding sick time | ADMIN | Exonerated |
| 3/16/05 | HILL | 1/12/2015 | dPIE#15-03 | 3 | Black | Female | Main Post Office | Complainant feels officer should have made a man move out of a handicap spot so she could park there. | UNFOUNDED | Unfounded |
| 3/6/15 | Hill | 1/13/2015 | PIE#15-03 | 3 | Black | Female | Liberty St. Post Office | Officer was rude and wouldn't make another handicapped subject move out of a handicap parking space so complainant could park there. | Unfounded | Unfounded |
| 3/6/15 | Hill | 1/13/2015 | dPIE#15-03 | 3 | Black | Female | Liberty St. Post Office | Officer was rude and wouldn't move out of handicap parking space so complainant could park there. | Unfounded | |
| | | 2/19/2015 | 15-031 | ADMIN | Hispanic | Male | Hampden St | Invst. Rpt. By Capt. Strzempek regarding towed cruiser. Sent to Capt. Strzempek per Sgt. Ambrose | ADMIN | Exonerated |

# 2015 CPHB Database

| Date | Officer | Date | Case ID | Unit | Race | Gender | Location | Description | Finding | Disposition |
|---|---|---|---|---|---|---|---|---|---|---|
| | ADMIN | | 15-038 | ADMIN | White | Male | 130 Pearl St. | Officer did not notify the Commissioner in writing that his active license in MA was revoked... Officer was retrained by Capt. Duda 4/29/15 per Sgt. Ambrose. | | Retraining |
| | ADMIN | 2/5/2015 | dPIER15-04 | ADMIN | White | Male | 199 Laurelton St. | Officers did not secure their cruiser and suspect drove off in it. | ADMIN | Filed |
| | ADMIN | 2/5/2015 | PIER15-04 | ADMIN | White | Male | 199 Laurelton St. | Officers did not secure their cruiser and suspect drove off in it. | ADMIN | Filed |
| 5/14/15 | Jackson | 3/11/2015 | 15-042 | 15-03 | White | Male | Burger King/State St. | Officer took him to the ground and injured his back. | Unfounded | Unfounded |
| 5/14/15 | Jackson | 3/11/2015 | d15-042 | 15-03 | White | Male | Burger King/State St. | Officer took him to the ground and injured his back. | Unfounded | Unfounded |
| 5/14/15 | Jackson | 3/11/2015 | d15-042 | 15-03 | White | Male | Burger King/State St. | Officer took him to the ground and injured his back. | Unfounded | Unfounded |
| | | 2/5/2015 | 15-043 | ADMIN | Hispanic | Male | 39 Mulberry St. | Rpt. Officer uses cruiser to pick up his daughters from school and transport them home. 5 day suspension | | Suspended |
| | | | 15-045 | ADMIN | | | Peter Pan Bus Terminal | Peter Pan security upset SPD officers did not make arrest for Heroin possession. | | Not Sustained |
| | | | d15-045 | ADMIN | | | Peter Pan Bus Terminal | Peter Pan security upset SPD officers did not make arrest for heroin possession. | | Not Sustained |
| | | | d15-045 | ADMIN | | | Peter Pan Bus Terminal | Peter Pan security upset SPD officers did not make arrest for heroin possession. | | Not Sustained |
| | | | d15-045 | ADMIN | | | Peter Pan Bus Station | Peter Pan security upset SPD officers did not make arrest for heroin possession. | | Not Sustained |
| 5/29/15 | Circosta | 3/10/2015 | 15-046 | 15-04 | Black | Female | 115 Westford Cir | Officer pushed his way through the door and wedged complainants body in the door jam. | Not Sustained | Unfounded |
| | ADMIN | 2/9/2015 | dPIER15-05 | ADMIN | White | Male | 605 Worthington St. | Fire Dept. complained of police employees using their parking lot. Retrained by Capt. Rosso | ADMIN | Retraining |
| | | 2/9/2015 | PIER15-05 | ADMIN | White | Male | 605 Worthington St. | Fire Dept. complained of police employees using their parking lot. | ADMIN | Retraining |

# 2015 CPHB Database

Page 3 of 16

| | Officer | Date | Case # | Code | Race | Gender | Address | Narrative | | Disposition |
|---|---|---|---|---|---|---|---|---|---|---|
| | ADMIN | 2/9/2015 | dPIE#15-05 | ADMIN | White | Male | 605 Worthington St. | Fire Dept. complained of police employees using their parking lot. Retrained. | ADMIN | Retraining |
| | ADMIN | 2/9/2015 | dPIE#15-05 | ADMIN | White | Male | 605 Worthington St. | Fire Dept. complained of police employees using their parking lot. Capt. Rosso retrained. | ADMIN | Retraining |
| | ADMIN | 2/9/2015 | dPIE#15-05 | ADMIN | White | Male | 605 Worthington St. | Fire Dept. complained of police employees using their parking lot. Retrained | ADMIN | Retraining |
| | ADMIN | 2/9/2015 | dPIE#15-05 | ADMIN | White | Male | 605 Worthington St. | Fire Dept. complained of police employees using their parking lot. Capt. Rosso retrained. | ADMIN | Retraining |
| | ADMIN | 2/9/2015 | dPIE#15-05 | ADMIN | White | Male | 605 Worthington St. | Fire Dept. complained of police employees using their parking lot. Retraining by Capt. Rosso | ADMIN | Retraining |
| | | 3/26/2015 | 15-052 | 15-05 | White | Female | 3 Dorchester St. | Her neighbor passed away due to delay in police response. | UNFOUNDED | Unfounded |
| | | 3/26/2015 | d15-052 | 15-05 | White | Female | 3 Dorchester St. | Her neighbor passed away due to delay in police response. | | Unfounded |
| | | 9/9/2008 | 15-057 | ADMIN | | | 130 Pearl St. | Invst missing money. Prisoner reimbursed $119.00 | ADMIN | Not Sustained |
| | | 3/24/2015 | 15-058 | ADMIN | Unknown | Unknown | 130 Pearl St. | Investigate rpt. By Sgt. Hottin re: cruiser damage. | | Not Sustained |
| 3/6/15 | HIll | 2/8/2015 | dPIE#15-06 | 4 | White | Female | Plumtree Rd. | Officer at scene of her traffic accident was rude and used a harsh voice. | Unfounded | |
| 3/6/15 | HIll | 2/8/2015 | PIE#15-06 | 4 | White | Female | Plumtree Rd. | Officer at scene of her traffic accident was rude and used a harsh voice. | Unfounded | Unfounded |
| 5/29/15 | Circosta | | d15-061 | ADMIN | | | Boston & Berkshire | Invst. Injury to prisoner | Unfounded | Unfounded |
| 5/29/15 | Circosta | | d15-061 | ADMIN | | | Boston & Berkshire | Invst. Injury to prisoner | Unfounded | Unfounded |
| 7/7/15 | Tranghese | 4/6/2015 | d15-063 | 15-06 | White | Female | Main St. | Officers grabbed her by the arm and slammed her on the hood of the car. | Unfounded | Not Sustained |
| 7/7/15 | Tranghese | 4/6/2015 | 15-063 | 15-06 | White | Female | Main St. | Officer grabbed her by the arm and slammed her on the hood of the car. | Unfounded | |
| 7/7/15 | Tranghese | 4/6/2015 | 15-063 | 15-06 | White | Female | Main St. | Officer grabbed her by the arm and slammed her on the hood of the car. | Unfounded | Not Sustained |

# 2015 CPHB Database

| Date | Officer | Date | Case # | Code | Race | Gender | Location | Description | ADMIN | Result |
|---|---|---|---|---|---|---|---|---|---|---|
| | ADMIN | 1/30/2015 | 15-065 | ADMIN | White | Female | 1/30/15 | Sgt. Contacted operator of a vehicle that was at in an accident that he responded to, asking her out for a drink. | | Written Reprimand |
| | | 4/20/2015 | 15-068 | ADMIN | Hispanic | Male | 53 State Street | Investigate Off. Carney failed to do proper criminal investigation | | Exonerated |
| | | 9/13/2015 | 15-068 | ADMIN | White | Male | 130 Pearl St. | Investigate death of prisoner | | Suspended |
| | | 9/13/2015 | d15-068 | ADMIN | White | Male | 130 Pearl St. | Investigate death of prisoner Bradley in his cell. | | Exonerated |
| | | 9/13/2015 | d15-068 | ADMIN | White | Male | 130 Pearl St. | Investigate death of prisoner in his cell. | | Exonerated |
| | | 9/13/2015 | d15-068 | ADMIN | White | Male | 130 Pearl St. | Investigate death of prisoner in his cell. | | Exonerated |
| | | 9/13/2015 | d15-068 | ADMIN | White | Male | 130 Pearl St. | Investigate death of prisoner in his cell. | | Exonerated |
| | | 9/13/2015 | d15-068 | ADMIN | White | Male | 130 Pearl St. | Investigate death of prisoner in his cell. | | Suspended |
| 7/20/15 | Muise | 4/24/2015 | d15-069 | ADMIN | Hispanic | Male | 31 Armory St. | Investigate Prisoner injury Report Arrest #15-1211-AR | Unfounded | Unfounded |
| 7/20/15 | Muise | 4/24/2015 | d15-069 | ADMIN | Hispanic | Male | 31 Armory St. | Investigate Prisoner injury Report Arrest #15-1211-AR | Unfounded | Unfounded |
| 7/20/15 | Muise | 4/24/2015 | d15-069 | ADMIN | Hispanic | Male | 31 Armory St. | Investigate Prisoner injury Report Arrest #15-1211-AR | Unfounded | Unfounded |
| 7/20/15 | Muise | 4/24/2015 | d15-069 | ADMIN | Hispanic | Male | 31 Armory St. | Investigate Prisoner injury Report Arrest #15-1211-AR | Unfounded | Unfounded |
| | | 2/19/2015 | PIE#15-07 | ADMIN | Black | Male | Mardi Gras | Officer did not show up for extra detail or call to notify that he wasn't able to do the job. Return of Service 5/18/15 Sgt. Ambrose. | | Written Reprimand |
| 9/1/15 | Muise | 4/21/2015 | 15-072 | 15-07 | Black | Male | Maplestar Program | Mother filed complaint on behalf of her 15 y o son. 90 DAY LETTER ON 7/14/15. Exonerated by CPRB Hearing on 10/20/15 | Sustained | CPHB HEARING/EXONERATED |
| 9/1/15 | Muise | 4/21/2015 | d15-072 | 15-07 | Black | Male | Maplestar Program | Mother filed complaint on behalf of her 15 y o son. Complaint withdrawn by CPRB at Hearing on 10/20/15. | Sustained | Exonerated/CPHB HEARING |

# 2015 CPHB Database

| | | | PIE#15-08 | ADMIN | White | Female | 130 Pearl St. | Employee complained already does enough work and refused to do any additional tasks unless compensated for it. Grievance filed denied by Comm. Barbieri 4/27/15. | ADMIN | Written Reprimand |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/7/15 | Tranghese | 4/24/2015 | 15-081 | ADMIN | Black | Male | Morrison Ter | Invst. Injury to Prisoner Arrest Report #15-1213-AR/Ricardo Springer | Unfounded | Not Sustained |
| 1/22/16 | Tranghese | 4/8/2015 | d15-083 | 15-08 | Black | Male | Nathan Bill Bar | Complainant and his friends were "jumped by about ten dudes." He thinks some of them may have been off-duty police officers. Police who responded were not sympathetic. | | |
| 1/22/16 | Tranghese | 4/8/2015 | d15-083 | 15-08 | Black | Male | Nathan Bill Bar | Complainant and his friends were "jumped by about ten dudes." He thinks some of them may have been off-duty police officers. Police who responded were not sympathetic. | | |
| 1/22/16 | Tranghese | 4/8/2015 | d15-083 | 15-08 | Black | Male | Nathan Bill Bar | Complainant and his friends were "jumped by about ten dudes." He thinks some of them may have been off-duty police officers. Police who responded were not sympathetic. | Sustained | |
| 1/22/16 | Tranghese | 4/8/2015 | 15-083 | 15-08 | Black | Male | Nathan Bill Bar | Complainant and his friends were "jumped by about ten dudes." He thinks some of them may have been off-duty police officers. Police who responded were not sympathetic. | Sustained | |
| 1/22/16 | Tranghese | 4/8/2015 | d15-083 | 15-08 | Black | Male | Nathan Bill Bar | Complainant and his friends were "jumped by about ten dudes." He thinks some of them may have been off-duty police officers. Police who responded were not sympathetic. | Sustained | |

| Date | Officer | Date | Case No. | Unit | Race | Gender | Location | Complaint | Disposition | Disposition |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/10/15 | Tranghese | 2/20/2015 | PIE#15-09 | 5 | Black | Male | Mill St. | Officer was rude at scene of traffic accident. | Unfounded | Unfounded |
| 5/14/15 | Jackson | 2/19/2015 | PIE#15-10 | 6 | | Female | 130 Pearl St. | When complainant called looking for information regarding an accident her sister had been involved in on 2/18/15 she was told to ask her sister for the details. Complainant explained that her sister was in a coma and couldn't speak. | Unfounded | Retraining |
| 8/13/15 | Jackson | 5/23/2010 | d15-102 | ADMIN | White | Male | FACEBOOK | Officer struck complainant with flashlight. | Sustained | Exonerated |
| 8/13/15 | Jackson | 5/23/2010 | d15-102 | ADMIN | White | Male | FACEBOOK | Officer struck complainant with flashlight. | Sustained | Exonerated |
| 8/13/15 | Jackson | 5/23/2010 | d15-102 | ADMIN | White | Male | FACEBOOK | Officer struck complainant with flashlight. | Sustained | Exonerated |
| 8/13/15 | Jackson | 5/23/2010 | d15-102 | ADMIN | White | Male | FACEBOOK | Officer struck complainant with flashlight. | Sustained | Exonerated |
| 8/13/15 | Jackson | 5/23/2010 | d15-102 | ADMIN | White | Male | FACEBOOK | Officer struck complainant with flashlight. | Sustained | Exonerated |
| 8/13/15 | Jackson | 5/23/2010 | 15-102 | ADMIN | White | Male | FACEBOOK | Officer struck complainant with flashlight. Retraining of Capt. Strempek by Dep Cochrane per Commissioner in regard to his report regarding case. | Sustained | Exonerated |
| 8/13/15 | Jackson | 5/23/2010 | d15-102 | ADMIN | White | Male | FACEBOOK | Officer struck complainant with flashlight. | Sustained | Exonerated |
| 8/13/15 | Jackson | 5/23/2010 | d15-102 | ADMIN | White | Male | FACEBOOK | Officer struck complainant with flashlight. | Sustained | Exonerated |
| 8/13/15 | Jackson | 5/23/2010 | d15-102 | ADMIN | White | Male | FACEBOOK | Officer struckcomplainant with flashlight. | Sustained | Exonerated |
| | ADMIN | 5/10/2015 | d15-105 | ADMIN | White | Male | 664 Page Blvd | Invst. Rpt. By Dep. Anthony re: disturbance at Rory Fitzgerald's bar. 3 day suspension. | ADMIN | Suspended |
| | ADMIN | 5/10/2015 | 15-105 | ADMIN | White | Male | 664 Page Blvd | Invst. Rpt. By Dep. Anthony re: disturbance at Rory Fitzgerald's bar. | | Suspended |
| 7/7/15 | Tranghese | 11/13/2014 | d15-108 | 15-09 | White | Female | 41 Ashwood St. | Officers used excessive force and injured prisoner. | Exonerated | Exonerated |

# 2015 CPHB Database

| Date | Officer | Date | Case # | ID | Race | Gender | Location | Description | Disposition | Finding |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2/20/2015 | PIE#15-11 | 7 | Hispanic | Male | 931 Worthington St. | Dispatch of 911 calls records complainant reporting that unmarked police cruiser hit his parked vehicle, causing damage, and then just left. | | Unfounded |
| | ADMIN | 6/9/2015 | 15-116 | ADMIN | White | Female | Fcebook | Invst. Comments posted to Facebook by employee. | | Not Sustained |
| | | 3/2/2015 | PIE#15-12 | ADMIN | White | Female | 130 Pearl St | Invst. Rpt. regarding employee not following proper procedure for requesting time off. | admin | Written Reprimand |
| | | 6/22/2015 | 15-124 | ADMIN | White | Female | 130 Pearl St. | Invst. rpt. submitted by Sgt. Ambrose. | | Not Sustained |
| 10/1/15 | Muise | 7/3/2015 | 15-128 | 15-13 | Hispanic | Female | Oakland St. | Officer put handcuffs on too tight and wouldn't loosen them. | Unfounded | Unfounded |
| 4/10/15 | Tranghese | 3/10/2015 | pie#15-13 | 8 | White | Male | Roosevelt Ave. | Complainant filed a complaint stating that officer who arrived at the scene of his one vehicle spin out on the ice left the scene without giving the complainant his name and did not write a report about it. withdrew his complaint on 3/25/15. | Exonerated | Exonerated |
| | | 7/1/2015 | d15-139 | 15-14 | White | Male | 130 Pearl St. | Complainant reports items missing during booking process. | UNFOUNDED | Unfounded |
| 9/24/15 | Circosta | 7/1/2015 | 15-139 | 15-14 | White | Male | 130 Pearl St. | Complainant reports items missing during booking process. | Not Sustained | Unfounded |
| 5/14/15 | Jackson | 3/25/2015 | PIE#15-14 | 9 | Hispanic | Female | 46 Beyers St. | Officer was rude to her when she was trying to find her runaway daughter. Cee Jackson recommended sensitivity training at the CPHB Review. | Not sustained | Not Sustained |
| | | | d15-140 | 15-15 | Black | Male | CVS | Officers pushed him causing him injury. | | |
| 10/15/15 | Tranghese | | d15-140 | 15-15 | Black | Male | CVS | Officers pushed him causing him injury. | Exonerated | Exonerated |
| 10/15/15 | Tranghese | | 15-140 | 15-15 | Black | Male | CVS | Officers pushed him causing him injury. | Exonerated | Exonerated |

# 2015 CPHB Database

| Date | Officer | | Date2 | Case # | Code | Race | Gender | Location | Description | ADMIN | Written Reprimand |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 15-141 | Admin | White | Male | 130 Pearl St. | report that an officer took a new employee on a ride along and hid the cruiser from sight and took a nap. Verbal Rep. and Retraining. | ADMIN | Written Reprimand |
| 5/14/15 | Jackson | | 3/31/2015 | dPIE#15-15 | 10 | White | Male | 87 Eliot St. | Owner of tow company complained that officers released the owner of the vehicle he was attempting to tow after the owner assaulted his driver. Officer did not see assault. | NOT SUSTAINED | Exonerated |
| 5/14/15 | Jackson | | 3/31/2015 | pIE#15-15 | 10 | White | Male | 87 Eliot St. | Owner of tow company complained that officers released the owner of the vehicle he was attempting to tow after the owner assaulted his driver. Officer did not see assault. | Not Sustained | Not Sustained |
| 10/22/15 | Jackson | | 8/11/2015 | d15-151 | ADMIN | Black | Male | Shattuck St. | Police officer sprayed him with mace at time of his arrest | Unfounded | Unfounded |
| 10/15/15 | Tranghese | | | d15-152 | 15-17 | Black | Male | Worthington St. | Officers roughly grabbed him and pushed him. | Exonerated | Exonerated |
| | | | 8/12/2015 | 15-155 | ADMIN | Hispanic | Male | 130 Pearl St. | Administrative Investigation of Off. leaving work early with out authorization. | | Suspended |
| | | | | 15-158 | ADMIN | N/A | N/A | 130 Pearl St. | Invst. Rpt. By Sgt. Hottin re; cruiser damage. Hearing Held 1/5/15. | | |
| 5/14/15 | Jackson | | 3/31/2015 | dPIE#15-16 | 11 | White | Female | 87 Eliot St. | Complainant is a tow truck driver. Officer let vehicle owner go after tow driver said owner assaulted her. Officer did not see assault. | Not Sustained | Exonerated |
| | | | | 15-164 | ADMIN | White | Male | 130 Pearl St. | Invst. Rpts by Off. Wadjula. 90 day letter served 11/20/15 by Sgt. Andrew. 3 day suspension w/o pay, 1/28,29, and 30, 2016. | | Suspended |
| 11/17/15 | Muise | | | d15-165 | 15-18 | White | Male | | police threw him against a car and smashed his face and hand. | Exonerated | Exonerated |
| 11/17/15 | Muise | | | 15-165 | 15-18 | White | Male | | police threw him against a car and smashed his face and hand. | Exonerated | Exonerated |

# 2015 CPHB Database

| | | | | | | | | | Referred to Commissioner | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/3/15 | Jackson | | 15-168 | ADMIN | White | Male | 130 Pearl St. | Invest. Death of prisoner | Not Sustained | Not Sustained |
| 5/29/15 | Circosta | 9/13/2015 | pie#15-17 | 12 | White | Female | | regarding a restraining order. | | Not Sustained |
| 10/22/15 | Jackson | 8/28/2015 | 15-171 | ADMIN | Hispanic | Male | 14 Enfield St. | Invst. Injuries to prisoner during arrest #15-2993-AR | Exonerated | Exonerated |
| 10/22/15 | Jackson | 9/14/2015 | d15-172 | 15-19 | White | Male | 130 Pearl St. | Complainaint says officers punched him. | Unfounded | Unfounded |
| 10/22/15 | Jackson | 9/14/2015 | d15-172 | 15-19 | White | Male | 130 Pearl St. | Complainaint says officers punched him. | Exonerated | Unfounded |
| 10/22/15 | Jackson | 9/14/2015 | 15-172 | 15-19 | White | Male | 130 Pearl St. | Complainaint says officers punched him. | Exonerated | Unfounded |
| | | | 15-173 | 15-20 | Hispanic | Male | 130 Pearl St | Complainant states Sgt. Sends him texts asking him to do repairs on a job that Mr. Rivera was doing on house but Fired him. Sgt. Contacted complainant's probation officer and reported that he stole tools from him. | ADMIN | Verbal Reprimand |
| | | | 15-179 | ADMIN | White | Male | 130 Pearl St. | Invst. Letter re: Off. | Not Sustained | Not Sustained |
| 5/29/15 | Circosta | | PIE#15-18 | 13 | Hispanic | Male | 755 Worthington St. | Complainant reports officer took all his tools and knives away from him at the homeless shelter and didn't return them to him. | Not Sustained | Not Sustained |
| | | | 15-180 | 15-21 | | Female | 11 Armory St. | Officers threw her on the floor at the time of her arrest. | | |
| 12/3/15 | Jackson | 9/21/2015 | 15-181 | 15-22 | Hispanic | Female | 66 Barber St. | Officer punched him in the face after he was handcuffed. | Exonerated | Exonerated |
| 11/17/15 | Exonerated | | d15-187 | 15-23 | | Male | 837 State St. | Officer punched him in the face after he was handcuffed. | Exonerated | Exonerated |
| 11/17/15 | Muise | | 15-187 | 15-23 | | Male | 837 State St. | Officers didn't take her seriously, didn't take a report or arrest her boyfriend after he beat her up. | Exonerated | Exonerated |
| 1/4/16 | Hill | 10/12/2015 | d15-188 | 15-24 | Black | Female | 28 Florence St. | Officers didn't take her seriously, didn't take a report or arrest her boyfriend after he beat her up. | Unfounded | Unfounded |
| 1/4/16 | Hill | 10/12/2015 | d15-188 | 15-24 | Black | Female | 28 Florence St. | Officers didn't take her seriously, didn't take a report or arrest her boyfriend after he beat her up. | Unfounded | Unfounded |
| 1/4/16 | Hill | 10/12/2015 | d15-188 | 15-24 | Black | Female | 28 Florence St. | Officers didn't take her seriously, didn't take a report or arrest her boyfriend after he beat her up. | Unfounded | Unfounded |

# 2015 CPHB Database

| Date | Officer | Date | Case # | Category | Race | Gender | Address | Description | Disposition 1 | Disposition 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/4/16 | Hill | 10/12/2015 | 15-188 | 15-24 | Black | Female | 28 Florence St. | Officers didn't take her seriously, didn't take a report or arrest her boyfriend after he beat her up. | Unfounded | Unfounded |
| 1/4/16 | Hill | 10/12/2015 | d15-188 | 15-24 | Black | Female | 28 Florence St. | Officers didn't take her seriously, didn't take a report or arrest her boyfriend after he beat her up. | Unfounded | Unfounded |
| 1/4/16 | Hill | | d15-189 | ADMIN | | | | Invst. Injuries to prisoner. | Sustained - HEARING 3/4/16 Exon | Exonerated |
| 1/4/16 | Hill | | d15-189 | ADMIN | | | | Invst. Injuries to prisoner. CPHB HEARING 3/4/16 - exonerated. 3/9/16 Commissioner Disposition - exonerated | Sustained CPHB Hearing 3/4/16 Exon | Exonerated |
| 1/4/16 | Hill | | 15-189 | ADMIN/Citizen | | | | Invst. Injuries to prisoner . CPHB HEARING: 3/4/16- disposition Exonerated. 3/8/16 Commissioner's disposition - Exonerated. | Sustained | Exonerated |
| 12/31/15 | Muise | 10/24/2015 | 15-196 | 15-25 | Black | Female | 35 Fenwick St. | Officers forced their way into her home. | Exonerated | Not Sustained |
| | | 12/9/2013 | PIE#15-20 | 14 | Black | Male | Hancock St. | Complainant writes from jail requesting a re-investigation of the shooting incident he was identified as being a part of in 2013. 5/8/15 memo from Commissioner rescinding this PIE. | | RESCINDED |
| 12/31/15 | Muise | 10/26/2015 | 15-202 | 15-26 | White | Female | | Attorney filed a CC on behalf of her client, who is handicapped and in a wheel chair. Full CPHB hearing on 2/19/16 disposition - Not Sustained | Sustained | |
| 7/7/15 | Tranghese | 5/8/2015 | PIE#15-21 | 15 | Black | Female | 49 Wilbraham Ave. | Officer had her vehicle towed. Officer retrained by Sgt. | Sustained | Retraining |
| | | 10/14/2015 | 15-210 | 15-27 | Black | Male | 114 Cardinal St. | Police harass him. | | |

# 2015 CPHB Database

| Date | Investigator | Date | Case # | Officer # | Race | Gender | Location | Complaint | Finding | Disposition |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 11/16/2015 | d15-211 | 15-28 | Hispanic | Female | Main St. | Complainants husband is schizoprenic and was standing in the middle of the road awaiting arrival of ambulance when police arrived and maced him and hit him on his back. | | Written Reprimand |
| | | 11/16/2015 | 15-211 | 15-28 | Hispanic | Female | Main St. | Complainants husband is schizoprenic and was standing in the middle of the road awaiting arrival of ambulance when police arrived and maced him and hit him on his back. | | |
| | | 11/24/2015 | 15-214 | ADMIN | White | Female | 1402 Allen St. | Driving an unregistered vehicle. Sent for medical exam, slow in speech. | | |
| | | 11/23/2015 | 15-215 | ADMIN | N/A | N/A | 130 Pearl St. | Investigate cruiser damage | | |
| | ADMIN | 12/1/2015 | 15-219 | ADMIN | White | Male | Baystate Medical Center | Baystate ER doc called Capt. To report that officer was very loud, rude and condescending toward a pediatric patient. | | Exonerated |
| 7/7/15 | Tranghese | 5/15/2015 | PIE#15-22 | 16 | Other | Female | 43 School St. | Complainant reports officers harassed her by telling her to go inside and not sit outside on the step as it was a dangerous area | Exonerated | Exonerated |
| 7/7/15 | Tranghese | 5/15/2015 | dPIE#15-22 | 16 | Other | Female | 43 School St. | Complainant reports officers harassed her by telling her to go inside and not sit outside on the step as it was a dangerous area | Exonerated | Exonerated |
| | ADMIN. Capt. Martin | | 15-222 | ADMIN | N/A | N/A | 531 Parker St. | Invst. Public Storage Facility breakins. | | |
| | | | 15-224 | ADMIN | White | Female | | Invst. Email requesting that office be excluded from working extra details at Shelter. | | |
| | | 10/17/2015 | 15-227 | 15-31 | White | Female | 16 Metzger Pl. | Officer threw her to the ground and later at booking he pushed her causing a back injury. | | |
| 2/25/16 | Muise, Caron | 10/13/2015 | 15-228 | 15-32 | Black | Female | 130 Pearl St. | Complainant reports she was attacked by a SPD officer at 130 Pearl St. | Unfounded | Unfounded |

# 2015 CPHB Database

| Date | Name | Date | Case # | # | Race | Sex | Location | Description | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/7/15 | | | 15-229 | ADMIN | N/A | N/A | Pottenger School | Invst. Windows broken at Mary O Pottenger school between 12/18 and 12/19/15. | | |
| | Tranghese | | PIE#15-23 | 17 | White | Male | Allen St. | In 2014 officer issued him a warning for speeding and littering. One month and seven days later officer sent him a speeding violation without discussing it with complainant. Sgt. Wyszynski retrained Officer 7/11/15. | Sustained | Retraining |
| | | | 15-231 | ADMIN | White | Male | State St. | Invst rpt. By Capt Martin re: Officer smoking a cigar at an extra Job. | | |
| | | 5/22/2015 | pie#15-24 | 18 | Black | Male | State St. | Officer gave hima citation for texting while driving, which complainant says is bogus. | | Exonerated |
| | | 5/22/2015 | PIE#15-24 | 18 | Black | Male | State St. | Complainant was issued a citation for texting while driving, which he contests. | Exonerated | Exonerated |
| | | | PIE#15-25 | 19 | Unknown | Male | 130 Pearl St. | Officer at the front window was out of control, screaming at complainant regarding the possibility of retrieving goods that were stolen from his vehicle. | Exonerated | Exonerated |
| 8/13/15 | C. Jackson | 6/20/2015 | dPIE#15-26 | 20 | White | Male | Boston Rd | Officers made him leave the Stop & Shop parking lot after receiving complaints from management | Exonerated | Exonerated |
| 10/15/15 | Tranghese | 3/31/2015 | PIE#15-27 | 21 | White | Female | 1395 Liberty St. | Complainant states accident report is full of incorrect information. | Not Sustained | Exonerated |
| 9/24/15 | Circosta | 2/1/2015 | PIE#15-28 | 22 | White | Female | 130 Pearl St. | Complainant states Off. Jenkins filed a warrant for her and her husband, based on information given to him by another individual. | Not Sustained | Not Sustained |

# 2015 CPHB Database

| | | | | Age | Race | Gender | Location | Complaint | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/4/15 | Hill | 7/1/2015 | PIE#15-29 | 23 | Black | Male | Mill St. | Complainant reports officer pulled him over and wouldn't give him a reason why. Complainant did not receive a citation. Capt. Strezempek did not receive the original complaint on time, therefore the investigation was submitted late. | Unfounded | Not Sustained |
| 8/13/15 | Jackson | 7/1/2015 | dPIE#15-30 | 24 | White | Male | Wilbraham Rd. | Complainant feels officers did not do enough to find the person who beat him up and ran off toward East Longmeadow. Complainant did not know his passenger/assaulter's name. | Exonerated | Unfounded |
| 10/15/15 | Tranghese | 7/15/2015 | PIE#15-31 | 25 | Hispanic | Male | Main St. | Officer was rude and made rude remarks to complainant and his fiance. | Not Sustained | Not Sustained |
| 10/15/15 | Tranghese | 7/15/2015 | Dpie#15-31 | 25 | Hispanic | Male | Main St. | Officer was rude and made rude remarks to complainant and his fiance. | Not Sustained | Not Sustained |
| | | 7/6/2015 | PIE#15-32 | ADMIN | Black | Male | | Officer was involved in a m/v accident operating an unregistered and uninsured vehicle. | | |
| | ADMIN | 7/16/2015 | PIE#15-32 | ADMIN | | Male | Armory St. | Invst. rpt. re Officer's traffic accident and citation for operating an unregistered and uninsured vehicle. 90 day letter delivered 10/15/15 by Sgt. Andrew. Hearing notice delivered 11/20/15 by Sgt. Andrew. 3 days suspension, dates 2/15,26, 3/25/1 | | Suspended |
| | | 6/22/2015 | PIE#15-33 | 26 | | Male | Myrtle St. I.O. | Complainant was involved in a m/v accident and states officer accused him of road rage. | Exonerated | Exonerated |
| | | 7/21/2015 | PIE#15-34 | 27 | Unknown | Male | Liberty St. | Complainant does not feel he deserves the traffic citation issued to him. | Exonerated | Exonerated |

# 2015 CPHB Database

| Date | Name | Date | Case # | No. | Race | Gender | Location | Description | Sustained/Retraining | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/15 | Muise | 9/27/2015 | PIE#15-36 | 28 | Hispanic | Male | Homer St. School | Officer was rude to complainant and cursed at him at a construction site. Retrained by Capt. Duda. | | Retraining |
| | | 3/11/2015 | PIE#15-40 | ADMIN | Black | Male | | Invst. Prisoner Injury Report 15-654-AR. Officer retraining completed per Capt. Brown. 7/1/15. | ADMIN | Retraining |
| 11/4/15 | Hill | 8/7/2015 | pie#15-41 | 30 | Asian | Female | | Complainant feels officers did not search hard enough inside her home for her dog. | Unfounded | Unfounded |
| 9/24/15 | Circosta | 8/12/2015 | PIE#15-42 | 31 | Black | Male | Harbour St. | Complainant disagrees with m/v citation. | Not Sustained | Not Sustained |
| 10/15/15 | Tranghese | 8/13/2015 | PIE#15-43 | 32 | | Male | 128 Maplewoode Ter. | Complainant says his car was towed for no reason and wants reimbursement. | Not Sustained | Not Sustained |
| 9/24/15 | Circosta | 8/15/2015 | PIE#15-44 | 33 | White | Female | Plumtree Rd | Officer was rude and disrespectful when he issued citation | Exonerated | Exonerated |
| 9/24/15 | Circosta | 8/15/2015 | PIE#15-44 | 33 | White | Female | | Complainant reports officer was extremely rude and aggressive toward her and her two infant sons when he issued her a citation. | Exonerated | Exonerated |
| | | | dPIE#15-46 | 35 | White | Female | 20 Benz St. | Complainant states police don't take her seriously when she calls about vandalism. | UNFOUNDED | Unfounded |
| | | | PIE#15-46 | 35 | White | Female | 20 Benz St. | Complainant states police don't take her seriously when she calls about vandalism. | UNFOUNDED | Unfounded |
| 10/15/15 | Tranghese | | PIE#15-47 | 37 | Hispanic | Male | | Officer was rude at traffic stop. Capt. Martin retrained officers. | Sustained/Retrain | Retraining |
| | | 8/1/2015 | PIE#15-47 | ADMIN | White | Male | 130 Pearl St. | Invst. Sqd. B Callbacks. 10/6/15 per Sgt. Ambrose. FILED | ADMIN | Filed |
| 12/3/15 | Jackson | 8/18/2015 | PIE#15-48 | 36 | White | Female | 403 Orange St. | Complainant felt officer asked her too many questions about herself. She thinks it's because she has a history with an officer, who was present, although not one of the officers involved in the arrest of complainant's boyfriend. | Exonerated | |

# 2015 CPHB Database

Page 15 of 16

| Date | Officer | Date | Complaint # | Age | Race | Gender | Location | Description | Sustained/Retraining | Disposition |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/15/15 | Tranghese | | PIE#15-49 | 37 | Hispanic | Male | | Officer was rude at traffic stop. Retrained by Capt. Martin. | | Retraining |
| | | 9/15/2015 | dPIE#15-50 | ADMIN | White | | 130 Pearl St. | Investigate police and personal vehicles parked in the Fire Dept's lot on Worthington St. | ADMIN | Retraining |
| | | 9/15/2015 | PIE#15-50 | ADMIN | White | | 130 Pearl St. | Investigate police and personal vehicles parked in the Fire Dept's lot on Worthington St. | ADMIN | Retraining |
| | | 9/15/2015 | dPIE#15-50 | ADMIN | White | | 130 Pearl St. | Investigate police and personal vehicles parked in the Fire Dept's lot on Worthington St. Officer received a Letter of Reprimand on 10/6/15. | ADMIN | Written Reprimand |
| | | 9/29/2015 | PIE#15-51 | ADMIN | White | Male | 130 Pearl St. | Invst. Missing gas key, Sgt. Denault retrained officer on 10/01/15. | ADMIN | Retraining |
| | | 10/4/2015 | PIE#15-52 | ADMIN | White | Male | 130 Pearl St | Invst. Rpt that Officer ran a query in the IMC application for a person. Officer was retrained by Sgt. Arpin and verbal reprimand by Capt. Collins. | ADMIN | Verbal Reprimand |
| 11/4/15 | Hill | 10/6/2015 | PIE#15-53 | 38 | White | Female | 19 Ripley St. Wilbraham | Officers wife wrote a letter regarding officer's behavior toward his family. | Exonerated | Not Sustained |
| | | 10/3/2015 | PIE#15-54 | 39 | White | Male | North End Bridge | Complainant does believe he deserved citation. Office didn't even get out of car. Complainant rescinded complaint | | Rescinded |
| | ADMIN | 10/21/2015 | PIE#15-55 | ADMIN | White | Female | 130 Pearl St. | Invst. Rpt from regarding employee's performance issues. 3 day suspension delivered 10/26/15. | Exonerated | Suspended |
| 11/17/15 | Muise | 10/22/2015 | PIE#15-56 | 40 | Black | Male | Dwight St. Ext. | Father filed a complaint that officers threw his son against a police car. | Exonerated | Exonerated |
| 11/17/15 | Muise | 10/22/2015 | dPIE#15-56 | 40 | Black | Male | Dwight St. Ext. | Father filed a complaint that officers threw his son against a police car. | Exonerated | Exonerated |

# 2015 CPHB Database

| Date | Name | Date | ID | Age | Race | Gender | Location | Description | Disposition | Disposition |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/3/15 | Jackson | 10/23/2015 | PIE#15-57 | ADMIN | White | Male | Boston Rd. | Officer was not wearing proper equipment while working an extra detail. | Sustained | Suspended |
| 12/3/15 | Jackson | 10/21/2015 | PIE#15-58 | 41 | Hispanic | Female | Federal St. | Officer was unprofessional and rude. | Exonerated | Exonerated |
|  |  | 10/27/2015 | PIE#15-59 | 42 | Black | Male | Walnut St. | Complainant reports he got undeserved traffic citation. |  | Not Sustained |
|  | ADMIN | 11/9/2015 | PIE#15-60 | ADMIN | White | Male | 667 Bradley Rd. | Drunk man staying with friends entered the wrong house. Dispatch Call No. 5-175105 B&E. Lt. reretrained Officer on 1/14/16 and issued him a verbal reprimand on 1/22/16. |  | Verbal Reprimand |
|  |  | 11/18/2015 | PIE#15-61 | ADMIN | White | Female | 130 Pearl St. | Officer reported for work without her gun belt. | ADMIN |  |
|  |  | 12/15/2016 | PIE#15-62 | 43 | Hispanic | Male | 58-56 Dearborn St. | Complainant wants no more cover ups and no more discrimination by police. |  |  |
| 12/31/15 | Muise | 12/3/2015 | PIE#15-63 | 44 | Hispanic | Female | Page Blvd | Officer pulled her over but would not give her a reason or identify himself. | Unfounded | Not SPD Officer |
| 8/13/15 | C. Jackson | 6/20/2015 | PIE315-26 | 20 | White | Male | Boston Rd | Officers made him leave the Stop & Hop parking lot after receiving complaints from management | Exonerated | Exonerated |

# APPENDIX 3

# Police Misconduct Litigation

## SPRINGFIELD POLICE DEPARTMENT MISCONDUCT CASES 2006 - 2015

| | NAME | MATTER # | COURT | CASE # | Disposal of case | | Paid |
|---|---|---|---|---|---|---|---|
| 1 | Charvis | 03-00011 | Superior | 3:03-cv-30204 | settled | 2006 | $32,500 |
| 2 | Sheppard, Sheila | 06-00856 | Federal | 3:07-cv-30166 | dismissed on City Motion | 2007 | 0 |
| 3 | Alexander | 07-00177 | Federal | 3:07-cv-30085 | dismissed on City Motion | 2007 | 0 |
| 4 | Greer | 04-00311 | Federal | 3:05-cv-30001 | settled | 2007 | $180,000 |
| 5 | Mc Creary | 98-00003 | Superior | 3:98-cv-30101 | settled | 2007 | $38,000 |
| 6 | James, Donald | 07-00273 | Federal | 3:07-cv-40169 | dismissed on City Motion | 2008 | $0 |
| 7 | Baldwin | 08-00001 | Federal | 3:07-cv-30167 | dismissed on City Motion | 2008 | $0 |
| 8 | Jones, Lucy | 07-00127 | Federal | 3:09-cv-30003 | dismissed on City Motion | 2008 | 0 |
| 9 | Williams | 07-00128 | Federal | 3:07-cv-30087 | Defense verdict at trial | 2008 | 0 |
| 10 | Pinkney | 07-00231 | Federal | 3:07-cv-30165 | settled | 2008 | $13,000 |
| 11 | Self | 10-00109 | Superior | HDCV 2009-00280 | dismissed on City Motion | 2009 | 0 |
| 12 | Schubert | 06-00933 | Federal | 3:06-cv-30033 | Defense verdict at trial | 2009 | 0 |
| 13 | Caraballo | 10-00909 | Federal | 3:09-cv-30155 | Defense verdict at trial | 2010 | 0 |
| 14 | Hill | 09-30042 | Federal | 3:08-cv-30175 | settled | 2010 | $1,000 |
| 15 | Jiles | 09-00038 | Federal | 3:09-v-30064 | settled | 2010 | $38,000 |
| 16 | Skroback | 08-00190 | Federal | 3:09-cv-30063 | settled | 2010 | $40,000 |
| 17 | Henriquez | 10-01654 | Federal | 3:09-cv-30232 | settled | 2011 | $13,900 |
| 18 | Malik | 12-04435 | Federal | 09-00394 | dismissed on City Motion | 2012 | 0 |
| 19 | Bessette | 11-02541 | Federal | 3:10-cv-30190 | settled | 2012 | $7,500 |
| 20 | Thomas | 10-01965 | Federal | 3:10-cv-30090 | Defense verdict at trial | 2012 | 0 |
| 21 | Jones, Melvin | 10-01340 | Federal | 3:10-cv-30244 | settled | 2012 | $575,000 |
| 22 | Bakath | 08-00156 | Federal | 3:09-cv-30229 | settled | 2012 | $23,000 |
| 23 | Ayyub | 13-05555 | MCAD | 13SPA01180 | lack of probable cause | 2013 | 0 |
| 24 | Blakeslee | 12-05216 | Federal | 3:12-cv-30001 | settled | 2013 | $28,000 |
| 25 | Bari | 12-04215 | Federal | 3:11-cv-30157 | dismissed on City Motion | 2013 | 0 |
| 26 | Sein | 12-03581 | Federal | 3:12-cv-30015 | settled | 2013 | $27,500 |
| 27 | Larkins | 11-02828 | Federal | 3:11-cv-30001 | Defense verdict at trial | 2013 | 0 |
| 28 | Holmes | 10-01310 | Federal | 3:09-cv-11219 | dismissed on City Motion | 2013 | 0 |
| 29 | Donovan | 15-06530 | Superior | HDCV2014-00622 | dismissed on City Motion | 2014 | 0 |
| 30 | Palacio | 13-05573 | Federal | 3:13-cv-30149 | settled | 2014 | $32,000 |
| 31 | Charlemagne | 13-05468 | Federal | 3:12-cv-30090 | settled | 2014 | $15,000 |
| 32 | Vasquez | 10-01311 | Federal App | 12-1665 | Defense verdict at trial | 2014 | 0 |
| 33 | Walker | 10-00062 | Federal | 3:12-cv-30119 | Pltf jdgmt/settld after jdgmt | 2014 | $1,000,000 |
| 34 | Hall | 13-05169 | Federal | 3:13-cv-30002 | settled | 2015 | 0 |
| 35 | Ridley | 13-05613 | MCAD | 13SPA01504 | lack of probable cause | 2015 | 0 |
| 36 | Stanek | 13-05154 | MCAD | 12SPA03338 | lack of probable cause | 2015 | 0 |
| 37 | Ververis | 12-04334 | Federal | 3:13-cv-30175 | settled | 2015 | $175,000 |
| 38 | Cayo | 12-04216 | Federal | 3:13-cv-30113 | settled | 2015 | $53,000 |
| 39 | Rennex | 13-05069 | Federal | 3:13-CV-30185 | settled | 2015 | $35,000 |
| 40 | Gasperini | 14-05949 | Federal | 3:15-cv-30028 | settled | 2015 | $10,000 |
| 41 | Jones, Lucy | 03-00008 | Superior | HDCV 2003-00604 | P's Judgt /Hear. on Dam. | 2015 | $85,003 |
| 42 | Cabrera | 13-04794 | MCAD | MCAD 12SPA01934 | lack of probable cause | 2016 | 0 |
| 43 | Jamison | 13-05232 | Federal | 3:13-CV-30161 | settled | 2016 | $9,000 |
| 44 | Iglesias | 13-05379 | Federal | 3:14-cv-30067 | settled | 2016 | $18,500 |
| 45 | Schand | 15-06817 | Federal | 3:15-cv-30148 | pending | pending | |
| 46 | Cruz | 14-06242 | Federal | 3:15-cv-30058 | pending | pending | |
| 47 | Douglas | 15-06778 | Federal | 3:14-cv-30210 | pending | pending | |
| 48 | Wilhite | 14-06105 | Federal | 3:14-cv-30023 | pending | pending | |

TOTAL

$ 2,449,903.00

# APPENDIX 4

# Executive Order (Feb. 2010).

RECEIVED

2010 FEB -3 P 4: 06

CITY CLERK'S OFFICE
SPRINGFIELD, MA

## THE CITY OF SPRINGFIELD, MASSACHUSETTS
## MAYOR DOMENIC J. SARNO
## EXECUTIVE ORDER

### Community Police Hearing Board
### For Springfield Police Department

I, Domenic J. Sarno, by authority vested in me as Mayor of the City of Springfield, Massachusetts, do hereby order that the Community Police Discipline Board (CPDB or "Board"), is created by Executive Order, and shall operate as follows:

### *1. Selection of Board Members*

The Mayor shall appoint the members of the Board. In doing so he may give consideration to recommendations made from a broad array of groups across the City.

The Board shall consist of 7 members who are residents of the City. Members shall participate in all training and preparatory meetings and act without conflict of interest on the part of any member thereof.

The Board will be chaired by an Attorney with experience in administrative procedures. The chairperson will lead quarterly full Board meetings and work with the Board to determine the full Board meeting schedules and agendas and administration of the Board.

The term of appointment of members shall be three years, however, the initial appointments shall include 1 member who shall serve an initial one year appointment, and two members who shall serve two years in order to stagger the terms for future appointments.

### *2. Qualifications for Board*

The members of the CCRB do not need to have had investigatory experience; however, they must be persons of integrity with diverse backgrounds. Potential Board members should recognize the significant commitment of time that Board membership requires and be willing to commit sufficient time to the effort. In addition to bi-weekly Board meetings, Board members will be occasionally asked to participate in community outreach and education activities.

The members of the Board must agree to keep information on specific complaints or investigations confidential as is the present practice within the IIU. This is a fundamental responsibility and failure to keep private information confidential will be grounds for removal from the Board.

### 3. Training for Board Members

The Personnel Department and the Law Department shall develop a training program for all new Board members. This training shall include:

- The current procedures for filing and investigating a complaint.
- The elements of a thorough investigation including a review of a number of actual case files from closed investigations.
- The Policies of the SPD regarding respectful treatment of civilians.
- The Policies of the SPD regarding appropriate use of force.
- The Role of Civilian Oversight Boards in other jurisdictions.
- Legal Requirements for protection and confidentiality of private governmental documents.
- Hearing procedures and requirements under the provisions of Civil Service Laws and collective bargaining agreements for the conduct of administrative disciplinary hearings.

As part of this training a set of reference materials should be provided to each Board member. These materials should include copies of all relevant Massachusetts statutes, all SPD policies and procedures regarding officer misconduct and use of force, and a copy of this Executive Order. This training should be repeated annually or when new members are appointed to the Board

### 4. Responsibility of Board Members

It shall be the responsibility of the Board to:

    A. Accept civilian complaints otherwise filed with the Springfield police department (SPD) or any other city or state agency regarding the activities of the SPD (The police commissioner may take appropriate actions to maintain the security of police documents, reports or files examined by the Board).

    B. Review the sufficiency of internal investigations completed by the Springfield Police Department, and to make recommendations to the police commissioner for further investigation or action.

    C. To act individually or as a group as hearing officers, designated by the Police Commissioner as the appointing authority pursuant to Chapter 31 of the General Laws, in complaints under jurisdiction of the Board pursuant to this Order, taking into account the need for the training and qualifications required for a hearing officer and that a hearing officer who cannot consider a case in a fair and impartial manner because of personal prejudice or bias, shall not consider a particular case and shall so inform the Board.

D.  Examples of personal bias include, but are not limited to:

(a)  Familial relationship or friendship with parties to the complaint;
(b)  Being a party to the complaint;
(c)  Witnessing material events relevant to the complaint;
(d)  Having a financial interest in the outcome of the case;
(e)  Holding a bias for or against a party that is sufficient to impair the examiner's impartiality.

E.  A Hearing Officer shall avoid making public comment on all pending complaints, investigations and matters, whether or not they are serving on particular cases.

E.  A Hearing Officer shall consider the complaint in a fair and impartial manner, ensure that facts are fully elicited, adjudicate all issues and avoid undue delay and shall be conducted in accordance with the applicable provisions of state and federal law, including but not limited to M.G.L. c. 31, pertaining to Civil Service, or the Open Meeting Law, and any applicable provisions of a collective bargaining agreement.

F.  The Hearing Officer is also authorized pursuant to Chapter 31 of the General Laws in the case of any unresolved complaint where a hearing is held, to subpoena witnesses, compel their attendance, administer oaths, take the testimony of any person under oath and in connection therewith to require the production of any evidence relating to any matter in question before the Board.

G.  A Hearing Officer shall make written findings of fact and a determination of the merits of the complaint and, if the Hearing Officer determines that one or more allegations in the complaint are sustained, a recommendation for any discipline warranted, after providing the employee with an opportunity to speak personally or through a representative and after consideration of the employees work history, including but not limited to any . In the merits determination, the Hearing Officer shall make one of the following decisions about each allegation in the complaint:

(a) "Unfounded," where the investigation determined no facts to support that the incident complained of actually occurred;

(b) "Sustained," where the complainant's allegation is supported by sufficient evidence to determine that the incident occurred and the actions of the officer were improper;

(c) "Insufficient facts," where there are insufficient facts to decide whether the alleged misconduct occurred;

(d) "Exonerated," where a preponderance of the evidence shows that the alleged conduct did occur but did not violate the policies, procedures, practices, orders or training of the SPD.

H.  The Hearing Officer's findings and recommendation for discipline, if any, shall be filed with to the Board and the Police Commissioner. Within seven days after the filing of the report of the Board with the Police Commissioner, the Commissioner shall give to such

4

employee a written notice of the Police Commissioner's decision, which shall state fully and specifically the reasons therefore, and which shall be subject to the present means of review by civil service appeal or arbitration as provided by the applicable collective bargaining agreement.

I. The Board shall be authorized to attempt by voluntary non-binding mediation to resolve any complaint within its jurisdiction if it deems appropriate and the complainant and the subject officer agree to participate in such mediation

J. The Board shall utilize staff of the personnel, labor relations, citistat and law department of the City subject to appropriation, and such other staff, as are necessary to carry out its duties pursuant to this ordinance. The Personnel Director shall be responsible for the administrative operation of the commission and shall perform such other tasks as the Mayor may determine upon recommendation of the Board. The Director of Labor Relations shall arrange for presentation of cases at hearing. The Law Department shall provide legal advice to the Board.

## 5. Removal from Board

The Mayor may remove a member from the Board, before their term expires.

## 6.     Public Outreach and Communication

A.     To help increase the open access to the complaint process the department will need to educate the public about the complaint reporting process, including information about when and how to file a complaint. Presentations to community groups, schools, community organizations and religious groups about the complaint reporting process may be necessary as part of a broader effort to help people increase trust and confidence in the complaint investigation process.

This communication process should involve both members of the IIU and members of the Board. Joint presentations will help reflect the openness of the department. Such presentations should be made in the neighborhoods of Springfield and should be done in conjunction with existing community organizations whenever possible.

B.     In addition, to general education and outreach, the Board shall communicate with complainants about the status of investigations, and (where appropriate) the public. With the assistance of Citistat, the Board shall keep track of all Citizen Complaints, hearings, and findings, and identify each with an incident number, date of incident, location of incident, the nature of the misconduct, the name of the complainant and name of officer or officers alleged to have committed the misconduct and publicly disseminate notice of the review of any such incidents on a quarterly basis, but shall not disseminate the names of any participants or disciplinary action imposed in any incident without the consent of such party.

C.     The data gathered by the Board as well as any reports or recommendations voted by the Board with regard to the interaction of police officers and members of the community shall be reviewed by the Police Commissioner for when considering disciplinary actions, promotions, assignments, training or adoption or amendments of the policies and procedures of the Springfield Police Department.

5

D.     After a complaint is closed the Board shall promptly notify the complainant of the findings and may provide copies of any portions of the internal affairs file which are a public record. Any actual order of disciplinary action addressed to an officer is not a public record, and shall not be disclosed by the Board.  For the complainant, correspondence shall be sent by certified mail to help ensure they receive notice of the outcome.  The Board may send satisfaction surveys, similar to those used by the Cambridge Police Department, to both complainant and officers when each complaint is closed.


This Executive order, as amended, shall take effect on 23ʳᵈ of FEB. , 2010.

Domenic J. Sarno, Mayor
City of Springfield